# EXHIBIT 1- A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1 – 432 – 324

EFFECTIVE DATE OF REGISTRATION

12    28    2010
Month    Day    Year

---

**TE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Wave-s  Photographs 2001

NATURE OF THIS WORK ▼ See Instructions

Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos - 67 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

NAME OF AUTHOR ▼

**a**  Wave-s  (employer for hire of Masano Kawana)

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed
2001
Year    This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information Month  Mar. 26    Day  Sep. 17    Year  2001
ONLY if this work has been published.
Nation  Singapore

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S;
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-28-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

FORM VA

CORRESPONDENCE
☒ Yes *IN SIEDE / S- 1-539771242*

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____ Account Number ▼

Jennison & Shultz, P.C. _____ 080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  ( 703 ) 415-1640 _____ Fax number  ( 703 ) 415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____ WAVE-S

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin _____ Date 28 December 2010

Handwritten signature (X) ▼

X _____

**Certificate will be mailed in window envelope to this address:**

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-324**

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month) **12** (Day) **28** (Year) **2010**

CONTINUATION SHEET RECEIVED

Page **3** of **10** Pages

---

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ WAVE-S

Name of Copyright Claimant ___ WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**B**
*Identification of Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | | |
|---|---|---|
| Title of Photograph | phuket001 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication ___ Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | phuket002 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication ___ Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | phuket003 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication ___ Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | phuket004 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication ___ Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | phuket005 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication ___ Singapore |
| Description of Photograph (Optional) | | |

**B**

| Title of Photograph | phuket005 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | phuket007 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | phuket008 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | phuket009 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | phuket010 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | phuket011 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | phuket012 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | phuket013 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | phuket014 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | phuket015 | | | | |
| Date of First Publication | 26 | March | 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Bradson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number ▢

Title of Photograph __phuket016__

Date of First Publication __26__ __March__ __2001__   Nation of First Publication    __Singapore__
(Month) (Day) (Year)

Description of Photograph (Optional)

Registration for Group of Published Photographs (continued)

---

Number ▢

Title of Photograph __phuket017__

Date of First Publication __26__ __March__ __2001__   Nation of First Publication    __Singapore__
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number ▢

Title of Photograph __phuket018__

Date of First Publication __26__ __March__ __2001__   Nation of First Publication    __Singapore__
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number ▢

Title of Photograph __phuket019__

Date of First Publication __26__ __March__ __2001__   Nation of First Publication    __Singapore__
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number ▢

Title of Photograph __phuket020__

Date of First Publication __26__ __March__ __2001__   Nation of First Publication    __Singapore__
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number ▢

Title of Photograph __phuket021__

Date of First Publication __26__ __March__ __2001__   Nation of First Publication    __Singapore__
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number ▢

Title of Photograph __phuket022__

Date of First Publication __26__ __March__ __2001__   Nation of First Publication    __Singapore__
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number ▢

Title of Photograph __phuket023__

Date of First Publication __26__ __March__ __2001__   Nation of First Publication    __Singapore__
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number ▢

Title of Photograph __phuket024__

Date of First Publication __26__ __March__ __2001__   Nation of First Publication    __Singapore__
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number ▢

Title of Photograph __phuket025__

Date of First Publication __26__ __March__ __2001__   Nation of First Publication    __Singapore__
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, DC 20559-6000

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket026 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

**B** Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket027 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket028 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket029 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket030 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket031 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket032 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket033 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket034 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket035 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket036 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket037 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket038 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket039 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket040 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket041 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu001 | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu002 | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu003 | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu004 | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000

