# EXHIBIT 1-B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-432-326

*4J800014325254*

EFFECTIVE DATE OF REGISTRATION

12   30   2010
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**

The Wave Design Pte. Ltd.  Photographs 2007(A)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 388 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a**  The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in __Singapore__

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**  2007
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month  Feb. 7 – July 6  Day  Year 2007
Singapore  Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY _____  **FORM VA**

CHECKED BY

☐ CORRESPONDENCE
Yes

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**
**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**6**
**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions
before completing
this space.

**7**
**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼ Jennison & Shultz, P.C.          **Account Number** ▼ 080519

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

**b**

Area code and daytime telephone number ( 703 ) 415-1640          Fax number ( 703 ) 415-0788

Email  John@JennisonLaw.com

**8**
**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **THE WAVE DESIGN PTE LTD**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                   Date 28 December 2010

Handwritten signature (X) ▼
X

**9**
Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼ Jennison & Shultz, PC

**Number/Street/Apt** ▼ 2001 Jefferson Davis Hwy.; Suite 1102

**City/State/Zip** ▼ Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1 – 432 – 326

**EFFECTIVE DATE OF REGISTRATION**

*12      30      2010*
(Month)     (Day)     (Year)

**CONTINUATION SHEET RECEIVED**

*3  .  41*
Page ___ of ___ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Identification of Application

**Name of Author**    THE WAVE DESIGN PTE. LTD.

**Name of Copyright Claimant**    THE WAVE DESIGN PTE. LTD. ,   10A Trengganu Street, Singapore 058464

## B

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | |
|---|---|
| **Title of Photograph** | chiangmai076 |
| **Date of First Publication** | 7 February 2007 — **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

| | |
|---|---|
| **Title of Photograph** | chiangmai077 |
| **Date of First Publication** | 7 February 2007 — **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

| | |
|---|---|
| **Title of Photograph** | chiangmai078 |
| **Date of First Publication** | 7 February 2007 — **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

| | |
|---|---|
| **Title of Photograph** | chiangmai079 |
| **Date of First Publication** | 7 February 2007 — **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

| | |
|---|---|
| **Title of Photograph** | chiangmai080 |
| **Date of First Publication** | 7 February 2007 — **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

**B**

| Title of Photograph | chiangmai081 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | *day* | *first* | *Year* | | |
| Description of Photograph | *figures* | | | | |

| Title of Photograph | chiangmai082 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | *day* | *first* | *Year* | | |
| Description of Photograph | *figures* | | | | |

| Title of Photograph | chiangmai083 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | *day* | *first* | *Year* | | |
| Description of Photograph | *figures* | | | | |

| Title of Photograph | chiangmai084 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | *day* | *first* | *Year* | | |
| Description of Photograph | *figures* | | | | |

| Title of Photograph | chiangmai085 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | *day* | *first* | *Year* | | |
| Description of Photograph | *figures* | | | | |

| Title of Photograph | chiangmai086 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | *day* | *first* | *Year* | | |
| Description of Photograph | *figures* | | | | |

| Title of Photograph | chiangmai087 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | *day* | *first* | *Year* | | |
| Description of Photograph | *figures* | | | | |

| Title of Photograph | chiangmai088 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | *day* | *first* | *Year* | | |
| Description of Photograph | *figures* | | | | |

| Title of Photograph | chiangmai089 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | *day* | *first* | *Year* | | |
| Description of Photograph | *figures* | | | | |

| Title of Photograph | chiangmai090 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | *day* | *first* | *Year* | | |
| Description of Photograph | *figures* | | | | |

**C**

Name ▼
Jenkins & Nale, PC

Number/Street/Apt ▼
2361 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Registration
Number
for Group of
Published
Photographs
(continued)

| Title of Photograph | chiangmai091 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai092 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai093 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai094 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai095 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai096 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai097 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai098 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai099 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai100 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __ chiangmai101

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai102

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai103

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai104

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai105

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai106

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai107

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai108

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai109

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

Title of Photograph __ chiangmai110

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore

Description of Photograph __

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai111__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai112__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai113__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai114__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai115__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai116__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai117__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai118__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai119__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai120__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

