# EXHIBIT 1-C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

VA 1 – 432 – 327

**EFFECTIVE DATE OF REGISTRATION**

12　　30　　2010
Month　　Day　　Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**

The Wave Design Pte. Ltd.  Photographs 2007 (B)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 32 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼　Number ▼　Issue Date ▼　On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

**NAME OF AUTHOR ▼**

The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

**DATES OF BIRTH AND DEATH**
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions.
☐ 3-Dimensional sculpture　☐ Map　☐ Technical drawing
☐ 2-Dimensional artwork　☑ Photograph　☐ Text
☐ Reproduction of work of art　☐ Jewelry design　☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture　☐ Map　☐ Technical drawing
☐ 2-Dimensional artwork　☐ Photograph　☐ Text
☐ Reproduction of work of art　☐ Jewelry design　☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2007
This information must be given
Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month November Day 28 Year 2007
ONLY if this work has been published.
Singapore
Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-30-2010

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 8.

**DO NOT WRITE HERE**

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                         Account Number ▼

Jennison & Shultz, P.C.                                        080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number   ( 703 ) 415-1640                 Fax number   ( 703 ) 415-0788

Email  John@JennisonLaw.com

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **THE WAVE DESIGN PTE LTD**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                                   Date   28 December 2010

Handwritten signature (X) ▼

X

**8**

**Certificate will be mailed in window envelope to this address:**

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REG    VA 1 – 432 – 327

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

*12*        *30*        *2010*
(Month)        (Day)        (Year)

**CONTINUATION SHEET RECEIVED**

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Page    *3*    of    *6*    pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author        THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant        THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | Title of Photograph | saujana001 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 28 (Month) | November (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | saujana002 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 28 (Month) | November (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | saujana003 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 28 (Month) | November (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | saujana004 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 28 (Month) | November (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | saujana005 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 28 (Month) | November (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**B**

Title of Photograph ___ saujana006
Date of First Publication __ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _(Optional)_

Title of Photograph ___ saujana007
Date of First Publication __ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _(Optional)_

Title of Photograph ___ saujana008
Date of First Publication __ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _(Optional)_

Title of Photograph ___ saujana009
Date of First Publication __ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _(Optional)_

Title of Photograph ___ saujana010
Date of First Publication __ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _(Optional)_

Title of Photograph ___ saujana011
Date of First Publication __ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _(Optional)_

Title of Photograph ___ saujana012
Date of First Publication __ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _(Optional)_

Title of Photograph ___ saujana013
Date of First Publication __ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _(Optional)_

Title of Photograph ___ saujana014
Date of First Publication __ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _(Optional)_

Title of Photograph ___ saujana015
Date of First Publication __ 28 ___ November ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph _(Optional)_

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for a Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | saujana016 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana017 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana018 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana019 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana020 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana021 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana022 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana023 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana024 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana025 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph — saujana026

Date of First Publication — 28 November 2007 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — saujana027

Date of First Publication — 28 November 2007 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — saujana028

Date of First Publication — 28 November 2007 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — saujana029

Date of First Publication — 28 November 2007 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — saujana030

Date of First Publication — 28 November 2007 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — saujana031

Date of First Publication — 28 November 2007 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — saujana032

Date of First Publication — 28 November 2007 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph —

Date of First Publication — — — Nation of First Publication —

Description of Photograph —

Title of Photograph —

Date of First Publication — — — Nation of First Publication —

Description of Photograph —

Title of Photograph —

Date of First Publication — — — Nation of First Publication —

Description of Photograph —

**C**

Name ▼
Jeanson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1–432–328**

*UNS00014323284*

**EFFECTIVE DATE OF REGISTRATION**

12 / 29 / 2010
Month / Day / Year

---

**1**

**Title of This Work ▼**

Wave-s Photographs 2003

**NATURE OF THIS WORK ▼ See instructions**

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos · 139 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**

Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes   ☒ No
Pseudonymous?  ☐ Yes   ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions.
☐ 3-Dimensional sculpture     ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork       ☒ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b**

**Name of Author ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions.
☐ 3-Dimensional sculpture     ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3**

**a**

**Year in Which Creation of This Work Was Completed**
2003
Year In all cases

This information must be given

**b**

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.

Month March 18 – Nov. 4
Day
Year 2003
Nation Singapore

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S:
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.       · Sign the form at line 8.

