# EXHIBIT 1-E

# Certificate of Registration



**Form VA**
For a Work of the Visual Arts

VA 1–432–330



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**EFFECTIVE DATE OF REGISTRATION**

12    29    2010
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**

The Wave Design Pte. Ltd.  Photographs 2006

**NATURE OF THIS WORK ▼** See Instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 362 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**

**a**    The Wave Design Pte. Ltd.

**DATES OF BIRTH AND DEATH**
**Year Born ▼**    **Year Died ▼**

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR {
Citizen of _____
Domiciled in   Singapore
}

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**b**

**Dates of Birth and Death**
**Year Born ▼**    **Year Died ▼**

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR {
Citizen of _____
Domiciled in _____
}

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** **Year in Which Creation of This Work Was Completed**
2006
This information must be given in all cases.   Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month   8/23–12/12/2006   Day   Year   2006
Nation   Singapore

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-29-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5–9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

**FORM VA**

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**a**

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**                                    **Account Number ▼**

Jennison & Shultz, P.C.                         080519

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

**b**

Area code and daytime telephone number   ( 703 ) 415-1640          Fax number   ( 703 ) 415-0788

Email   John@JennisonLaw.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights(s)
☑ authorized agent of   **THE WAVE DESIGN PTE LTD**
Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                          Date   28 December 2010

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

**Name ▼**
Jennison & Shultz, PC

**Number/Street ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City/State/Zip ▼**
Arlington, VA 22202-3604

17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-330

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**USE ONLY WITH FORM VA**

**EFFECTIVE DATE OF REGISTRATION**

12        29        2010
(Month)   (Day)     (Year)

**CONTINUATION SHEET RECEIVED**

Page   3   of   39   pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ........ THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant ........ THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph .... milan001
Date of First Publication  23   August   2006   Nation of First Publication   Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Title of Photograph .... milan002
Date of First Publication  23   August   2006   Nation of First Publication   Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Title of Photograph .... milan003
Date of First Publication  23   August   2006   Nation of First Publication   Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Title of Photograph .... milan004
Date of First Publication  23   August   2006   Nation of First Publication   Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Title of Photograph .... milan005
Date of First Publication  23   August   2006   Nation of First Publication   Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

**B**

Title of Photograph __milan006__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __milan007__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __milan008__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __milan009__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __milan010__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __milan011__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __milan012__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __milan013__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __milan014__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __milan015__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph

**C**

Name ▼
Riombon & Sholto, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | milan016 | | | | |
| Date of First Publication | 23 | August | 2005 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | Nature | | | | |

| Title of Photograph | milan017 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | Nature | | | | |

| Title of Photograph | milan018 | | | | |
| Date of First Publication | 23 | August | 2005 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | Nature | | | | |

| Title of Photograph | milan019 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | Nature | | | | |

| Title of Photograph | milan020 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | Nature | | | | |

| Title of Photograph | milan021 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | Nature | | | | |

| Title of Photograph | milan022 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | Nature | | | | |

| Title of Photograph | milan023 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | Nature | | | | |

| Title of Photograph | milan024 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | Nature | | | | |

| Title of Photograph | milan025 | | | | |
| Date of First Publication | 23 | August | 2006 | Nation of First Publication | Singapore |
| | Day | Month | Year | | |
| Description of Photograph | Nature | | | | |

**C**

Name ▼
Simion & Slatis, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy - Suite 1102

City / State / Zip ▼
Arlington VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | milan026 |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | milan027 |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | milan028 |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | milan029 |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | milan030 |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | milan031 |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | milan032 |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | milan033 |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | milan034 |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | milan035 |
| Date of First Publication | 23 (Month) August (Day) 2006 (Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ milan036
Date of First Publication __23__ __August__ __2005__ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan037
Date of First Publication __23__ __August__ __2006__ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan038
Date of First Publication __23__ __August__ __2006__ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan039
Date of First Publication __23__ __August__ __2006__ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan040
Date of First Publication __23__ __August__ __2006__ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan041
Date of First Publication __23__ __August__ __2006__ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan042
Date of First Publication __23__ __August__ __2006__ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan043
Date of First Publication __23__ __August__ __2006__ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan044
Date of First Publication __23__ __August__ __2006__ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan045
Date of First Publication __23__ __August__ __2006__ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Milton A. Bass, PC

