# EXHIBIT 1-G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG **VA 1 – 432 – 332**

EFFECTIVE DATE OF REGISTRATION

12　30　2010
Month　Day　Year

---

**1**

**Title of This Work ▼**
The Wave Design Pte. Ltd. Photographs 2005 (B)

**NATURE OF THIS WORK ▼** See Instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 394 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼　　Number ▼　　Issue Date ▼　　On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**
**a** The Wave Design Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☑ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**
**b**

**Dates of Birth and Death**
Year Born ▼　Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2005
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Month July 6 – Oct. 8 Day Year 2005
Nation Singapore

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
THE WAVE DESIGN PTE. LTD.
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☒ Yes (In Reber 18* 1-543173304)

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼
Jennison & Shultz, P.C.

Account Number ▼
080519

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number    (703) 415-1640          Fax number    (703) 415-0788

Email    John@JennisonLaw.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    **THE WAVE DESIGN PTE LTD**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                                Date    28 December 2010

Handwritten signature (X) ▼

X

**8**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-332

4U90001432332#

**USE ONLY WITH FORM VA**

**EFFECTIVE DATE OF REGISTRATION**

*12*      *30*      *2010*
(Month)      (Day)      (Year)

**CONTINUATION SHEET RECEIVED**

Page *3* of *43* pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANTs** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author        THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant        THE WAVE DESIGN PTE. LTD.; 10A Trengganu Street, Singapore 058464

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHs:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | |
|---|---|
| Number | |
| Title of Photograph | muscat149 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat150 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat151 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat152 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Number | |
| Title of Photograph | muscat153 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

**B**

| | |
|---|---|
| Title of Photograph | muscat154 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat155 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat156 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat157 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat158 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat159 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat160 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat161 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat162 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat163 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

Registration for Group of Published Photographs (continued)

**C**

| | |
|---|---|
| Name ▼ | Jenison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

Certificate will be mailed in window envelope to this address.

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| | Title of Photograph | muscat164 |
| | Date of First Publication | 6 July 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat165 |
| | Date of First Publication | 6 July 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat166 |
| | Date of First Publication | 6 July 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat167 |
| | Date of First Publication | 6 July 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat168 |
| | Date of First Publication | 6 July 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat169 |
| | Date of First Publication | 6 July 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat170 |
| | Date of First Publication | 6 July 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat171 |
| | Date of First Publication | 6 July 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat172 |
| | Date of First Publication | 6 July 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat173 |
| | Date of First Publication | 6 July 2005 |
| | | (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

**C**

Certificate
will be mailed
in window
envelope to
this address

| Name ▼ |
|---|
| Jennison & Shultz, PC |
| Number / Street / Apt ▼ |
| 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip ▼ |
| Arlington, VA 22202-3604 |

YOU MUST:
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:

Library of Congress
Copyright Office
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat174 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat175 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat176 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat167 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat178 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat179 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat180 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat181 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat182 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat183 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to the Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat184 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat185 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat186 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat187 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat188 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat189 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat190 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat191 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat192 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat193 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

Library of Congress
Copyright Office
Washington, DC

| Number | Title of Photograph | muscat194 | | | | | | **B** |
|---|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore | | Registration for Group of Published Photographs (continued) |
| | Description of Photograph (Optional) | | | | | | | |

| Number | Title of Photograph | muscat195 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | muscat196 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | muscat197 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | muscat198 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | muscat199 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | muscat200 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | muscat201 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | muscat202 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | muscat203 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

Certificate will be mailed in window envelope to this address.

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

MAIL TO:

**C**

**B**

| | |
|---|---|
| Title of Photograph | muscat204 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat205 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat206 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat207 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat208 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat209 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat210 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat211 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat212 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat213 |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

| | |
|---|---|
| Title of Photograph | muscat214 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat215 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat216 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat217 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat218 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat219 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat220 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat221 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat222 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat223 |
| Date of First Publication | 6 (Month)  July (Day)  2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

Registration for Group of Published Photographs (continued)

**C**

| | |
|---|---|
| Name ▼ | Jamison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

