# EXHIBIT 2-A























**THE LEELA GOA** ★★★★★

Mobor Cavelossim, Cavelossim, IN, 403 731 · **Map View »**

VA 1-432-329
leela020

**VIEW ROOMS**

Based on 2477 reviews   **View Reviews**

1.14 miles from Cavelossim Beach

Travel services provided by Connexions Loyalty, Inc.

**BACK TO RESULTS LIST**

Jump to:  **Photos**   **Rooms**   **Reviews**   **Hotel Information**

**Modify Search**

| Check-In Date | Check-Out Date | Adults (18+) | Children (0-17) | |
|---|---|---|---|---|
| Thu, 12 Dec | Fri, 13 Dec | 2 | 0 | **UPDATE SEARCH** |



























































Page Info - https://travel.citirewards.com/HotelResults#Detail/53342

General    **Media**    Permissions    Security

| Address | | Type |
|---|---|---|
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/b68b4ae1_z.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/191412b3_b.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/60412b35_b.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/bc5dd7df_b.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/d6c31200_b.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/6354033e_b.jpg | | Image |

Location:        https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/6354033e_b.jpg
Type:            JPEG Image
Size:            12.9 KB (13,208 bytes)
Dimensions:      350px × 233px
Associated Text: Hotel Bathroom, Photograph of The Leela Goa - Image 5 of 60

☐ Block Images from d3mj096p5q0e20.cloudfront.net

Media Preview:                                                              Select All    Save As...









🍎 **Firefox**  File  Edit  View  History  Bookmarks  Tools  Window  Help    🔀 ⊚ ⟳  ⚹ 📞 �widehat{📶} ◀    52% 🔋  ▪ U.S.  Mon 4 Nov  10:05 AM  Lee Kar Yin  🔍 ⦿ ☰

**4/11/2019   10:05 AM**

citi Hotel Results for The Leela Goa  ✕       +

←  →  C  ⌂        🔒 https://travel.**citirewards.com**/HotelResults#Detail/53342        ▤    ⋯ ⊘ ☆       ⬇ ⦀ ▭ ◩ ˅ ⊖  ≡

Page Info - https://travel.citirewards.com/HotelResults#Detail/53342

General   **Media**   Permissions   Security

| Address | Type | |
|---|---|---|
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/1678bbd5_b.jpg | Image | |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/afe4deb8_z.jpg | Image | |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/e4ca15a3_z.jpg | Image | |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/efedb980_b.jpg | Image | |

Location:         https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/afe4deb8_z.jpg
Type:             JPEG Image
Size:             104.89 KB (107,409 bytes)
Dimensions:       1,000px × 665px (scaled to 451px × 300px)
Associated Text:  Hotel Beach, Photograph of The Leela Goa - Image 39 of 60

☐ Block Images from d3mj096p5q0e20.cloudfront.net

**Media Preview:**                                                                    Select All     Save As...





Location:        https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/3842df936da4e549ff572b04d9a520b5.jpg
Type:            JPEG Image
Size:            89.14 KB (91,277 bytes)
Dimensions:      947px × 1,000px (scaled to 284px × 300px)
Associated Text: Hotel View, Photograph of The Leela Goa - Image 42 of 60

☐ Block Images from d3mj096p5q0e20.cloudfront.net

**Media Preview:**











Page Info - https://travel.citirewards.com/HotelResults#Detail/53342

**General**   **Media**   **Permissions**   **Security**

| Address | | Type |
|---|---|---|
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/0ab650a207f4e5a90ed9eda46e623b19.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/52494fac151db56216ece0a52cbac990.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/60412b35_s.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/435c01663114bb263d92fd0ad3f87624.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/8e344f166f8301028a0bf77d4c924a5c.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/d0a389298b61a394efcd364f2dcd71a3.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/5c477adfbd0f8f1c78c9cffaeea9ec26.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/70ab0ddc10ced89b585abae61d19b6e0.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/191412b3_s.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/3cf2c006_z.jpg | | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/dde963b1_z.jpg | | Image |

Location:        https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/70ab0ddc10ced89b585abae61d19b6e0.jpg
Type:            JPEG Image
Size:            6.85 KB (7,011 bytes)
Dimensions:      200px × 119px
Associated Text: Hotel View, Photograph of The Leela Goa - Image 50 of 60

☐ Block Images from d3mj096p5q0e20.cloudfront.net

**Media Preview:**

Select All    Save As...









Page Info - https://travel.citirewards.com/HotelResults#Detail/53342

General   Media   Permissions   Security

| Address | | Type | |
|---|---|---|---|
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/a56ea4959c531a3940694a4908cc7c75.jpg | | Image | |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/6354033e_s.jpg | | Image | |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/9f71dce478a4453b7fedb3a36d5789dd.jpg | | Image | |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/099f54fa_b.jpg | | Image | |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/c45da96f_z.jpg | | Image | |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/9f71dce478a4453b7fedb3a36d5789dd.jpg | | Image | |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/099f54fa_b.jpg | | Image | |

Location:          https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/099f54fa_b.jpg
Type:              JPEG Image
Size:              16.17 KB (16,561 bytes)
Dimensions:        350px × 208px
Associated Text:   Hotel Room, Photograph of The Leela Goa - Image 58 of 60

☐ Block Images from d3mj096p5q0e20.cloudfront.net

**Media Preview:**                                                              Select All    Save As...

















