# EXHIBIT 2-B





















**Flights**  **Hotels**  **Cars**  **Activities**  **Deals**          **My Trips**   **Itinerary** ❯

**« BACK TO RESULTS LIST**          Jump to:   **Photos**   **Rooms**   **Reviews**   **Hotel Information**

Travel services provided by Connexions Loyalty, Inc.

## THE LEELA GOA  ★ ★ ★ ★ ★

Mobor Cavelossim, Cavelossim, IN, 403 731  ·  **Map View »**

**VIEW ROOMS**



Based on 2477 reviews   **View Reviews**



Page Info - https://travel.citirewards.com/HotelResults#Detail/53342

**General**  Media  Permissions  Security

| | |
|---|---|
| Title: | Hotel Results for The Leela Goa |
| Address: | https://travel.citirewards.com/HotelResults#Detail/53342 |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 3 KB (3,076 bytes) |
| Referring URL: | https://travel.citirewards.com/HotelResults |
| Modified: | 4 November 2019 at 10:04:07 am SGT |

**Meta (3 tags)**

| Name | Content |
|---|---|
| X-UA-Compat... | IE=Edge |
| viewport | width=device-width, initial-scale=1 |













VA 1-432-325
lalu151

































VA 1-432-324
lalu016















VA 1-432-325
lalu144





🍎 **Firefox**   File   Edit   View   History   Bookmarks   Tools   Window   Help    ⚡ ⊙ 🕐 ✳ 📞 📶 🔊    45% 🔋    🇺🇸 U.S.    Mon 4 Nov 10:15 AM    Lee Kar Yin    🔍 ⊙ ☰

4/11/2019   10:15 AM

Citi ThankYou Rewards - Hotel    ✕         +

🔒 https://travel.citirewards.com/HotelResults    ···    ♡ ☆    ↓ \\\ ▯ ▨ ⌄ ⊖ ☰

Page Info - https://travel.citirewards.com/HotelResults

**General**   Media   Permissions   Security

Title:          Citi ThankYou Rewards - Hotel Results
Address:        https://travel.citirewards.com/HotelResults
Type:           text/html
Render Mode:    Standards compliance mode
Text Encoding:  UTF-8
Size:           2.89 KB (2,962 bytes)
Referring URL:  https://travel.citirewards.com/HotelResults
Modified:       4 November 2019 at 10:14:09 am SGT

**Meta (3 tags)**

| Name | Content |
| --- | --- |
| X-UA-Compat... | IE=Edge |
| viewport | width=device-width, initial-scale=1 |

☐ **Refundable**

★★★★★
142 Jungshing Road,  Yuchi, TW, 555  **SHOW ON MAP** ≫
15.07 miles from Nantou (city centre)

AVG/NIGHT FROM*
**$678 SGD**
or
**59 Points + $677 SGD**

**Price per Night**

$670.00 to $680.00 SGD

●━━━━━━━●

⊙⊙⊙⊙◐ Based on 469 reviews

**CHOOSE ROOM**

**Property class**

☐ ★★★★★ (1)

Showing 1 to 1 of 1 Hotels    **1**

* The rates shown are the average per night for your stay and do not include taxes or fees. Taxes and applicable fees will

**TripAdvisor Rating**

☐ ⊙⊙⊙◐○ (1)

be shown when choosing your room. Additional resort fees may apply. Prices on this page are rounded up for display
purposes. Actual price will be displayed during checkout.





















































🍎 **Firefox**  File  Edit  View  History  Bookmarks  Tools  Window  Help        40%  U.S.  Mon 4 Nov 10:24 AM  Lee Kar Yin

**4/11/2019  10:23 AM**

citi Citi ThankYou Rewards - Hotel  ✕  +

https://travel.**citirewards**.com/HotelResults

Page Info - https://travel.citirewards.com/HotelResults

General   **Media**   Permissions   Security

| Address | Type |
|---|---|
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/072ac928_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/4e461338_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/7429295b_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/26a2c49f_z.jpg | Image |

Location:        https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/7429295b_z.jpg
Type:            JPEG Image
Size:            96.73 KB (99,054 bytes)
Dimensions:      1,000px × 760px (scaled to 833px × 633px)
Associated Text: full size image 28 of 52 Hotel Restaurant

☐ Block Images from d3mj096p5q0e20.cloudfront.net

Select All    Save As...

**Media Preview:**

















Page Info – https://travel.citirewards.com/HotelResults

General  **Media**  Permissions  Security

| Address | Type |
|---|---|
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/9a1fc00f62f5beb40e3ff6b43fece31a.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/c395649bec53f41ab597a75fc7319a78.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/39f6f549a0351f3b0372a299258fadaf.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/fbcebc12bfdf3848f882c9ccfbccb748.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/566986b88233382ebb9c7adb9d4d7345.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/d62fe831_b.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/377f01f2_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/e7db0dd2_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/d2c96d27_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/4f786b99_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/6f793d2d_z.jpg | Image |

Location:       https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/c395649bec53f41ab597a75fc7319a78.jpg
Type:           JPEG Image
Size:           10.56 KB (10,811 bytes)
Dimensions:     200px × 162px
Associated Text:    full size image 38 of 52 Hotel View

☐ Block Images from d3mj096p5q0e20.cloudfront.net

Select All    Save As...

Media Preview:











