# EXHIBIT 2-C



















Page Info - https://travel.citirewards.com/HotelResults

General   Media   Permissions   Security

| | |
|---|---|
| Title: | Citi ThankYou Rewards - Hotel Results |
| Address: | https://travel.citirewards.com/HotelResults |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 2.89 KB (2,962 bytes) |
| Referring URL: | https://travel.citirewards.com/HotelResults |
| Modified: | 4 November 2019 at 10:14:09 am SGT |

**Meta (3 tags)**

| Name | Content |
|---|---|
| | |
| X-UA-Compat... | IE=Edge |
| viewport | width=device-width, initial-scale=1 |

☐ Refundable

142 Jungshing Road,  Yuchi, TW, 555  **SHOW ON MAP** »
15.07 miles from Nantou (city centre)

⬤⬤⬤⬤◖ Based on 469 reviews

Avg/Night From*
**$678 SGD**
or
59 Points + $677 SGD

**CHOOSE ROOM**

**Price per Night**

$670.00 to $680.00 SGD

**Property class**

☐ ★★★★★ (1)

**TripAdvisor Rating**

☐ ⬤⬤⬤⬤◖ (1)

Showing 1 to 1 of 1 Hotels   1

* The rates shown are the average per night for your stay and do not include taxes or fees. Taxes and applicable fees will be shown when choosing your room. Additional resort fees may apply. Prices on this page are rounded up for display purposes. Actual price will be displayed during checkout.





























General | Media | Permissions | Security

| Address | Type |
|---------|------|
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/4351ea6d_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/91edaf38_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/171dd383_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/0b8ff47c8427fd648b54d5e9bde318f8.jpg | Image |

Location: https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/91edaf38_z.jpg
Type: JPEG Image
Size: 176.01 KB (180,239 bytes)
Dimensions: 989px × 1,000px (scaled to 626px × 633px)
Associated Text: full size image 21 of 52 Hotel View

☐ Block Images from d3mj096p5q0e20.cloudfront.net

Select All | Save As...

Media Preview:











General  Media  Permissions  Security

| Address | Type |
|---|---|
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/91edaf38_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/171dd383_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/0b8ff47c8427fd648b54d5e9bde318f8.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/0962af61_b.jpg | Image |

Location:          https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/0b8ff47c8427fd648b54d5e9bde318f8.jpg
Type:              JPEG Image
Size:              169.73 KB (173,799 bytes)
Dimensions:        1,000px × 807px (scaled to 784px × 633px)
Associated Text:   full size image 23 of 52 Hotel Bathroom

☐ Block Images from d3mj096p5q0e20.cloudfront.net

Select All    Save As...

Media Preview:



























General | **Media** | Permissions | Security

| Address | Type |
|---|---|
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/9a1fc00f62f5beb40e3ff6b43fece31a.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/c395649bec53f41ab597a75fc7319a78.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/39f6f549a0351f3b0372a299258fadaf.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/fbcebc12bfdf3848f882c9ccfbccb748.jpg | Image |

Location:          https://d3mj096p5q0e20.cloudfront.net/fi/HCM/21307/9a1fc00f62f5beb40e3ff6b43fece31a.jpg
Type:              JPEG Image
Size:              222.72 KB (228,066 bytes)
Dimensions:        1,000px × 805px (scaled to 786px × 633px)
Associated Text:   full size image 37 of 52 Hotel View

☐ Block Images from d3mj096p5q0e20.cloudfront.net

Select All     Save As...

Media Preview:

















