# EXHIBIT 2-D































Firefox  File  Edit  View  History  Bookmarks  Tools  Window  Help    U.S.  Mon 4 Nov 10:18 AM  Lee Kar Yin

4/11/2019   10:18 AM

Citi ThankYou Rewards - Hotel

https://travel.citirewards.com/HotelResults

Flights  **Hotels**  Cars  Activities  Deals                                    My Trips   Itinerary ⟩   ✕

# Hotel Search Results

Nantou, TW | Thu, 12 Dec 2019 - Fri, 13 Dec 2019
1 Night, 2 Adults, lalu, Modify Search

Travel services provided by Connexions Loyalty, Inc.

MAP VIEW

Search hotels

🔍

Filter                                      Reset

☐ Refundable

**Price per Night**

$670.00 to $680.00 SGD

**Property class**

☐ ⭐⭐⭐⭐⭐ (1)

**TripAdvisor Rating**

☐ ⬤⬤⬤◐◯ (1)

Showing 1 to 1 of 1 Hotels

We have access to 742 hotels in this area. Can't find the hotel you're looking for? Try searching by hotel name

Sort By:                          Price        Distance        Hotel Name



OW ON MAP »

Avg/Night From*

$678 SGD
or
59 Points + $677 SGD

CHOOSE ROOM

Showing 1 to 1 of 1 Hotels       1

* The rates shown are the average per night for your stay and do not include taxes or fees. Taxes and applicable fees will be shown when choosing your room. Additional resort fees may apply. Prices on this page are rounded up for display purposes. Actual price will be displayed during checkout.









Hotel Search Results

Nantou, TW | Thu, 12 Dec 2019 - Fri, 13 Dec 2019
1 Night, 2 Adults, Ialu, Modify Search

Travel services provided by Connexions Loyalty, Inc.

MAP VIEW

Showing 1 to 1 of 1 Hotels

We have acc... ...u're looking for? Try searching by hotel name

Search hotels

Sort By:                                    Price    Distance    Hotel Name

Filter                          Reset

☐ Refundable

Price per Night

$670.00 to $680.00 SGD

Property class

☐ ★★★★★ (1)

TripAdvisor Rating

☐ ●●●○○ (1)

...OW ON MAP »

Avg/Night From*

$678 SGD

or

59 Points + $677 SGD

CHOOSE ROOM

Showing 1 to 1 of 1 Hotels          1

* The rates shown are the average per night for your stay and do not include taxes or fees. Taxes and applicable fees will be shown when choosing your room. Additional resort fees may apply. Prices on this page are rounded up for display purposes. Actual price will be displayed during checkout.





Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help      U.S.   Mon 4 Nov 10:19 AM   Lee Kar Yin

4/11/2019   10:19 AM

Citi ThankYou Rewards - Hotel

https://travel.citirewards.com/HotelResults

Flights   **Hotels**   Cars   Activities   Deals      My Trips   Itinerary

## Hotel Search Results

Nantou, TW | Thu, 12 Dec 2019 - Fri, 13 Dec 2019
1 Night, 2 Adults, lalu, Modify Search

Travel services provided by Connexions Loyalty, Inc.

MAP VIEW

Search hotels

Filter      Reset

☐ Refundable

Price per Night
$670.00 to $680.00 SGD

Property class
☐ ⭐⭐⭐⭐⭐ (1)

TripAdvisor Rating
☐ 🟢🟢🟢🟢◐ (1)

Showing 1 to 1 of 1 Hotels

We have acc... ...u're looking for? Try searching by hotel name

Sort By:      Price   Distance   Hotel Name

...OW ON MAP ≫

Avg/Night From*
**$678 SGD**
or
59 Points + $677 SGD

**CHOOSE ROOM**

Showing 1 to 1 of 1 Hotels      1

* The rates shown are the average per night for your stay and do not include taxes or fees. Taxes and applicable fees will be shown when choosing your room. Additional resort fees may apply. Prices on this page are rounded up for display purposes. Actual price will be displayed during checkout.











