**B**

Title of Photograph: lalu005
Date of First Publication: 17 September 2001 — month day year
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu006
Date of First Publication: 17 September 2001 — month day year
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu007
Date of First Publication: 17 September 2001 — month day year
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu008
Date of First Publication: 17 September 2001 — month day year
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu009
Date of First Publication: 17 September 2001 — month day year
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu010
Date of First Publication: 17 September 2001 — month day year
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu011
Date of First Publication: 17 September 2001 — month day year
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu012
Date of First Publication: 17 September 2001 — month day year
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu013
Date of First Publication: 17 September 2001 — month day year
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu014
Date of First Publication: 17 September 2001 — month day year
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Boularan & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu015 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu016 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu017 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu018 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu019 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu020 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu021 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu022 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu023 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu024 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Title of Photograph    lalu025

Date of First Publication   17    September    2001     Nation of First Publication    Singapore
(Month)     (Day)     (Year)

Description of Photograph (Optional)

**B**

Registration
For Group of
Published
Photographs
(continued)

Title of Photograph    lalu026

Date of First Publication   17    September    2001     Nation of First Publication    Singapore
(Month)     (Day)     (Year)

Description of Photograph (Optional)

Title of Photograph

Date of First Publication      Nation of First Publication

Description of Photograph (Optional)

Title of Photograph

Date of First Publication      Nation of First Publication
(Month)     (Day)     (Year)

Description of Photograph (Optional)

Title of Photograph

Date of First Publication      Nation of First Publication
(Month)     (Day)     (Year)

Description of Photograph (Optional)

Title of Photograph

Date of First Publication      Nation of First Publication

Description of Photograph (Optional)

Title of Photograph

Date of First Publication      Nation of First Publication

Description of Photograph (Optional)

Title of Photograph

Date of First Publication      Nation of First Publication

Description of Photograph (Optional)

Title of Photograph

Date of First Publication      Nation of First Publication
(Month)     (Day)     (Year)

Description of Photograph (Optional)

Title of Photograph

Date of First Publication      Nation of First Publication

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jemison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or
money order payable to Register of
Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1-432-325**

EFFECTIVE DATE OF REGISTRATION

| 12 | 28 | 2010 |
|----|----|------|
| Month | Day | Year |

---

**1** **Title of This Work ▼**
Wave-s Photographs 2002

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 183 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**a** Wave-s (employer for hire of Masano Kawana)

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3** **a** **Year in Which Creation of This Work Was Completed**
2002
This information must be given in all cases.
Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information Month July 20-Dec. 2 Day ____ Year 2002
ONLY if this work has been published.
Nation Singapore

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S;
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-28-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
☒ Yes *(In Sebe/ SR# 1-540400134)*

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                    **Account Number** ▼

Jennison & Shultz, P.C.                                        080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number   (703) 415-1640                    Fax number   (703) 415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of _____   **WAVE-S**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                                    Date   28 December 2010

Handwritten signature (X) ▼

X

**Certificate
will be
mailed in
window
envelope
to this
address:**

**Name** ▼
Jennison & Shultz, PC

**Number/Street/Apt** ▼
2001 Jefferson Davis Hwy.; Suite 1102

**City/State/ZIP** ▼
Arlington, VA 22202-3604

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1−432−325



USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

(Month) **12**  (Day) **28**  (Year) **2010**

**CONTINUATION SHEET RECEIVED**

Page **3** of **21** pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _____ WAVE-S

Name of Copyright Claimant _____ WAVE-S;  46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

---

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu027 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu028 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu029 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu030 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu031 | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

**B**

Title of Photograph — lalu032
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lalu033
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lalu034
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lalu035
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lalu036
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lalu037
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lalu038
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lalu039
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lalu040
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — lalu041
Date of First Publication — 20 July 2002    Nation of First Publication — Singapore
Description of Photograph —

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jenkens & Shate, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | lalu042 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | lalu043 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | lalu044 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | lalu045 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | lalu046 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | lalu047 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | lalu048 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | lalu049 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | lalu050 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | lalu051 | | | | | |
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ___ lulu052
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lulu053
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lulu054
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lulu055
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lulu056
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lulu057
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lulu058
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lulu059
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lulu060
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ lulu061
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jenkins & Shih, PC