**C**

Name ▼
__Jamison & Stahr, PC__

Number / Street / Apt ▼
__2001 Jefferson Davis Hwy., Suite 1105__

City / State / Zip ▼
__Arlington, VA 22202-3604__

**B**

| | |
|---|---|
| Title of Photograph | chiangmai121 |
| Date of First Publication | 7 February 2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | chiangmai122 |
| Date of First Publication | 7 February 2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | chiangmai123 |
| Date of First Publication | 7 February 2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | chiangmai124 |
| Date of First Publication | 7 February 2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | chiangmai125 |
| Date of First Publication | 7 February 2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | chiangmai126 |
| Date of First Publication | 7 February 2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | chiangmai127 |
| Date of First Publication | 7 February 2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | chiangmai128 |
| Date of First Publication | 7 February 2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | chiangmai129 |
| Date of First Publication | 7 February 2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

| | |
|---|---|
| Title of Photograph | chiangmai130 |
| Date of First Publication | 7 February 2007 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Option) | |

**C**

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

| | Title of Photograph | chiangmai131 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | *Day* | *Month* | *Year* | | |
| | Description of Photograph | *None* | | | | |

| | Title of Photograph | chiangmai132 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | *Day* | *Month* | *Year* | | |
| | Description of Photograph | *None* | | | | |

| | Title of Photograph | chiangmai133 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | *Day* | *Month* | *Year* | | |
| | Description of Photograph | *None* | | | | |

| | Title of Photograph | chiangmai134 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | *Day* | *Month* | *Year* | | |
| | Description of Photograph | *None* | | | | |

| | Title of Photograph | chiangmai135 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | *Day* | *Month* | *Year* | | |
| | Description of Photograph | *None* | | | | |

| | Title of Photograph | chiangmai136 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | *Day* | *Month* | *Year* | | |
| | Description of Photograph | *None* | | | | |

| | Title of Photograph | chiangmai137 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | *Day* | *Month* | *Year* | | |
| | Description of Photograph | *None* | | | | |

| | Title of Photograph | chiangmai138 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | *Day* | *Month* | *Year* | | |
| | Description of Photograph | *None* | | | | |

| | Title of Photograph | chiangmai139 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | *Day* | *Month* | *Year* | | |
| | Description of Photograph | *None* | | | | |

| | Title of Photograph | chiangmai140 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | | *Day* | *Month* | *Year* | | |
| | Description of Photograph | *None* | | | | |

**C**

| | Name ▼ |
|---|---|
| | Jenkins & Shultz, PC |
| | Number / Street / Apt ▼ |
| | 2001 Jefferson Davis Hwy., Suite 1102 |
| | City / State / Zip ▼ |
| | Arlington, VA 22202-3604 |

**B**

Title of Photograph __ chiangmai141
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ chiangmai142
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ chiangmai143
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ chiangmai144
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ chiangmai145
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ chiangmai146
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ chiangmai147
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ chiangmai148
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ chiangmai149
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ chiangmai150
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph __

**C**

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | chiangmai151 |
|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai152 |
|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai153 |
|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai154 |
|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai155 |
|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai156 |
|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai157 |
|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai158 |
|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai159 |
|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai160 |
|---|---|---|
| | Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __ chiangmai161
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai162
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai163
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai164
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai165
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai166
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai167
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai168
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai169
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai170
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ chiangmai171
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai172
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai173
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai174
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai175
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai176
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai177
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai178
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai179
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai180
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jamison & Shults, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy - Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph   chiangmai181
Date of First Publication   7   February   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai182
Date of First Publication   7   February   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai183
Date of First Publication   7   February   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai184
Date of First Publication   7   February   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai185
Date of First Publication   7   February   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai186
Date of First Publication   7   February   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai187
Date of First Publication   7   February   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai188
Date of First Publication   7   February   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai189
Date of First Publication   7   February   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   chiangmai190
Date of First Publication   7   February   2007   Nation of First Publication   Singapore
Description of Photograph