**DO NOT WRITE HERE**

Page 1 of 11 pages

EXAMINED BY _____ **FORM VA**

CHECKED BY _____

**CORRESPONDENCE**
☒ Yes *(Ju Siebel / Spn 1-54209.5055)*

**FOR COPYRIGHT OFFICE USE ONLY**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

---

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

**6**

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

Jennison & Shultz, P.C.                   080519

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

**b**

Area code and daytime telephone number  (703 ) 415-1640          Fax number  ( 703 )415-0788

Email  John@JennisonLaw.com

**7**

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ____ **WAVE-S**
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                    Date  28 December 2010

Handwritten signature (X) ▼

x _____

**8**

---

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGI   **VA 1 – 432 – 328**

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

**12**        **29**        **2010**
(Month)      (Day)        (Year)

**CONTINUATION SHEET RECEIVED**

Page   **3**   of   **17**   pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ____ **WAVE-S** ____

Name of Copyright Claimant ____ **WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679** ____

## B

Registration for a Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | muscat030 | | |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | muscat031 | | |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | muscat032 | | |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | muscat033 | | |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | muscat034 | | |
| | Date of First Publication | 18 (Month) March (Day) 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

**B**

Title of Photograph muscat035
Date of First Publication 18 March 2003 Nation of First Publication Singapore
month day year
Description of Photograph

Title of Photograph muscat036
Date of First Publication 18 March 2003 Nation of First Publication Singapore
month day year
Description of Photograph

Title of Photograph muscat037
Date of First Publication 18 March 2003 Nation of First Publication Singapore
month day year
Description of Photograph

Title of Photograph muscat038
Date of First Publication 18 March 2003 Nation of First Publication Singapore
month day year
Description of Photograph

Title of Photograph muscat039
Date of First Publication 18 March 2003 Nation of First Publication Singapore
month day year
Description of Photograph

Title of Photograph muscat040
Date of First Publication 18 March 2003 Nation of First Publication Singapore
month day year
Description of Photograph

Title of Photograph muscat041
Date of First Publication 18 March 2003 Nation of First Publication Singapore
month day year
Description of Photograph

Title of Photograph muscat042
Date of First Publication 18 March 2003 Nation of First Publication Singapore
month day year
Description of Photograph

Title of Photograph muscat043
Date of First Publication 18 March 2003 Nation of First Publication Singapore
month day year
Description of Photograph

Title of Photograph muscat044
Date of First Publication 18 March 2003 Nation of First Publication Singapore
month day year
Description of Photograph

**C**

Certificate
will be mailed
in window
envelope to
this address

Name
Jacobson & Shultz, PC
Number / Street / Apt
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip
Arlington, VA 22202-3604

| Number | | | | | | **B** |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat045 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat046 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat047 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat048 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat049 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat050 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat051 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat052 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat053 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat054 | | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore | |
| | (Month) | (Day) | (Year) | | | |
| Description of Photograph | (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | muscat055 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph | (Option) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat056 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph | (Option) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat057 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph | (Option) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat058 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph | (Option) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat059 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph | (Option) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat060 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph | (Option) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat061 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph | (Option) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat062 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph | (Option) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat063 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph | (Option) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat064 |
| | Date of First Publication | 18 (Month)   March (Day)   2003 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph | (Option) |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat065 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat066 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat067 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat068 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat069 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat070 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat071 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat072 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat073 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat074 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed to window in envelope to this address:

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | | |
|---|---|---|
| Title of Photograph | muscat075 | |
| Date of First Publication | 18    March    2003 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat076 | |
| Date of First Publication | 18    March    2003 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat077 | |
| Date of First Publication | 18    March    2003 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat078 | |
| Date of First Publication | 18    March    2003 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat079 | |
| Date of First Publication | 18    March    2003 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat080 | |
| Date of First Publication | 18    March    2003 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat081 | |
| Date of First Publication | 18    March    2003 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat082 | |
| Date of First Publication | 18    March    2003 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat083 | |
| Date of First Publication | 18    March    2003 | Nation of First Publication    Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat084 | |
| Date of First Publication | 18    March    2003 | Nation of First Publication    Singapore |
| Description of Photograph | | |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Registration
for Group of
Published
Photographs
(continued)

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat085 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat086 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat087 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat088 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat089 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat090 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat091 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat092 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat093 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat094 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat095 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication   Singapore |
| | Description of Photograph | *(Optional)* | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat096 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication   Singapore |
| | Description of Photograph | *(Optional)* | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat097 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication   Singapore |
| | Description of Photograph | *(Optional)* | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat098 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication   Singapore |
| | Description of Photograph | *(Optional)* | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat099 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication   Singapore |
| | Description of Photograph | *(Optional)* | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat100 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication   Singapore |
| | Description of Photograph | *(Optional)* | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat101 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication   Singapore |
| | Description of Photograph | *(Optional)* | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat102 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication   Singapore |
| | Description of Photograph | *(Optional)* | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat103 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication   Singapore |
| | Description of Photograph | *(Optional)* | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat104 | | | |
| | Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication   Singapore |
| | Description of Photograph | *(Optional)* | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address.