2001 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph ___ milan046
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan047
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan048
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan049
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan050
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan051
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan052
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan053
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan054
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan055
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jennifer A. Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __milan056__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan057__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan058__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan059__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan060__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan061__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan062__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan063__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan064__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan065__
Date of First Publication __23__ __August__ __2006__   Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
Janelow & Stoltz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| **Title of Photograph** | milan066 |
| **Date of First Publication** 23 (Month) August (Day) 2006 (Year) | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

| | |
|---|---|
| **Title of Photograph** | milan067 |
| **Date of First Publication** 23 (Month) August (Day) 2006 (Year) | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

| | |
|---|---|
| **Title of Photograph** | milan068 |
| **Date of First Publication** 23 (Month) August (Day) 2006 (Year) | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

| | |
|---|---|
| **Title of Photograph** | milan069 |
| **Date of First Publication** 23 (Month) August (Day) 2006 (Year) | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

| | |
|---|---|
| **Title of Photograph** | milan070 |
| **Date of First Publication** 23 (Month) August (Day) 2006 (Year) | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

| | |
|---|---|
| **Title of Photograph** | milan071 |
| **Date of First Publication** 23 (Month) August (Day) 2006 (Year) | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

| | |
|---|---|
| **Title of Photograph** | milan072 |
| **Date of First Publication** 23 (Month) August (Day) 2006 (Year) | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

| | |
|---|---|
| **Title of Photograph** | milan073 |
| **Date of First Publication** 23 (Month) August (Day) 2006 (Year) | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

| | |
|---|---|
| **Title of Photograph** | seraiclub001 |
| **Date of First Publication** 4 (Month) September (Day) 2006 (Year) | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

| | |
|---|---|
| **Title of Photograph** | seraiclub002 |
| **Date of First Publication** 4 (Month) September (Day) 2006 (Year) | **Nation of First Publication** Singapore |
| **Description of Photograph** (Optional) | |

**Certificate will be mailed in window envelope to this address**

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

**B**

Registration
Renewal of
Published
Photographs
(continued)

| | | | | | | |
|---|---|---|---|---|---|---|
Number

Title of Photograph  seraiclub003
Date of First Publication  4  September  2006  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  seraiclub004
Date of First Publication  4  September  2006  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  seraiclub005
Date of First Publication  4  September  2006  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  seraiclub006
Date of First Publication  4  September  2006  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  seraiclub007
Date of First Publication  4  September  2006  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  seraiclub008
Date of First Publication  4  September  2006  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  seraiclub009
Date of First Publication  4  September  2006  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  seraiclub010
Date of First Publication  4  September  2006  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  seraiclub011
Date of First Publication  4  September  2006  Nation of First Publication  Singapore
Description of Photograph (Optional)

Number

Title of Photograph  seraiclub012
Date of First Publication  4  September  2006  Nation of First Publication  Singapore
Description of Photograph (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Sinitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | | |
|---|---|---|
| Number | Title of Photograph | seraiclub013 |
| | Date of First Publication 4 September 2006 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | seraiclub014 |
| | Date of First Publication 4 September 2006 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | seraiclub015 |
| | Date of First Publication 4 September 2006 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | seraiclub016 |
| | Date of First Publication 4 September 2006 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | seraiclub017 |
| | Date of First Publication 4 September 2006 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | seraiclub018 |
| | Date of First Publication 4 September 2006 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | seraiclub019 |
| | Date of First Publication 4 September 2006 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | seraiclub020 |
| | Date of First Publication 4 September 2006 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | seraiclub021 |
| | Date of First Publication 4 September 2006 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | seraiclub022 |
| | Date of First Publication 4 September 2006 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ___seraiclub023___
Date of First Publication ___4___ ___September___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___seraiclub024___
Date of First Publication ___4___ ___September___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___seraiclub025___
Date of First Publication ___4___ ___September___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___seraiclub026___
Date of First Publication ___4___ ___September___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___seraiclub027___
Date of First Publication ___4___ ___September___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___seraiclub028___
Date of First Publication ___4___ ___September___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___seraiclub029___
Date of First Publication ___4___ ___September___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___seraiclub030___
Date of First Publication ___4___ ___September___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___seraiclub031___
Date of First Publication ___4___ ___September___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph _____

Title of Photograph ___seraiclub032___
Date of First Publication ___4___ ___September___ ___2006___   Nation of First Publication ___Singapore___
Description of Photograph _____