Certificate will be mailed in window envelope to this address

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat224 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat225 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat226 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat227 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat228 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat229 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat230 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat231 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat232 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat233 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

| Certificate will be mailed in window envelope to this address | Name ▼ Jennison & Shultz, PC |
|---|---|
| | Number / Street / Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102 |
| | City / State / Zip ▼ Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave SE
Washington, DC 20559-6000

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat234 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

**B**

Registration for Group of Published Photographs (continued)

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat235 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat236 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat237 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat238 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat239 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat240 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat241 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat242 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | muscat243 | | |
| | Date of First Publication | 6 (Month)  July (Day)  2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Smith, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat244 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat245 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat246 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat247 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat248 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat249 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat250 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat251 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat252 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai001 | |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Option) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | namhai002 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai003 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai004 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai005 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai006 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai007 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai008 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai009 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai010 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai011 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jameson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration of Groups of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | namhai012 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai013 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai014 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai015 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai016 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai017 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai018 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai019 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai020 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai021 |
| Date of First Publication | 14 (Month)   July (Day)   2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
• Application form
• Nonrefundable filing fee in check or money order
• Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai022 | | |
| | Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai023 | | |
| | Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai024 | | |
| | Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai025 | | |
| | Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai026 | | |
| | Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai027 | | |
| | Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai028 | | |
| | Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai029 | | |
| | Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai030 | | |
| | Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | namhai031 | | |
| | Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

**C**

| Certificate will be mailed in window envelope to this address: | Name ▼ Jemison & Shultz, PC |
|---|---|
| | Number / Street / Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102 |
| | City / State / Zip ▼ Arlington, VA 22202-3604 |

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph namhai032

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Title of Photograph namhai033

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Title of Photograph namhai034

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Title of Photograph namhai035

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Title of Photograph namhai036

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Title of Photograph namhai037

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Title of Photograph namhai038

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Title of Photograph namhai039

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Title of Photograph namhai040

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Title of Photograph namhai041

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave SE
Washington, DC 20559-6000

**C**

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai042 | | | |
| Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai043 | | | |
| Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai044 | | | |
| Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai045 | | | |
| Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai046 | | | |
| Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai047 | | | |
| Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai048 | | | |
| Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai049 | | | |
| Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai050 | | | |
| Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai051 | | | |
| Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

**C**

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | namhai052 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai053 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai054 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai055 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai056 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai057 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai058 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai059 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai060 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | namhai061 |
| Date of First Publication | 14 (Month)  July (Day)  2005 (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph  namhai062

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Optional)

Number

Title of Photograph  namhai063

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Optional)

Number

Title of Photograph  namhai064

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Optional)

Number

Title of Photograph  namhai065

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Optional)

Number

Title of Photograph  namhai066

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Optional)

Number

Title of Photograph  namhai067

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Optional)

Number

Title of Photograph  namhai068

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Optional)

Number

Title of Photograph  namhai069

Date of First Publication  14  July  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Optional)

Number

Title of Photograph  carcosa001

Date of First Publication  16  September  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Optional)

Number

Title of Photograph  carcosa002

Date of First Publication  16  September  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| Title of Photograph | carcosa003 | |
| Date of First Publication | 16 (Month)   September (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai185 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai186 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai187 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai188 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai189 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai190 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai191 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai192 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai193 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jeunison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai194 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai195 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai196 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai197 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai198 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai199 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai200 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai201 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai202 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai203 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph    setai204
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai205
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai206
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai207
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai208
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai209
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai210
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai211
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai212
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai213
Date of First Publication    8    October    2005    Nation of First Publication    Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | setai214 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai215 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai216 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai217 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai218 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai219 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai220 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai221 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai222 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai223 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication | | | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|---|---|
| | setai224 | 8 (Month) | October (Day) | 2005 (Year) | Singapore | (Optional) |
| | setai225 | 8 (Month) | October (Day) | 2005 (Year) | Singapore | (Optional) |
| | setai226 | 8 (Month) | October (Day) | 2005 (Year) | Singapore | (Optional) |
| | setai227 | 8 (Month) | October (Day) | 2005 (Year) | Singapore | (Optional) |
| | setai228 | 8 (Month) | October (Day) | 2005 (Year) | Singapore | (Optional) |
| | setai229 | 8 (Month) | October (Day) | 2005 (Year) | Singapore | (Optional) |
| | setai230 | 8 (Month) | October (Day) | 2005 (Year) | Singapore | (Optional) |
| | setai231 | 8 (Month) | October (Day) | 2005 (Year) | Singapore | (Optional) |
| | setai232 | 8 (Month) | October (Day) | 2005 (Year) | Singapore | (Optional) |
| | setai233 | 8 (Month) | October (Day) | 2005 (Year) | Singapore | (Optional) |