Firefox  File  Edit  View  History  Bookmarks  Tools  Window  Help

Case 7:22-cv-05141-CS    Document 1-11    Filed 06/16/22    Page 44 of 52

🍎 U.S.    Mon 4 Nov  10:06 AM    Lee Kar Yin

4/11/2019   10:06 AM

Hotel Results for The Leela Goa

https://travel.citirewards.com/HotelResults#Detail/53342

Page Info - https://travel.citirewards.com/HotelResults#Detail/53342

| General | Media | Permissions | Security |

| Address | Type |
| --- | --- |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/8ec74b6a_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/4fa446c5_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/693d804b_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/81745daf_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/c881ab5c_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/1678bbd5_b.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/afe4deb8_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/e4ca15a3_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/efedb980_b.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/3842df936da4e549ff572b04d9a520b5.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/0ab650a207f4e5a90ed9eda46e623b19.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/52494fac151db56216ece0a52cbac990.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/60412b35_s.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/435c01663114bb263d92fd0ad3f87624 | Image |

Location:        https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/435c01663114bb263d92fd0ad3f87624.jpg
Type:            JPEG Image
Size:            7.13 KB (7,301 bytes)
Dimensions:      200px × 133px (scaled to 75px × 50px)
Associated Text: The Leela Goa thumbnail 46 of 60 Hotel View

☐ Block Images from d3mj096p5q0e20.cloudfront.net

Select All    Save As...

Media Preview:





Firefox    File    Edit    View    History    Bookmarks    Tools    Window    Help        51%    U.S.    Mon 4 Nov 10:07 AM    Lee Kar Yin

4/11/2019    10:06 AM

Hotel Results for The Leela Goa

https://travel.**citirewards**.com/HotelResults#Detail/53342

Page Info - https://travel.citirewards.com/HotelResults#Detail/53342

General    **Media**    Permissions    Security

| Address | Type |
| --- | --- |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/1678bbd5_b.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/afe4deb8_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/e4ca15a3_z.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/efedb980_b.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/3842df936da4e549ff572b04d9a520b5.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/0ab650a207f4e5a90ed9eda46e623b19.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/52494fac151db56216ece0a52cbac990.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/60412b35_s.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/435c01663114bb263d92fd0ad3f87624.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/8e344f166f8301028a0bf77d4c924a5c.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/d0a389298b61a394efcd364f2dcd71a3.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/5c477adfbd0f8f1c78c9cffaeea9ec26.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/70ab0ddc10ced89b585abae61d19b6e0.jpg | Image |
| https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/191412b3_s.jpg | Image |

Location:            https://d3mj096p5q0e20.cloudfront.net/fi/HCM/53342/191412b3_s.jpg
Type:                JPEG Image
Size:                8.08 KB (8,277 bytes)
Dimensions:          200px × 133px (scaled to 75px × 50px)
Associated Text:     The Leela Goa thumbnail 51 of 60 Hotel View

☐ Block Images from d3mj096p5q0e20.cloudfront.net

Media Preview:

Select All    Save As...





Hotel Results for The Leela Goa                                        ✕        ＋

https://travel.citirewards.com/HotelResults#Detail/53342

| Flights | **Hotels** | Cars | Activities | Deals |                                        My Trips      **Itinerary** ➤

**◀ BACK TO RESULTS LIST**                     Jump to:   **Photos**   **Rooms**   **Reviews**   **Hotel Information**

Travel services provided by Connexions Loyalty, Inc.

# THE LEELA GOA   ★ ★ ★ ★ ★

Mobor Cavelossim, Cavelossim, IN, 403 731   -   **Map View ≫**

**VIEW ROOMS**

Based on 2477 reviews    **View Reviews**

---

Page Info – https://travel.citirewards.com/HotelResults#Detail/53342

| **General** | Media | Permissions | Security |

| | |
|---|---|
| Title: | Hotel Results for The Leela Goa |
| Address: | https://travel.citirewards.com/HotelResults#Detail/53342 |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 3 KB (3,076 bytes) |
| Referring URL: | https://travel.citirewards.com/HotelResults |
| Modified: | 4 November 2019 at 10:04:07 am SGT |

**Meta (3 tags)**

| Name | Content |
|---|---|
| X-UA-Compat... | IE=Edge |
| viewport | width=device-width, initial-scale=1 |





* The rates shown are the average per night for your stay and do not include taxes or fees. Taxes and applicable fees will be shown when choosing your room. Additional resort fees may apply. Prices on this page are rounded up for display purposes. Actual price will be displayed during checkout.