Number / Street / Apt ▼
2801 Jefferson Davis Hwy.; Suite 1103

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Change of Holland Photographs (continued)

| | |
|---|---|
| Number | |

Title of Photograph    lalu062
Date of First Publication    20 (Month)    July (Day)    2002 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    lalu063
Date of First Publication    20 (Month)    July (Day)    2002 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    lalu064
Date of First Publication    20 (Month)    July (Day)    2002 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    lalu065
Date of First Publication    20 (Month)    July (Day)    2002 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    lalu066
Date of First Publication    20 (Month)    July (Day)    2002 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    lalu067
Date of First Publication    20 (Month)    July (Day)    2002 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    lalu068
Date of First Publication    20 (Month)    July (Day)    2002 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    lalu069
Date of First Publication    20 (Month)    July (Day)    2002 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    lalu070
Date of First Publication    20 (Month)    July (Day)    2002 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

Title of Photograph    lalu071
Date of First Publication    20 (Month)    July (Day)    2002 (Year)    Nation of First Publication    Singapore
Description of Photograph    (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph __ lalu072

Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ lalu073

Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ lalu074

Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ lalu075

Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ lalu076

Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ lalu077

Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ lalu078

Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ lalu079

Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ lalu080

Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ lalu081

Date of First Publication __ 20 __ July __ 2002 __ Nation of First Publication __ Singapore

Description of Photograph __

**C**

Name ▼
Ivachkun & Skulta, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1103

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu082 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu083 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu084 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu085 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu086 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu087 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu088 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu089 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu090 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu091 | |
| Date of First Publication | 20 (Month)  July (Day)  2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph **lalu092**
Date of First Publication **20** (Month) **July** (Day) **2002** (Year)    Nation of First Publication    **Singapore**
Description of Photograph (Optional)

Title of Photograph **lalu093**
Date of First Publication **20** (Month) **July** (Day) **2002** (Year)    Nation of First Publication    **Singapore**
Description of Photograph (Optional)

Title of Photograph **lalu094**
Date of First Publication **20** (Month) **July** (Day) **2002** (Year)    Nation of First Publication    **Singapore**
Description of Photograph (Optional)

Title of Photograph **lalu095**
Date of First Publication **20** (Month) **July** (Day) **2002** (Year)    Nation of First Publication    **Singapore**
Description of Photograph (Optional)

Title of Photograph **lalu096**
Date of First Publication **20** (Month) **July** (Day) **2002** (Year)    Nation of First Publication    **Singapore**
Description of Photograph (Optional)

Title of Photograph **lalu097**
Date of First Publication **20** (Month) **July** (Day) **2002** (Year)    Nation of First Publication    **Singapore**
Description of Photograph (Optional)

Title of Photograph **lalu098**
Date of First Publication **20** (Month) **July** (Day) **2002** (Year)    Nation of First Publication    **Singapore**
Description of Photograph (Optional)

Title of Photograph **lalu099**
Date of First Publication **20** (Month) **July** (Day) **2002** (Year)    Nation of First Publication    **Singapore**
Description of Photograph (Optional)

Title of Photograph **lalu100**
Date of First Publication **20** (Month) **July** (Day) **2002** (Year)    Nation of First Publication    **Singapore**
Description of Photograph (Optional)

Title of Photograph **lalu101**
Date of First Publication **20** (Month) **July** (Day) **2002** (Year)    Nation of First Publication    **Singapore**
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for the Group of Published Photographs (continued)

| Number | | | |
|---|---|---|---|
| Title of Photograph | lalu102 | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) |
| Nation of First Publication | Singapore | | |
| Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | lalu103 | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) |
| Nation of First Publication | Singapore | | |
| Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | lalu104 | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) |
| Nation of First Publication | Singapore | | |
| Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | lalu105 | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) |
| Nation of First Publication | Singapore | | |
| Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | lalu106 | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) |
| Nation of First Publication | Singapore | | |
| Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | lalu107 | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) |
| Nation of First Publication | Singapore | | |
| Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | lalu108 | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) |
| Nation of First Publication | Singapore | | |
| Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | lalu109 | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) |
| Nation of First Publication | Singapore | | |
| Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | lalu110 | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) |
| Nation of First Publication | Singapore | | |
| Description of Photograph (Optional) | | | |

| Number | | | |
|---|---|---|---|
| Title of Photograph | lalu111 | | |
| Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) |
| Nation of First Publication | Singapore | | |
| Description of Photograph (Optional) | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | lalu112 | | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