Name ▼
Renchen & Slade, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1140
City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | Title of Photograph | chiangmai191 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai192 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai193 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai194 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai195 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai196 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai197 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai198 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai199 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai200 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | | |

**C**

Jacobson & Shults, PC

2081 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Registration for Supplementary Registration of Photographs (continued)

Title of Photograph **chiangmai201**
Date of First Publication **7** **February** **2007**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **chiangmai202**
Date of First Publication **7** **February** **2007**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **chiangmai203**
Date of First Publication **7** **February** **2007**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **chiangmai204**
Date of First Publication **7** **February** **2007**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **chiangmai205**
Date of First Publication **7** **February** **2007**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **chiangmai206**
Date of First Publication **7** **February** **2007**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **chiangmai207**
Date of First Publication **7** **February** **2007**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **chiangmai208**
Date of First Publication **7** **February** **2007**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **chiangmai209**
Date of First Publication **7** **February** **2007**  Nation of First Publication **Singapore**
Description of Photograph

Title of Photograph **chiangmai210**
Date of First Publication **7** **February** **2007**  Nation of First Publication **Singapore**
Description of Photograph

**C**

Name ▼
**Jennison & Shultz, PC**
Number / Street / Apt ▼
**2001 Jefferson Davis Hwy., Suite 1102**
City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

Title of Photograph __chiangmai211__

Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __chiangmai212__

Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __chiangmai213__

Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __chiangmai214__

Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __chiangmai215__

Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __chiangmai216__

Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __chiangmai217__

Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __chiangmai218__

Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __chiangmai219__

Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __chiangmai220__

Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__

Description of Photograph

---

**C**

Name ▼
Ivancius & Slotta, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai221 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai222 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai223 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai224 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai225 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai226 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai227 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai228 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai229 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai230 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

**C**

Name ▼
Simstone & Stone, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Published
or Unpublished
Photographs
(continued)

Title of Photograph __ chiangmai231 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph

Title of Photograph __ chiangmai232 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph

Title of Photograph __ chiangmai233 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph

Title of Photograph __ chiangmai234 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph

Title of Photograph __ chiangmai235 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph

Title of Photograph __ chiangmai236 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph

Title of Photograph __ chiangmai237 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph

Title of Photograph __ chiangmai238 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph

Title of Photograph __ bkk001 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph

Title of Photograph __ bkk002 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jeanson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress

**B**

Registration for Works of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | bkk003 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk004 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk005 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk006 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk007 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk008 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk009 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk010 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk011 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | bkk012 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph _____ bkk013 _____
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ bkk014 _____
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ bkk015 _____
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ bkk016 _____
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ bkk017 _____
Date of First Publication ___7___ ___February___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai070 _____
Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai071 _____
Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai072 _____
Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai073 _____
Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph _____ namhai074 _____
Date of First Publication ___6___ ___July___ ___2007___ Nation of First Publication ___Singapore___
Description of Photograph _____

**C**

Name ▼
Jamison A. Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy : Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai075
Date of First Publication __ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _____ (Optional)

Title of Photograph ___ namhai076
Date of First Publication __ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _____ (Optional)

Title of Photograph ___ namhai077
Date of First Publication __ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _____ (Optional)

Title of Photograph ___ namhai078
Date of First Publication __ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _____ (Optional)

Title of Photograph ___ namhai079
Date of First Publication __ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _____ (Optional)

Title of Photograph ___ namhai080
Date of First Publication __ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _____ (Optional)

Title of Photograph ___ namhai081
Date of First Publication __ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _____ (Optional)

Title of Photograph ___ namhai082
Date of First Publication __ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _____ (Optional)

Title of Photograph ___ namhai083
Date of First Publication __ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _____ (Optional)

Title of Photograph ___ namhai084
Date of First Publication __ 6 _____ July _____ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _____ (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / ZIP ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai085__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai086__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai087__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai088__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai089__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai090__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai091__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai092__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai093__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph __none__

Title of Photograph __namhai094__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph __none__