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | Title of Photograph | muscat105 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat106 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat107 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat108 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat109 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat110 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat111 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat112 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat113 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | muscat114 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Related Photographs (continued)

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Title of Photograph** | muscat115 | | | | | |
| | **Date of First Publication** | 18 | March | 2003 | **Nation of First Publication** | Singapore | |
| | | (Month) | (Day) | (Year) | | | |
| | **Description of Photograph** | (Optional) | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Title of Photograph** | muscat116 | | | | | |
| | **Date of First Publication** | 18 | March | 2003 | **Nation of First Publication** | Singapore | |
| | | (Month) | (Day) | (Year) | | | |
| | **Description of Photograph** | (Optional) | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Title of Photograph** | muscat117 | | | | | |
| | **Date of First Publication** | 18 | March | 2003 | **Nation of First Publication** | Singapore | |
| | | (Month) | (Day) | (Year) | | | |
| | **Description of Photograph** | (Optional) | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Title of Photograph** | muscat118 | | | | | |
| | **Date of First Publication** | 18 | March | 2003 | **Nation of First Publication** | Singapore | |
| | | (Month) | (Day) | (Year) | | | |
| | **Description of Photograph** | (Optional) | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Title of Photograph** | muscat119 | | | | | |
| | **Date of First Publication** | 18 | March | 2003 | **Nation of First Publication** | Singapore | |
| | | (Month) | (Day) | (Year) | | | |
| | **Description of Photograph** | (Optional) | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Title of Photograph** | muscat120 | | | | | |
| | **Date of First Publication** | 18 | March | 2003 | **Nation of First Publication** | Singapore | |
| | | (Month) | (Day) | (Year) | | | |
| | **Description of Photograph** | (Optional) | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Title of Photograph** | muscat121 | | | | | |
| | **Date of First Publication** | 18 | March | 2003 | **Nation of First Publication** | Singapore | |
| | | (Month) | (Day) | (Year) | | | |
| | **Description of Photograph** | (Optional) | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Title of Photograph** | muscat122 | | | | | |
| | **Date of First Publication** | 18 | March | 2003 | **Nation of First Publication** | Singapore | |
| | | (Month) | (Day) | (Year) | | | |
| | **Description of Photograph** | (Optional) | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Title of Photograph** | muscat123 | | | | | |
| | **Date of First Publication** | 18 | March | 2003 | **Nation of First Publication** | Singapore | |
| | | (Month) | (Day) | (Year) | | | |
| | **Description of Photograph** | (Optional) | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Title of Photograph** | muscat124 | | | | | |
| | **Date of First Publication** | 18 | March | 2003 | **Nation of First Publication** | Singapore | |
| | | (Month) | (Day) | (Year) | | | |
| | **Description of Photograph** | (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat125 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat126 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat127 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat128 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat129 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat130 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat131 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat132 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat133 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat134 | |
| Date of First Publication | 18 (Month)  March (Day)  2003 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Option) | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph: muscat135
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat136
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat137
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat138
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat139
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat140
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat141
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat142
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat143
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph (Optional):

Title of Photograph: muscat144
Date of First Publication: 18 (Month) March (Day) 2003 (Year)   Nation of First Publication: Singapore
Description of Photograph (Optional):

Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | | |
|---|---|---|
| Title of Photograph | muscat145 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat146 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat147 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | muscat148 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | lalu159 | |
| Date of First Publication | 30 October 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | legian007 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | legian008 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | legian009 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | legian010 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | legian011 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

Library of Congress
Copyright Office
Washington, DC

**B**

Registration
for Change of
Published
Photographs
(continuing)

| Number | | |
|---|---|---|
| Title of Photograph | legian012 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian013 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian014 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian015 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian016 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian017 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian018 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian019 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian020 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legian021 | |
| Date of First Publication | 4 November 2003 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph (Optional) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph   legian022

Date of First Publication   4   November   2003   Nation of First Publication   Singapore
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

Number

Title of Photograph   legian023

Date of First Publication   4   November   2003   Nation of First Publication   Singapore
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

Number

Title of Photograph   legian024

Date of First Publication   4   November   2003   Nation of First Publication   Singapore
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

Number

Title of Photograph   legian025

Date of First Publication   4   November   2003   Nation of First Publication   Singapore
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

Number

Title of Photograph

Date of First Publication   (Month)   (Day)   (Year)   Nation of First Publication

Description of Photograph   (Optional)

Number

Title of Photograph

Date of First Publication   (Month)   (Day)   (Year)   Nation of First Publication

Description of Photograph   (Optional)

Number

Title of Photograph

Date of First Publication   (Month)   (Day)   (Year)   Nation of First Publication

Description of Photograph   (Optional)

Number

Title of Photograph

Date of First Publication   (Month)   (Day)   (Year)   Nation of First Publication

Description of Photograph   (Optional)

Number

Title of Photograph

Date of First Publication   (Month)   (Day)   (Year)   Nation of First Publication

Description of Photograph   (Optional)

Number

Title of Photograph

Date of First Publication   (Month)   (Day)   (Year)   Nation of First Publication

Description of Photograph   (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC.

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000