**C**

Name ▼
Fawzine & Slachs, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub033 | | | |
| | Date of First Publication | 4 _(Month)_ September _(Day)_ 2006 _(Year)_ | Nation of First Publication | Singapore | |
| | Description of Photograph _(Optional)_ | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub034 | | | |
| | Date of First Publication | 4 _(Month)_ September _(Day)_ 2006 _(Year)_ | Nation of First Publication | Singapore | |
| | Description of Photograph _(Optional)_ | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub035 | | | |
| | Date of First Publication | 4 _(Month)_ September _(Day)_ 2006 _(Year)_ | Nation of First Publication | Singapore | |
| | Description of Photograph _(Optional)_ | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub036 | | | |
| | Date of First Publication | 4 _(Month)_ September _(Day)_ 2006 _(Year)_ | Nation of First Publication | Singapore | |
| | Description of Photograph _(Optional)_ | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub037 | | | |
| | Date of First Publication | 4 _(Month)_ September _(Day)_ 2006 _(Year)_ | Nation of First Publication | Singapore | |
| | Description of Photograph _(Optional)_ | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub038 | | | |
| | Date of First Publication | 4 _(Month)_ September _(Day)_ 2006 _(Year)_ | Nation of First Publication | Singapore | |
| | Description of Photograph _(Optional)_ | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub039 | | | |
| | Date of First Publication | 4 _(Month)_ September _(Day)_ 2006 _(Year)_ | Nation of First Publication | Singapore | |
| | Description of Photograph _(Optional)_ | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub040 | | | |
| | Date of First Publication | 4 _(Month)_ September _(Day)_ 2006 _(Year)_ | Nation of First Publication | Singapore | |
| | Description of Photograph _(Optional)_ | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub041 | | | |
| | Date of First Publication | 4 _(Month)_ September _(Day)_ 2006 _(Year)_ | Nation of First Publication | Singapore | |
| | Description of Photograph _(Optional)_ | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub042 | | | |
| | Date of First Publication | 4 _(Month)_ September _(Day)_ 2006 _(Year)_ | Nation of First Publication | Singapore | |
| | Description of Photograph _(Optional)_ | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph   seraiclub043
Date of First Publication   4   September   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   seraiclub044
Date of First Publication   4   September   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   seraiclub045
Date of First Publication   4   September   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   seraiclub046
Date of First Publication   4   September   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   seraiclub047
Date of First Publication   4   September   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   seraiclub048
Date of First Publication   4   September   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   seraiclub049
Date of First Publication   4   September   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   seraiclub050
Date of First Publication   4   September   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   seraiclub051
Date of First Publication   4   September   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   seraiclub052
Date of First Publication   4   September   2006   Nation of First Publication   Singapore
Description of Photograph

**C**

Name ▼
Jindrisa & Shahi, PC

Number / Street, Apt ▼
2081 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph legian066
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian067
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian068
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian069
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian070
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian071
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian072
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian073
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian074
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

Title of Photograph legian075
Date of First Publication 4 October 2006 Nation of First Publication Singapore
Description of Photograph

**C**

Jacobson & Rhein, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

Title of Photograph ___ legian076
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**B**

Title of Photograph ___ legian077
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian078
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian079
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian080
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian081
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian082
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian083
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian084
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian085
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Name ▼
Jacobson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | |
|---|---|
| Title of Photograph | legian086 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian087 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian088 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian089 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian090 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian091 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian092 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian093 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian094 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian095 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

| | |
|---|---|
| Name ▼ | Jacobson & Shultz, PC |
| Number / Street / Apt ▼ | 2801 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

| | Title of Photograph | legian096 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | Title of Photograph | legian097 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | Title of Photograph | legian098 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | Title of Photograph | legian099 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | Title of Photograph | legian100 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | Title of Photograph | legian101 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | Title of Photograph | legian102 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | Title of Photograph | legian103 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | Title of Photograph | legian104 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | Title of Photograph | legian105 | | | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Kastina & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __ legian106

Date of First Publication __ 4 __ October __ 2006 __ Nation of First Publication __ Singapore

Description of Photograph __ (Optional)

Title of Photograph __ legian107

Date of First Publication __ 4 __ October __ 2006 __ Nation of First Publication __ Singapore

Description of Photograph __ (Optional)

Title of Photograph __ legian108

Date of First Publication __ 4 __ October __ 2006 __ Nation of First Publication __ Singapore

Description of Photograph __ (Optional)

Title of Photograph __ legian109

Date of First Publication __ 4 __ October __ 2006 __ Nation of First Publication __ Singapore

Description of Photograph __ (Optional)

Title of Photograph __ legian110

Date of First Publication __ 4 __ October __ 2006 __ Nation of First Publication __ Singapore

Description of Photograph __ (Optional)

Title of Photograph __ legian111

Date of First Publication __ 4 __ October __ 2006 __ Nation of First Publication __ Singapore

Description of Photograph __ (Optional)

Title of Photograph __ legian112

Date of First Publication __ 4 __ October __ 2006 __ Nation of First Publication __ Singapore

Description of Photograph __ (Optional)