**C**

Certificate will be mailed in window envelope to this address.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | setai234 | | |
|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | Title of Photograph | setai235 | | |
|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | Title of Photograph | setai236 | | |
|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | Title of Photograph | setai237 | | |
|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | Title of Photograph | setai238 | | |
|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | Title of Photograph | setai239 | | |
|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | Title of Photograph | setai240 | | |
|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | Title of Photograph | setai241 | | |
|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | Title of Photograph | setai242 | | |
|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | Title of Photograph | setai243 | | |
|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai244 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai245 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai246 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai247 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai248 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai249 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai250 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai251 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai252 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai253 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | Title of Photograph | setai254 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | setai255 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai256 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai257 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai258 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai259 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai260 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai261 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai262 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai263 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope according to this address

Name ▼
Jamison & Stultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
Certificate of
Unknown of
Published
Photographs
(continued)

Title of Photograph __ setai264
Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph _____

Title of Photograph __ setai265
Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph _____

Title of Photograph __ setai266
Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph _____

Title of Photograph __ setai267
Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph _____

Title of Photograph __ setai268
Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph _____

Title of Photograph __ setai269
Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph _____

Title of Photograph __ setai270
Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph _____

Title of Photograph __ setai271
Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph _____

Title of Photograph __ setai272
Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph _____

Title of Photograph __ setai273
Date of First Publication __ 8 __ October __ 2005 __ Nation of First Publication __ Singapore
Description of Photograph _____

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph ___ setai274
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai275
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai276
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai277
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai278
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai279
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai280
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai281
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai282
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai283
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

**C**

Certification will be mailed in window envelope to this address

**Name ▼**
Jamison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| | |
|---|---|
| **Number** | |

Title of Photograph **setai284**
Date of First Publication **8** (Month) **October** (Day) **2005** (Year)   Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **setai285**
Date of First Publication **8** (Month) **October** (Day) **2005** (Year)   Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **setai286**
Date of First Publication **8** (Month) **October** (Day) **2005** (Year)   Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **setai287**
Date of First Publication **8** (Month) **October** (Day) **2005** (Year)   Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **setai288**
Date of First Publication **8** (Month) **October** (Day) **2005** (Year)   Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **setai289**
Date of First Publication **8** (Month) **October** (Day) **2005** (Year)   Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **setai290**
Date of First Publication **8** (Month) **October** (Day) **2005** (Year)   Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **carcosa004**
Date of First Publication **16** (Month) **September** (Day) **2005** (Year)   Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **carcosa005**
Date of First Publication **16** (Month) **September** (Day) **2005** (Year)   Nation of First Publication **Singapore**
Description of Photograph (Optional)

Title of Photograph **carcosa006**
Date of First Publication **16** (Month) **September** (Day) **2005** (Year)   Nation of First Publication **Singapore**
Description of Photograph (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1
2
3

MAIL TO:
Library of Congress

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | carcosa007 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Description of Photograph | (Optional) |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | carcosa008 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Description of Photograph | (Optional) |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | carcosa009 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Description of Photograph | (Optional) |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | carcosa010 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Description of Photograph | (Optional) |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | carcosa011 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Description of Photograph | (Optional) |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | carcosa012 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Description of Photograph | (Optional) |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | carcosa013 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Description of Photograph | (Optional) |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | carcosa014 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Description of Photograph | (Optional) |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | carcosa015 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Description of Photograph | (Optional) |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | carcosa016 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Description of Photograph | (Optional) |
| Nation of First Publication | Singapore |