Application for Group of Published Photographs (continued)

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | lalu113 | | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | lalu114 | | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | lalu115 | | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | lalu116 | | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | lalu117 | | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | lalu118 | | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | lalu119 | | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | lalu120 | | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | lalu121 | | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu122 | | | | |
| | Date of First Publication | 20 _(Month)_ | July _(Day)_ | 2002 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Optional)_ | | | | | |

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu123 | | | | |
| | Date of First Publication | 20 _(Month)_ | July _(Day)_ | 2002 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Optional)_ | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu124 | | | | |
| | Date of First Publication | 20 _(Month)_ | July _(Day)_ | 2002 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Optional)_ | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu125 | | | | |
| | Date of First Publication | 20 _(Month)_ | July _(Day)_ | 2002 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Optional)_ | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu126 | | | | |
| | Date of First Publication | 20 _(Month)_ | July _(Day)_ | 2002 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Optional)_ | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu127 | | | | |
| | Date of First Publication | 20 _(Month)_ | July _(Day)_ | 2002 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Optional)_ | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu128 | | | | |
| | Date of First Publication | 20 _(Month)_ | July _(Day)_ | 2002 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Optional)_ | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu129 | | | | |
| | Date of First Publication | 20 _(Month)_ | July _(Day)_ | 2002 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Optional)_ | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu130 | | | | |
| | Date of First Publication | 20 _(Month)_ | July _(Day)_ | 2002 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Optional)_ | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu131 | | | | |
| | Date of First Publication | 20 _(Month)_ | July _(Day)_ | 2002 _(Year)_ | Nation of First Publication | Singapore |
| | Description of Photograph _(Optional)_ | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | lalu132 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu133 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu134 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu135 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu136 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu137 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu138 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu139 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu140 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu141 |
| Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu142 | | | |
| | Date of First Publication | 20 *(Month)* | July *(Day)* | 2002 *(Year)* | Nation of First Publication  Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu143 | | | |
| | Date of First Publication | 20 *(Month)* | July *(Day)* | 2002 *(Year)* | Nation of First Publication  Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu144 | | | |
| | Date of First Publication | 20 *(Month)* | July *(Day)* | 2002 *(Year)* | Nation of First Publication  Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu145 | | | |
| | Date of First Publication | 20 *(Month)* | July *(Day)* | 2002 *(Year)* | Nation of First Publication  Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu146 | | | |
| | Date of First Publication | 20 *(Month)* | July *(Day)* | 2002 *(Year)* | Nation of First Publication  Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu147 | | | |
| | Date of First Publication | 20 *(Month)* | July *(Day)* | 2002 *(Year)* | Nation of First Publication  Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu148 | | | |
| | Date of First Publication | 20 *(Month)* | July *(Day)* | 2002 *(Year)* | Nation of First Publication  Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu149 | | | |
| | Date of First Publication | 20 *(Month)* | July *(Day)* | 2002 *(Year)* | Nation of First Publication  Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu150 | | | |
| | Date of First Publication | 20 *(Month)* | July *(Day)* | 2002 *(Year)* | Nation of First Publication  Singapore |
| | Description of Photograph *(Optional)* | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu151 | | | |
| | Date of First Publication | 20 *(Month)* | July *(Day)* | 2002 *(Year)* | Nation of First Publication  Singapore |
| | Description of Photograph *(Optional)* | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu152 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu153 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu154 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu155 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu156 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu157 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu158 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat001 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat002 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat003 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat004 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat005 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat006 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat007 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat008 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat009 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat010 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat011 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat012 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat013 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph  muscat014
Date of First Publication  16  July  2002  Nation of First Publication  Singapore
Day  Month  Year
Description of Photograph  (Optional)