**C**

Name ▼
__Sanders & Shultz, PC__

Number / Street / Apt ▼
__2001 Jefferson Davis Hwy., Suite 1102__

City / State / Zip ▼
__Arlington, VA 22202-3604__

**B**

Title of Photograph __namhai095__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai096__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai097__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai098__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai099__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai100__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai101__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai102__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai103__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai104__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Name ▼
Kambrod & Slade, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | | |
|---|---|---|
| Title of Photograph | namhai105 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai106 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai107 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai108 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai109 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai110 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai111 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai112 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai113 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai114 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai115
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai116
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai117
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai118
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai119
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai120
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai121
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai122
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai123
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai124
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jenkins & Stults, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai125 ___
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___ namhai126 ___
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___ namhai127 ___
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___ namhai128 ___
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___ namhai129 ___
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___ namhai130 ___
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___ namhai131 ___
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___ namhai132 ___
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___ namhai133 ___
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___ namhai134 ___
Date of First Publication __6__ ___July___ __2007__ Nation of First Publication ___Singapore___
Description of Photograph ___

**C**

Name ▼
Jamieson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    namhai135
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai136
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai137
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai138
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai139
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai140
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai141
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai142
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai143
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    namhai144
Date of First Publication    6    July    2007    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Zumbro & Stolz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai145__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __namhai146__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __namhai147__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __namhai148__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __namhai149__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __namhai150__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __namhai151__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __namhai152__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __namhai153__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ___

Title of Photograph __namhai154__
Date of First Publication __6__ __July__ __2007__   Nation of First Publication __Singapore__
Description of Photograph ___

**C**

Name ▼
Lumiere & Sholtz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | namhai155 |
| Date of First Publication | 6    July    2007 |
| | Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai156 |
| Date of First Publication | 6    July    2007 |
| | Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai157 |
| Date of First Publication | 6    July    2007 |
| | Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai158 |
| Date of First Publication | 6    July    2007 |
| | Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai159 |
| Date of First Publication | 6    July    2007 |
| | Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai160 |
| Date of First Publication | 6    July    2007 |
| | Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai161 |
| Date of First Publication | 6    July    2007 |
| | Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai162 |
| Date of First Publication | 6    July    2007 |
| | Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai163 |
| Date of First Publication | 6    July    2007 |
| | Nation of First Publication    Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai164 |
| Date of First Publication | 6    July    2007 |
| | Nation of First Publication    Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shirtz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai165__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

Title of Photograph __namhai166__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

Title of Photograph __namhai167__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

Title of Photograph __namhai168__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

Title of Photograph __namhai169__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

Title of Photograph __namhai170__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

Title of Photograph __namhai171__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

Title of Photograph __namhai172__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

Title of Photograph __namhai173__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

Title of Photograph __namhai174__

Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__

Description of Photograph __namhai__

**C**

Name ▼
__Jacobson & Shafer, PC__

Number / Street / Apt ▼
__2001 Jefferson Davis Hwy., Suite 1102__

City / State / Zip ▼
__Arlington, VA 22202-3604__

**B**

Title of Photograph _____ namhai175
Date of First Publication __6__ __July__ __2007__    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ namhai176
Date of First Publication __6__ __July__ __2007__    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ namhai177
Date of First Publication __6__ __July__ __2007__    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ namhai178
Date of First Publication __6__ __July__ __2007__    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ namhai179
Date of First Publication __6__ __July__ __2007__    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ namhai180
Date of First Publication __6__ __July__ __2007__    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ namhai181
Date of First Publication __6__ __July__ __2007__    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ namhai182
Date of First Publication __6__ __July__ __2007__    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ namhai183
Date of First Publication __6__ __July__ __2007__    Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ namhai184
Date of First Publication __6__ __July__ __2007__    Nation of First Publication _____ Singapore
Description of Photograph _____

**C**

Name ▼
Tinaben & Shalit, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy , Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai185__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai186__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai187__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai188__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai189__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai190__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai191__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai192__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai193__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __namhai194__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph

**C**

Name
Ivanhoe & Shults, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai195__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai196__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai197__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai198__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai199__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai200__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai201__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai202__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai203__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __namhai204__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

Name ▼
__Jacobson & Shallu, PC__

Number / Street / Apt ▼
__2011 Jefferson Davis Hwy.; Suite 1102__

City / State / Zip ▼
__Arlington, VA 22202-3604__

**C**

**B**

| Number | Title of Photograph | namhai205 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai206 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai207 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai208 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai209 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai210 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai211 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai212 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai213 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai214 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

| | | |
|---|---|---|
| Title of Photograph | namhai215 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai216 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai217 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai218 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai219 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai220 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai221 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai222 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai223 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai224 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai225
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai226
Date of First Publication ___ 5 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai227
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai228
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai229
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai230
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai231
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai232
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai233
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

Title of Photograph ___ namhai234
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___ event

**C**

Name ▼
Jacobson & Skalte, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ namhai235

Date of First Publication _____ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai236

Date of First Publication _____ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai237

Date of First Publication _____ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai238

Date of First Publication _____ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai239

Date of First Publication _____ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai240

Date of First Publication _____ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai241

Date of First Publication _____ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai242

Date of First Publication _____ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai243

Date of First Publication _____ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ namhai244

Date of First Publication _____ 6 _____ July _____ 2007 _____ Nation of First Publication _____ Singapore

Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | namhai245 | | | | |
| Date of First Publication | 6 Day | July Month | 2007 Year | Nation of First Publication | Singapore |
| Description of Photograph | photo | | | | |

| Title of Photograph | namhai246 | | | | |
| Date of First Publication | 6 Day | July Month | 2007 Year | Nation of First Publication | Singapore |
| Description of Photograph | photo | | | | |

| Title of Photograph | namhai247 | | | | |
| Date of First Publication | 6 Day | July Month | 2007 Year | Nation of First Publication | Singapore |
| Description of Photograph | photo | | | | |

| Title of Photograph | namhai248 | | | | |
| Date of First Publication | 6 Day | July Month | 2007 Year | Nation of First Publication | Singapore |
| Description of Photograph | photo | | | | |

| Title of Photograph | namhai249 | | | | |
| Date of First Publication | 6 Day | July Month | 2007 Year | Nation of First Publication | Singapore |
| Description of Photograph | photo | | | | |

| Title of Photograph | namhai250 | | | | |
| Date of First Publication | 6 Day | July Month | 2007 Year | Nation of First Publication | Singapore |
| Description of Photograph | photo | | | | |

| Title of Photograph | namhai251 | | | | |
| Date of First Publication | 6 Day | July Month | 2007 Year | Nation of First Publication | Singapore |
| Description of Photograph | photo | | | | |

| Title of Photograph | namhai252 | | | | |
| Date of First Publication | 6 Day | July Month | 2007 Year | Nation of First Publication | Singapore |
| Description of Photograph | photo | | | | |

| Title of Photograph | namhai253 | | | | |
| Date of First Publication | 6 Day | July Month | 2007 Year | Nation of First Publication | Singapore |
| Description of Photograph | photo | | | | |

| Title of Photograph | namhai254 | | | | |
| Date of First Publication | 6 Day | July Month | 2007 Year | Nation of First Publication | Singapore |
| Description of Photograph | photo | | | | |

**C**

Justine A. Sinks, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | namhai255 |
| Date of First Publication | 6 — July — 2007 |
| | Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai256 |
| Date of First Publication | 6 — July — 2007 |
| | Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai257 |
| Date of First Publication | 6 — July — 2007 |
| | Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai258 |
| Date of First Publication | 6 — July — 2007 |
| | Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai259 |
| Date of First Publication | 6 — July — 2007 |
| | Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai260 |
| Date of First Publication | 6 — July — 2007 |
| | Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai261 |
| Date of First Publication | 6 — July — 2007 |
| | Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai262 |
| Date of First Publication | 6 — July — 2007 |
| | Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai263 |
| Date of First Publication | 6 — July — 2007 |
| | Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai264 |
| Date of First Publication | 6 — July — 2007 |
| | Nation of First Publication — Singapore |
| Description of Photograph | |