Title of Photograph __ legian113

Date of First Publication __ 4 __ October __ 2006 __ Nation of First Publication __ Singapore

Description of Photograph __ (Optional)

Title of Photograph __ legian114

Date of First Publication __ 4 __ October __ 2006 __ Nation of First Publication __ Singapore

Description of Photograph __ (Optional)

Title of Photograph __ legian115

Date of First Publication __ 4 __ October __ 2006 __ Nation of First Publication __ Singapore

Description of Photograph __ (Optional)

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___legian116___

Date of First Publication __4__ __October__ __2006__   Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___legian117___

Date of First Publication __4__ __October__ __2006__   Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___legian118___

Date of First Publication __4__ __October__ __2006__   Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___legian119___

Date of First Publication __4__ __October__ __2006__   Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___legian120___

Date of First Publication __4__ __October__ __2006__   Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___setai393___

Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___setai394___

Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___setai395___

Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___setai396___

Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___setai397___

Date of First Publication __12__ __December__ __2006__   Nation of First Publication ___Singapore___

Description of Photograph ____

Name ▼
Jemison & Steia, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph ___ setai398
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai399
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai400
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai401
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai402
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai403
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai404
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai405
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai406
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ setai407
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Persico & Stella, PC

Number / Street / Apt ▼
2011 Jefferson Davis Hwy , Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | setai408 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai409 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai410 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai411 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai412 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai413 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai414 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai415 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai416 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai417 | |
| Date of First Publication | 12  December  2006 | Nation of First Publication  Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jenison & Smitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _setai418_
Date of First Publication _12_ _December_ _2006_   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _setai419_
Date of First Publication _12_ _December_ _2006_   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _setai420_
Date of First Publication _12_ _December_ _2006_   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _setai421_
Date of First Publication _12_ _December_ _2006_   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _setai422_
Date of First Publication _12_ _December_ _2006_   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _setai423_
Date of First Publication _12_ _December_ _2006_   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _setai424_
Date of First Publication _12_ _December_ _2006_   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _setai425_
Date of First Publication _12_ _December_ _2006_   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _setai426_
Date of First Publication _12_ _December_ _2006_   Nation of First Publication _Singapore_
Description of Photograph _____

Title of Photograph _setai427_
Date of First Publication _12_ _December_ _2006_   Nation of First Publication _Singapore_
Description of Photograph _____

**C**

Name ▼
Jackson & Sheth, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ sotai428 _____

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication _____ Singapore _____

Description of Photograph _____

---

Title of Photograph _____ mendocino001 _____

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication _____ Singapore _____

Description of Photograph _____

---

Title of Photograph _____ mendocino002 _____

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication _____ Singapore _____

Description of Photograph _____

---

Title of Photograph _____ mendocino003 _____

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication _____ Singapore _____

Description of Photograph _____

---

Title of Photograph _____ mendocino004 _____

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication _____ Singapore _____

Description of Photograph _____

---

Title of Photograph _____ mendocino005 _____

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication _____ Singapore _____

Description of Photograph _____

---

Title of Photograph _____ mendocino006 _____

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication _____ Singapore _____

Description of Photograph _____

---

Title of Photograph _____ mendocino007 _____

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication _____ Singapore _____

Description of Photograph _____

---

Title of Photograph _____ mendocino008 _____

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication _____ Singapore _____

Description of Photograph _____

---

Title of Photograph _____ mendocino009 _____

Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication _____ Singapore _____

Description of Photograph _____

---

**C**

Name ▼
Simmons & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___mendocino010___

Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___

Description of Photograph ___

---

Title of Photograph ___mendocino011___

Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___

Description of Photograph ___

---

Title of Photograph ___mendocino012___

Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___

Description of Photograph ___

---

Title of Photograph ___mendocino013___

Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___

Description of Photograph ___

---

Title of Photograph ___mendocino014___

Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___

Description of Photograph ___

---

Title of Photograph ___mendocino015___

Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___

Description of Photograph ___

---

Title of Photograph ___mendocino016___

Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___

Description of Photograph ___

---

Title of Photograph ___mendocino017___

Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___

Description of Photograph ___

---

Title of Photograph ___mendocino018___

Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___

Description of Photograph ___

---

Title of Photograph ___mendocino019___

Date of First Publication ___12___ ___December___ ___2006___   Nation of First Publication ___Singapore___

Description of Photograph ___

---

Name ▼
Jacobson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph ___ mendocino020
Date of First Publication __ 12 __ December __ 2005 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino021
Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino022
Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino023
Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino024
Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino025
Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino026
Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino027
Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino028
Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph ___ mendocino029
Date of First Publication __ 12 __ December __ 2006 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