**C**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

**B**

Registration
Number of
Published
Photographs
(continued)

| | |
|---|---|
| Title of Photograph | carcosa017 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa018 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa019 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa020 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa021 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa022 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa023 |
| Date of First Publication | 16 September 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai291 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai292 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai293 |
| Date of First Publication | 8 October 2005 |
| | (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jenkison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai294 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai295 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai296 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai297 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai298 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai299 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai300 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai301 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai302 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai303 | | | | |
| Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai304 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai305 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai306 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai307 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai308 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai309 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai310 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai311 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai312 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai313 | |
| Date of First Publication | 8 (Month)   October (Day)   2005 (Year) | Nation of First Publication   Singapore |
| Description of Photograph | (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai314 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai315 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai316 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai317 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai318 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai319 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai320 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai321 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai322 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | setai323 | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

| Name ▼ |
|---|
| Jamison & Struhr, PC |
| Number / Street / Apt ▼ |
| 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ |
| Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph ___ setai324
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ setai325
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ setai326
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ setai327
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ setai328
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ setai329
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ setai330
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ setai331
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ setai332
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ setai333
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai334 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai335 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai336 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai337 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai338 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai339 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai340 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai341 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai342 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai343 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | setai344 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai345 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai346 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai347 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai348 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai349 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai350 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai351 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai352 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai353 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai354 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai355 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai356 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai357 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai358 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai359 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai360 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai361 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai362 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai363 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | setai364 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai365 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai366 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai367 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai368 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai369 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai370 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai371 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai372 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai373 |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | setai374 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai375 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai376 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai377 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai378 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai379 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai380 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai381 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai382 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | setai383 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai384 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai385 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai386 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai387 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai388 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai389 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai390 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai391 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai392 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | | | | | |
| | Date of First Publication | (Month) | (Day) | (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. S.E.
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1-432-336**

EFFECTIVE DATE OF REGISTRATION

**1     5     2011**
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**
Wave-s Photographs 2002 (B)

**NATURE OF THIS WORK ▼ See Instructions**
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos 13 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork       ☑ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph        ☐ Text
☐ Reproduction of work of art ☐ Jewelry design    ☐ Architectural work

## 3

**a Year in Which Creation of This Work Was Completed**
2002
Year
This information must be given in all cases.

**b Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month July     Day 12     Year 2002     Nation Singapore

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S, 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
1-5-2011

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY

CHECKED BY

FORM VA

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                    **Account Number** ▼

Jennison & Shultz, P.C.                       080519

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, PC
2001 Jefferson Davis Highway, Suite 1102;  Arlington, Virginia 22202-3604

Area code and daytime telephone number   (703) 415-1640                    Fax number   ( 703 )415-0788

Email   John@JennisonLaw.com

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **WAVE-S**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                                          Date   **January 5, 2011**

Handwritten signature (X) ▼

X

**8**

Certificate will be mailed in window envelope to this address:

**Name** ▼
Jennison & Shultz, P.C.

**Number/Street/Apt** ▼
2001 Jefferson Davis Highway, Suite 1102

**City/State/ZIP** ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

Library of Congress
Copyright Office

**9**

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REG    **VA 1-432-336**

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

*1*        *5*        *2011*
(Month)      (Day)       (Year)

CONTINUATION SHEET RECEIVED

Page __3__ of __4__ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author   **WAVE-S**

Name of Copyright Claimant   **WAVE-S**

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| | Title of Photograph   legianclub016 | |
| | Date of First Publication   July   12   2002   Nation of First Publication   Singapore | |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph   legianclub023 | |
| | Date of First Publication   July   12   2002   Nation of First Publication   Singapore | |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph   legianclub024 | |
| | Date of First Publication   July   12   2002   Nation of First Publication   Singapore | |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph   legianclub025 | |
| | Date of First Publication   July   12   2002   Nation of First Publication   Singapore | |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph   legianclub026 | |
| | Date of First Publication   July   12   2002   Nation of First Publication   Singapore | |
| | Description of Photograph | |