Number

Title of Photograph  muscat015
Date of First Publication  16  July  2002  Nation of First Publication  Singapore
Day  Month  Year
Description of Photograph  (Optional)

Number

Title of Photograph  muscat016
Date of First Publication  16  July  2002  Nation of First Publication  Singapore
Day  Month  Year
Description of Photograph  (Optional)

Number

Title of Photograph  muscat017
Date of First Publication  16  July  2002  Nation of First Publication  Singapore
Day  Month  Year
Description of Photograph  (Optional)

Number

Title of Photograph  muscat018
Date of First Publication  16  July  2002  Nation of First Publication  Singapore
Day  Month  Year
Description of Photograph  (Optional)

Number

Title of Photograph  muscat019
Date of First Publication  16  July  2002  Nation of First Publication  Singapore
Day  Month  Year
Description of Photograph  (Optional)

Number

Title of Photograph  muscat020
Date of First Publication  16  July  2002  Nation of First Publication  Singapore
Day  Month  Year
Description of Photograph  (Optional)

Number

Title of Photograph  muscat021
Date of First Publication  16  July  2002  Nation of First Publication  Singapore
Day  Month  Year
Description of Photograph  (Optional)

Number

Title of Photograph  muscat022
Date of First Publication  16  July  2002  Nation of First Publication  Singapore
Day  Month  Year
Description of Photograph  (Optional)

Number

Title of Photograph  muscat023
Date of First Publication  16  July  2002  Nation of First Publication  Singapore
Day  Month  Year
Description of Photograph  (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | |
| Title of Photograph | muscat024 |
| Date of First Publication | 16 (Month)  July (Day)  2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat025 |
| Date of First Publication | 16 (Month)  July (Day)  2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat026 |
| Date of First Publication | 16 (Month)  July (Day)  2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat027 |
| Date of First Publication | 16 (Month)  July (Day)  2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat028 |
| Date of First Publication | 16 (Month)  July (Day)  2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat029 |
| Date of First Publication | 16 (Month)  July (Day)  2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | legianclub001 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | legianclub002 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | legianclub003 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Number | |
| Title of Photograph | legianclub004 |
| Date of First Publication | 12 (Month)  July (Day)  2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

**B**

Registration for Group of Published Photographs (continued)

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legianclub005 | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legianclub006 | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legianclub007 | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legianclub008 | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legianclub009 | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legianclub010 | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legianclub011 | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legianclub012 | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legianclub013 | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legianclub014 | | | |
| Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | |

Title of Photograph  **legianclub015**
Date of First Publication  **12**  **July**  **2002**  Nation of First Publication  **Singapore**
Description of Photograph (Optional)

Title of Photograph  **legian001**
Date of First Publication  **12**  **July**  **2002**  Nation of First Publication  **Singapore**
Description of Photograph (Optional)

Title of Photograph  **legian002**
Date of First Publication  **12**  **July**  **2002**  Nation of First Publication  **Singapore**
Description of Photograph (Optional)

Title of Photograph  **legian003**
Date of First Publication  **12**  **July**  **2002**  Nation of First Publication  **Singapore**
Description of Photograph (Optional)

Title of Photograph  **legian004**
Date of First Publication  **12**  **July**  **2002**  Nation of First Publication  **Singapore**
Description of Photograph (Optional)

Title of Photograph  **legian005**
Date of First Publication  **12**  **July**  **2002**  Nation of First Publication  **Singapore**
Description of Photograph (Optional)

Title of Photograph  **legian006**
Date of First Publication  **12**  **July**  **2002**  Nation of First Publication  **Singapore**
Description of Photograph (Optional)

Title of Photograph  **phuket042**
Date of First Publication  **2**  **December**  **2002**  Nation of First Publication  **Singapore**
Description of Photograph (Optional)

Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph (Optional)

Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000