**C**

Bardos & Stults, PC

2461 Jefferson Davis Hwy , Suite 1102

Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | namhai265 |
| Date of First Publication | 6 July 2007 — Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai266 |
| Date of First Publication | 6 July 2007 — Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai267 |
| Date of First Publication | 6 July 2007 — Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai268 |
| Date of First Publication | 6 July 2007 — Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai269 |
| Date of First Publication | 6 July 2007 — Nation of First Publication — Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | — Nation of First Publication — |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | — Nation of First Publication — |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | — Nation of First Publication — |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | — Nation of First Publication — |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | — Nation of First Publication — |
| Description of Photograph | |

**C**

Johnson & Stahs, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1-432-327

**EFFECTIVE DATE OF REGISTRATION**

12    30    2010
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**

The Wave Design Pte. Ltd.  Photographs 2007 (B)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 32 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**    **NAME OF AUTHOR ▼**
The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**    **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2007
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month November    Day 28    Year 2007
Singapore    Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-30-2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.

DO NOT WRITE HERE

EXAMINED BY _____    FORM VA

CHECKED BY _____

☐ CORRESPONDENCE    FOR
   Yes                COPYRIGHT
                      OFFICE
                      USE
                      ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

Jennison & Shultz, P.C.                   080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number  (703 ) 415-1640       Fax number  ( 703 )415-0788

Email  John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☑ authorized agent of  THE WAVE DESIGN PTE LTD
                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                          Date  28 December 2010

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REG   VA 1 – 432 – 327

*USE FORM WITH FORM VA*

**EFFECTIVE DATE OF REGISTRATION**

*12*    *30*    *2010*
(Month)   (Day)   (Year)

**CONTINUATION SHEET RECEIVED**

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Page __3__ of __6__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant ___ THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| Title of Photograph | saujana001 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana002 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana003 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana004 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana005 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

**B**

Title of Photograph **saujana006**
Date of First Publication **28    November    2007**    Nation of First Publication    **Singapore**
Description of Photograph

Title of Photograph **saujana007**
Date of First Publication **28    November    2007**    Nation of First Publication    **Singapore**
Description of Photograph

Title of Photograph **saujana008**
Date of First Publication **28    November    2007**    Nation of First Publication    **Singapore**
Description of Photograph

Title of Photograph **saujana009**
Date of First Publication **28    November    2007**    Nation of First Publication    **Singapore**
Description of Photograph

Title of Photograph **saujana010**
Date of First Publication **28    November    2007**    Nation of First Publication    **Singapore**
Description of Photograph

Title of Photograph **saujana011**
Date of First Publication **28    November    2007**    Nation of First Publication    **Singapore**
Description of Photograph

Title of Photograph **saujana012**
Date of First Publication **28    November    2007**    Nation of First Publication    **Singapore**
Description of Photograph

Title of Photograph **saujana013**
Date of First Publication **28    November    2007**    Nation of First Publication    **Singapore**
Description of Photograph

Title of Photograph **saujana014**
Date of First Publication **28    November    2007**    Nation of First Publication    **Singapore**
Description of Photograph

Title of Photograph **saujana015**
Date of First Publication **28    November    2007**    Nation of First Publication    **Singapore**
Description of Photograph

**C**

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

Title of Photograph   saujana016
Date of First Publication   28   November   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   saujana017
Date of First Publication   28   November   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   saujana018
Date of First Publication   28   November   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   saujana019
Date of First Publication   28   November   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   saujana020
Date of First Publication   28   November   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   saujana021
Date of First Publication   28   November   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   saujana022
Date of First Publication   28   November   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   saujana023
Date of First Publication   28   November   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   saujana024
Date of First Publication   28   November   2007   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   saujana025
Date of First Publication   28   November   2007   Nation of First Publication   Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | saujana026 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana027 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana028 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana029 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana030 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana031 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | saujana032 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | | Nation of First Publication |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | | Nation of First Publication |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | | Nation of First Publication |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jeanson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604