**C**

Name ▼
Jacobson & Shola, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___mendocino030___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___mendocino031___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___mendocino032___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___mendocino033___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___mendocino034___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___mendocino035___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___mendocino036___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___mendocino037___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___mendocino038___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___

Title of Photograph ___mendocino039___
Date of First Publication ___12___ ___December___ ___2006___  Nation of First Publication ___Singapore___
Description of Photograph ___

**C**

Name ▼
Jenkins & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph   mendocino040
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino041
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino042
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino043
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino044
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino045
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino046
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino047
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino048
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   mendocino049
Date of First Publication   12   December   2006   Nation of First Publication   Singapore
Description of Photograph

**C**

Name ▼
Abelman & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Related Photographs (continued)

Title of Photograph mendocino050
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph mendocino051
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph mendocino052
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph mendocino053
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph mendocino054
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph mendocino055
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph mendocino056
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph mendocino057
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph mendocino058
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph mendocino059
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph (Option)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino050 ___
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino061 ___
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino062 ___
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino063 ___
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino064 ___
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino065 ___
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino066 ___
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino067 ___
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino068 ___
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore ___
Description of Photograph _____

Title of Photograph ___ mendocino069 ___
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore ___
Description of Photograph _____

**C**

Name ▼
Kratinos & Shalis, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / Town / St ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino070
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino071
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino072
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino073
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino074
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino075
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino076
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino077
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino078
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino079
Date of First Publication ___ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Gauthier & Bhatia, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    mendocino080
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino081
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino082
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino083
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino084
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino085
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino086
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino087
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino088
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino089
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | Title of Photograph | mendocino090 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino091 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino092 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino093 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino094 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino095 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino096 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino097 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino098 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | | | | | |

| | Title of Photograph | mendocino099 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | | | | | |

**C**

Name ▼
Jacobson & Shatto, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino100 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino101 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino102 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino103 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino104 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino105 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino106 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino107 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino108 ___
Date of First Publication __12__ __December__ __2005__ Nation of First Publication ___ Singapore ___
Description of Photograph ___

Title of Photograph ___ mendocino109 ___
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore ___
Description of Photograph ___

**C**

Name: Jiménez & Stude, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph  mendocino110
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino111
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino112
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino113
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino114
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino115
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino116
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino117
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino118
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  mendocino119
Date of First Publication  12  December  2006  Nation of First Publication  Singapore
Description of Photograph

Name ▼
Jameson & Shahr, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy, Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph _____ mendocino120
Date of First Publication __ 12 ____ December ____ 2006 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino121
Date of First Publication __ 12 ____ December ____ 2006 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino122
Date of First Publication __ 12 ____ December ____ 2006 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino123
Date of First Publication __ 12 ____ December ____ 2006 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino124
Date of First Publication __ 12 ____ December ____ 2006 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino125
Date of First Publication __ 12 ____ December ____ 2006 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino126
Date of First Publication __ 12 ____ December ____ 2006 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino127
Date of First Publication __ 12 ____ December ____ 2006 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino128
Date of First Publication __ 12 ____ December ____ 2006 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ mendocino129
Date of First Publication __ 12 ____ December ____ 2006 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

**C**

Jonathan R. Stein, PC

2001 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph __ mendocino130
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ mendocino131
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ mendocino132
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ mendocino133
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ mendocino134
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ mendocino135
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ mendocino136
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ mendocino137
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ mendocino138
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

Title of Photograph __ mendocino139
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication __ Singapore
Description of Photograph __

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy , Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph   mendocino140

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph   None

Title of Photograph   mendocino141

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph   None

Title of Photograph   mendocino142

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph   None

Title of Photograph   mendocino143

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph   None

Title of Photograph   mendocino144

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph   None

Title of Photograph   mendocino145

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph   None

Title of Photograph   mendocino146

Date of First Publication   12   December   2006   Nation of First Publication   Singapore

Description of Photograph   None

Title of Photograph

Date of First Publication   Nation of First Publication

Description of Photograph   None

Title of Photograph

Date of First Publication   Nation of First Publication

Description of Photograph   None

Title of Photograph

Date of First Publication   Nation of First Publication

Description of Photograph   None

**C**

Jacobson & Holtz, PC

2001 Jefferson Davis Hwy ; Suite 1102

Arlington, VA 22202-3604