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | legianclub027 |
| Date of First Publication | July (Month) 12 (Day) 2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | legianclub028 |
| Date of First Publication | July (Month) 12 (Day) 2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | legianclub029 |
| Date of First Publication | July (Month) 12 (Day) 2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | legianclub030 |
| Date of First Publication | July (Month) 12 (Day) 2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | legianclub031 |
| Date of First Publication | July (Month) 12 (Day) 2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | legianclub032 |
| Date of First Publication | July (Month) 12 (Day) 2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | legianclub033 |
| Date of First Publication | July (Month) 12 (Day) 2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | legianclub034 |
| Date of First Publication | July (Month) 12 (Day) 2002 (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | (Month) (Day) (Year) |
| Nation of First Publication | |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | (Month) (Day) (Year) |
| Nation of First Publication | |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, P.C.

Number / Street / Apt ▼
2001 Jefferson Davis Highway, Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1-433-816**

*VAU0001433816*

EFFECTIVE DATE OF REGISTRATION

MAY       2       2013
Month      Day       Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

Wave-s Photographs 2002 (C)

NATURE OF THIS WORK ▼ See instructions

Photographs

Previous or Alternative Titles ▼

Group Registration/Published Photos - 6 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

**a** Wave-s (employer for hire of Masano Kawana)

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in   Singapore

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture       ☐ Map        ☐ Technical drawing
☐ 2-Dimensional artwork         ☑ Photograph ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work

NAME OF AUTHOR ▼

**b**

Dates of Birth and Death
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture       ☐ Map        ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2002
Year in all cases.
This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month July 12-20  Day ____  Year 2002
ONLY if this work has been published.      Singapore                    N

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

The Wave Studio, LLC; One Barkley Avenue, White Plains, NY 10601

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement.

APPLICATION RECEIVED
5/2/2013
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED
5/2/2013

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                    • See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 p

EXAMINED BY _____ FOR

CHECKED BY

☑ CORRESPONDENCE
Yes

F
COP
OF
L
O

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼                Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

Jennison & Shultz, P.C.                                     080519

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102. Arlington, VA 22202-3604

**b**

Area code and daytime telephone number  ( 703 ) 415-1640          Fax number  ( 703 ) 415-0788

Email  John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                        ☐ author
check only one ▶                        ☐ other copyright claimant
                                        ☐ owner of exclusive right(s)
                                        ☑ authorized agent of The Wave Studio, LLC
                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                          Date  4/30/2013

Handwritten signature (X) ▼

X _____

Certificate        Name ▼
will be           Jennison & Shultz, PC
mailed in
window            Number/Street/Apt ▼
envelope          2001 Jefferson Davis Hwy.; Suite 1102
to this
address:          City/State/ZIP ▼
                  Arlington, VA 22202-3604

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in co
with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1–433–816

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

MAY        2        2o/3

(Month)            (Day)            (Year)

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

CONTINUATION SHEET RECEIVED

5 / 2 / 2o/3

Page __3__ of __4__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** *Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.*

Name of Author · Wave-s

Name of Copyright Claimant   The Wave Studio, LLC; One Barkley Avenue, White Plains, NY 10601

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** *To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.*

| Number | Title / Date / Nation |
|---|---|
| 1 | Title of Photograph  legianclub035 <br> Date of First Publication  July (Month)  12 (Day)  2002 (Year)   Nation of First Publication  Singapore <br> Description of Photograph |
| 2 | Title of Photograph  legianclub036 <br> Date of First Publication  July  12  2002   Nation of First Publication  Singapore <br> Description of Photograph |
| 3 | Title of Photograph  legianclub037 <br> Date of First Publication  July  12  2002   Nation of First Publication  Singapore <br> Description of Photograph |
| 4 | Title of Photograph  legianclub038 <br> Date of First Publication  July  12  2002   Nation of First Publication  Singapore <br> Description of Photograph |
| 5 | Title of Photograph  legianclub039 <br> Date of First Publication  July  12  2002   Nation of First Publication  Singapore <br> Description of Photograph |

**Number 6**

Title of Photograph  lalu159

Date of First Publication  July  20  2002  Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph
(Optional)

**B**

Registration for Group of Published Photographs (continued)

**Number**

Title of Photograph

Date of First Publication _____ Nation of First Publication
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number**

Title of Photograph

Date of First Publication _____ Nation of First Publication
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number**

Title of Photograph

Date of First Publication _____ Nation of First Publication
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number**

Title of Photograph

Date of First Publication _____ Nation of First Publication
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number**

Title of Photograph

Date of First Publication _____ Nation of First Publication
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number**

Title of Photograph

Date of First Publication _____ Nation of First Publication
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number**

Title of Photograph

Date of First Publication _____ Nation of First Publication
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number**

Title of Photograph

Date of First Publication _____ Nation of First Publication
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number**

Title of Photograph

Date of First Publication _____ Nation of First Publication
(Month) (Day) (Year)

Description of Photograph
(Optional)

---

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

◀ previous   next ▶

Labeled View

*The Wave Design Pte. Ltd. - detai104 / by The Wave Design Pte. Ltd.*

**Type of Work:** Visual Material
**Registration Number / Date:** VA0001433795 / 2013-04-18
Supplement to: VA0001825249 / 2012
**Application Title:** The Wave Design Pte. Ltd. - datai106 (on original appl.: The Wave Design Pte. Ltd.)
**Title:** The Wave Design Pte. Ltd. - detai104 / by The Wave Design Pte. Ltd.
**Copyright Claimant:** The Wave Studio, LLC
**Supplement to Registration:** VA 1-825-249, 2012

**Other Title:** The Wave Design Pte. Ltd.
Wave Studio, LLC
**Names:** Wave Studio, LLC
Wave Design Pte. Ltd.
Wave Studio, LLC

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-765-854**

**Effective date of registration:**

January 10, 2011

## Title

**Title of Work:** The Wave Design Pte. Ltd. published legian 121

**Nature of Work:** photograph

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** October 4, 2006     **Nation of 1st Publication:** Singapore

## Author

■     **Author:** The Wave Design Pte. Ltd.

**Author Created:** Photograph

**Work made for hire:** Yes

**Domiciled in:** Singapore

**Anonymous:** No     **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore, 058679

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lee Kar Yin

**Date:** December 28, 2010

**Registration #:**   VA0001765854
**Service Request #:**   1-546889984



Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy; Suite II 02
Arlington, VA 2202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-758-524

**Effective date of
registration:**

February 18, 2011

---

## Title

| | |
|---|---|
| **Title of Work:** | Wave-s Photographs 2004 (B) |
| **Previous or Alternative Title:** | Group Registration / Published Photos - 14 photographs |
| **Nature of Work:** | Photographs |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2004 |
| **Date of 1st Publication:** | May 30, 2004 |

**Nation of 1st Publication:** Singapore

## Author

| | |
|---|---|
| ▪ **Author:** | Wave-s (employer for hire of Masano Kawana) |
| **Author Created:** | Photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Singapore |
| **Anonymous:** | No |

**Pseudonymous:** No

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | WAVE-S |
| | 46 South Bridge Road, #04-02, Kingly Building, 058679, Singapore |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Lee Kar Yin |
| **Date:** | February 17, 2011 |

---

**Registration #:**   VA0001758524
**Service Request #:**   1-570833555



Jennison & Shultz, P.C.
Attn: John N. Jennison, Esq.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-824-376

**Effective date of
registration:**

June 5, 2012

## Title

**Title of Work:** The Wave Design Pte. Ltd. - datai105

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** August 10, 2005          **Nation of 1st Publication:** Singapore

## Author

- **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Certification

**Name:** John Jennison

**Date:** June 5, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-825-249

**Effective date of registration:**

June 5, 2012

## Title

**Title of Work:** The Wave Design Pte. Ltd. - detai104

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** August 10, 2005     **Nation of 1st Publication:** Singapore

## Author

**Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** detai085 photo

**Previous registration and year:** VA 1-432-331     2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John Jennison

**Date:** June 5, 2012

**Correspondence:** Yes

Page 1 of 1

**Registration #:**   VA0001825249
**Service Request #:**   1-776639512

Jennison & Shultz, P.C.
John N. Jennison
2001 Jefferson Davis Hwy.
Suite 1102
Arlington, VA 22202-3604

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-825-264**

**Effective date of
registration:**

June 4, 2012

## Title

**Title of Work:** The Wave Design Pte. Ltd. - andaman067

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** August 10, 2005          **Nation of 1st Publication:** Singapore

## Author

■          **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** andaman006 photo

**Previous registration and year:** VA 1-432-332     2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John Jennison

**Date:** June 4, 2012

**Correspondence:** Yes

**Registration #:**   VA0001825264
**Service Request #:**   1-776145042

Jennison & Shultz, P.C.
John N. Jennison
2001 Jefferson Davis Hwy.
Suite 1102
Arlington, VA 22202-3604

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-825-429**

**Effective date of
registration:**

May 31, 2012

## Title

**Title of Work:** Wave-s Photographs 2004 (D) - chediclub141

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** August 12, 2004     **Nation of 1st Publication:** Singapore

## Author

**Author:** Wave-s (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** photo: chediclub033

**Previous registration and year:** VA 1-432-329     2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John Jennison

**Date:** August 1, 2012

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-825-431

**Effective date of
registration:**

May 31, 2012

---

## Title

**Title of Work:** Wave-s Photographs 2004 (C) - legian122

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** August 12, 2004     **Nation of 1st Publication:** Singapore

## Author

■         **Author:** Wave-s (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, United States

**Transfer Statement:** by written agreement

## Certification

**Name:** John Jennison

**Date:** August 1, 2012

---

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-829-021

**Effective date of
registration:**

August 27, 2012

---

## Title

**Title of Work:** The Wave Design Pte. Ltd. - andaman068

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** August 10, 2005    **Nation of 1st Publication:** Singapore

## Author

**Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** andaman052 photo

**Previous registration and year:** VA 1-432-332    2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John Jennison

**Date:** June 26, 2012

---

**Registration #:**   VA0001829021
**Service Request #:**   1-786544322



Jennison & Shultz, P.C.
John N. Jennison
2001 Jefferson Davis Hwy.
Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-842-228

**Effective date of
registration:**

December 6, 2012

## Title

**Title of Work:** The Wave Design Pte. Ltd. - bkk018 - bkk025

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** February 7, 2007          **Nation of 1st Publication:** Singapore

## Author

**Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Certification

**Name:** John Jennison

**Date:** December 6, 2012

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-842-230

**Effective date of registration:**

December 6, 2012

---

## Title

**Title of Work:** Wave-s Photographs 2004 - chiangmai239

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** October 20, 2004     **Nation of 1st Publication:** Singapore

## Author

**Author:** Wave-s (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Certification

**Name:** John Jennison

**Date:** December 6, 2012

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-857-706

**Effective date of registration:**

April 16, 2013

---

## Title

**Title of Work:** Wave-S Photographs 2002 - lalu159

## Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** July 20, 2002     **Nation of 1st Publication:** Singapore

## Author

**Author:** Wave-S (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Certification

**Name:** John Jennison

**Date:** April 16, 2013

---



https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?v1=4&ti=1,4&Search_Arg=setai 1182&S

**Copyright** United States Copyright Office

Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More.**

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Keyword = setai 1182
Search Results: Displaying 4 of 1982 entries

◀ previous    next ▶

Labeled View

*setai1182.*

**Relevance:**
**Type of Work:** Visual Material
**Registration Number / Date:** VA0001942993 / 2014-12-31
**Application Title:** The Wave Design Pte. Ltd. - setai1182.
**Title:** setai1182.
**Description:** Electronic file (eService)
**Copyright Claimant:** THE WAVE STUDIO, LLC, Transfer: By written agreement. Address: One Barkley Avenue, White Plains, NY, 10601.
**Date of Creation:** 2007
**Date of Publication:** 2007-04-27
**Nation of First Publication:** Singapore
**Authorship on Application:** The Wave Design Pte. Ltd., employer for hire; Domicile: Singapore. Authorship: photograph(s)
**Previous Registration:** 2010, VA 1-432-331.
**Pre-existing Material:** setai 090 photo.
**Basis of Claim:** photograph(s)
**Names:** The Wave Design Pte. Ltd.
THE WAVE STUDIO, LLC

◀ previous    next ▶

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-055-458

**Effective date of
registration:**

February 18, 2011

---

## Title

**Title of Work:** The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 - setai803

**Previous or Alternative Title:** Group Registration / Unpublished Photos - 375 photographs

**Nature of Work:** photographs

## Completion/Publication

**Year of Completion:** 2005

## Author

■ **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** Photographs

**Work made for hire:** Yes

**Domiciled in:** Singapore

**Anonymous:** No                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore 058464

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd.

**Date:** February 18, 2011

---

**Registration #:**  VAU001055458
**Service Request #:**  1-571517046



Jennison & Shultz, P.C.
Attn: John N. Jennison, Esq.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VAu 1-055-459**

**Effective date of
registration:**

February 18, 2011

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**Title of Work:** The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) setai804 - setai958;
setai960 - setai1179

**Previous or Alternative Title:** Group Registration / Unpublished Photos - 375 photographs

**Nature of Work:** photographs

## Completion/Publication ━━━━━━━━━━━━━━━━━━

**Year of Completion:** 2005

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━

■     **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** Photographs

**Work made for hire:** Yes

**Domiciled in:** Singapore

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━

**Copyright Claimant:** THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore 058464

## Limitation of copyright claim ━━━━━━━━━━━━━

**Previously registered:** No

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━

**Name:** Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd.

**Date:** February 18, 2011

Registration #:   VAU001055459
Service Request #:   1-571517011



Jennison & Shultz, P.C.
Attn: John N. Jennison
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-057-927

**Effective date of
registration:**

December 30, 2010

## Title

**Title of Work:** The Wave Pte. Ltd. unpublished setai 182

**Nature of Work:** photograph

## Completion/Publication

**Year of Completion:** 2005

## Author

■           **Author:** The Wave Pte. Ltd.

**Author Created:** photograph

**Work made for hire:** Yes

**Domiciled in:** Singapore

**Anonymous:** No                              **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** The Wave Pte. Ltd.

36 Sago Street, Singapore, 059027

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lee Kar Yin

**Date:** December 29, 2010

**Registration #:**  VAU001057927
**Service Request #:**  1-543670416



Jennison & Schultz, P.C.
2001 Jefferson Davis Highway,  Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
## VAu 1-060-180

**Effective date of registration:**

December 30, 2010

---

## Title

**Title of Work:** The Wave Design Pte. Ltd. unpublished setaiO183; 0184

**Nature of Work:** photographs

## Completion/Publication

**Year of Completion:** 2005

## Author

■ **Author:** The Wave Design Pte. Ltd.

**Author Created:** Photograph

**Work made for hire:** Yes

**Anonymous:** No       **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore, 058464

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lee Kar Yin

**Date:** December 29, 2010

**Registration #:**  VAU001060180
**Service Request #:**  1-543670205



Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
## VAu 1-060-182

**Effective date of
registration:**

December 30, 2010

## Title

**Title of Work:** Wave-s unpublished setai959

**Nature of Work:** photograph

## Completion/Publication

**Year of Completion:** 2004

## Author

**Author:** Wave-s

**Author Created:** Photograph

**Work made for hire:** Yes

**Domiciled in:** Singapore

**Anonymous:** No          **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** WAVE-S

46 South Bridge Road, #04-02, Kingly Building, Singapore, 058679

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lee Kar Yin

**Date:** December 29, 2010

**Registration #:**   VAU001060182
**Service Request #:**   1-543670466



Jennison & Shultz, P.C.
2001 Jefferson Davis Highway, Suite 1 102
Arlington, VA 22202-3604

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-110-867**

**Effective date of registration:**

September 7, 2012

## Title

**Title of Work:** The Wave Design Pte. Ltd. - Unpublished Photograph setai1180

## Completion/Publication

**Year of Completion:** 2005

## Author

■   **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Certification

**Name:** John Jennison

**Date:** September 7, 2012

**Registration #:**   VAU001110867
**Service Request #:**   1-820050022

Jennison & Shultz, P.C.
John N. Jennison
2001 Jefferson Davis Hwy.
Suite 1102
Arlington, VA 22202-3604

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-144-751**

**Effective date of
registration:**

July 19, 2013

---

## Title

**Title of Work:** The Wave Design Pte. Ltd. - Unpublished setai1181

## Completion/Publication

**Year of Completion:** 2005

## Author

■ **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** setai287 photo

**Previous registration and year:** VA 1-432-332    2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John N. Jennison

**Date:** July 19, 2013