# EXHIBIT 3-A







| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg | Image |
| https://q-cf.bstatic.com/images/hotel/max200/122/122647438.jpg | Image |

Location:         https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg
Type:             JPEG Image
Size:             87.84 KB (89,946 bytes)
Dimensions:       1,280px × 852px (scaled to 969px × 645px)
Associated Text:  Gallery image of this property

☐ Block Images from q-cf.bstatic.com

**Media Preview:**





| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg | Image |
| https://q-cf.bstatic.com/images/hotel/max200/122/122647438.jpg | Image |

Location:        https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg
Type:            JPEG Image
Size:            87.84 KB (89,946 bytes)
Dimensions:      1,280px × 852px (scaled to 969px × 645px)
Associated Text: Gallery image of this property

☐ Block Images from q-cf.bstatic.com

**Media Preview:**                                                      Select All    Save As...





| | |
|---|---|
| **Title:** | Southwest Airlines: Resort The Setai, Miami Beach , Miami Beach, USA - 125 Guest reviews . Book your hotel now! |
| **Address:** | https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88759430_0_2_0;checkin=2019-0 |
| **Type:** | text/html |
| **Render Mode:** | Standards compliance mode |
| **Text Encoding:** | UTF-8 |
| **Referring URL:** | https://www.southwesthotels.com/ |
| **Modified:** | 23 June 2019 at 11:32:58 am SGT |

**Meta (40 tags)**

| Name | Content |
|---|---|
| referrer | origin |
| content-type | text/html; charset=utf-8 |
| description | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| keywords | The Setai, Miami Beach, Miami, USA, R:Florida, hotel, Hotels |
| robots | noindex,nofollow |
| twitter:title | The Setai, Miami Beach, Miami Beach, USA |
| twitter:descri… | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| twitter:image | https://r-cf.bstatic.com/images/hotel/max300/122/122647438.jpg |
| p:domain_verify | ff7f0b90ebb93e5bf7c7cafe77640ec1 |
| content-langu… | en-us |
| content-script… | text/javascript |
| content-style… | text/css |
| window-target | _top |
| fb:pages | 131840030178250, 1425349334428496, 117615518393985, 1565844503706287, 517612321758712, 1668799180037291, 265097377176252, 1643712662515912, 303492549842824, 1638321783047271, 80970901… |
| wb:webmaster | 48970bbca45d28c2 |
| og:type | booking_com:hotel |
| twitter:card | summary |
| twitter:site | @bookingcom |
| twitter:creator | @bookingcom |
| og:title | ★★★★★ The Setai, Miami Beach, Miami Beach, USA |



🍎  **Firefox**  File  Edit  View  History  Bookmarks  Tools  Window  Help            55% 🔋  🇺🇸 U.S.   Sun 23 Jun  7:33 PM   Lee Kar Yin  🔍  ⚙️ ☰

Page Info - https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88...

General   Media   Permissions   Security

| | |
|---|---|
| Title: | Southwest Airlines: Resort The Setai, Miami Beach , Miami Beach, USA - 125 Guest reviews . Book your hotel now! |
| Address: | https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88759430_0_2_0;checkin=2019-0... |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:32:58 am SGT |

**Meta (40 tags)**

| Name | Content |
|---|---|
| og:description | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| og:image | https://r-cf.bstatic.com/images/hotel/max300/122/122647438.jpg |
| og:image:width | 300 |
| og:image:heig... | 200 |
| booking_com:l... | |
| booking_com:l... | |
| og:locale | en_US |
| og:url | https://www.booking.com/hotel/us/the-setai-south-beach.html?aid=961823 |
| og:site_name | Southwest Airlines |
| position | 1 |
| name | Booking.com |
| position | 2 |
| name | USA |
| position | 3 |
| name | Florida |
| position | 4 |
| name | Miami Beach Hotels |
| position | 5 |
| name | The Setai, Miami Beach |
| item | |



| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg | Image |
| https://q-cf.bstatic.com/images/hotel/max200/122/122647438.jpg | Image |

Location:         https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg
Type:             JPEG Image
Size:             87.84 KB (89,946 bytes)
Dimensions:       1,280px × 852px (scaled to 691px × 460px)
Associated Text:  Gallery image of this property

☐ Block Images from q-cf.bstatic.com

**Media Preview:**                                                        Select All      Save As...





| Address | | Type | |
|---|---|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | | Background | |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | | Background | |
| https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg | | Image | |
| https://q-cf.bstatic.com/images/hotel/max200/122/122647438.jpg | | Image | |

Location:         https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg
Type:             JPEG Image
Size:             87.84 KB (89,946 bytes)
Dimensions:       1,280px × 852px (scaled to 691px × 460px)
Associated Text:  Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Media Preview:                                                                    Select All    Save As...





| | |
|---|---|
| Title: | Southwest Airlines: Resort The Setai, Miami Beach , Miami Beach, USA - 125 Guest reviews . Book your hotel now! |
| Address: | https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88759430_0_2_0;checkin=2019-0 |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:33:30 am SGT |

**Meta (40 tags)**

| Name | Content |
|---|---|
| referrer | origin |
| content-type | text/html; charset=utf-8 |
| description | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| keywords | The Setai, Miami Beach, Miami, USA, R:Florida, hotel, Hotels |
| robots | noindex,nofollow |
| twitter:title | The Setai, Miami Beach, Miami Beach, USA |
| twitter:descri... | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| twitter:image | https://r-cf.bstatic.com/images/hotel/max300/122/122647438.jpg |
| p:domain_verify | ff7f0b90ebb93e5bf7c7cafe77640ec1 |
| content-langu... | en-us |
| content-script... | text/javascript |
| content-style... | text/css |
| window-target | _top |
| fb:pages | 131840030178250, 1425349334428496, 117615518393985, 1565844503706287, 517612321758712, 1668799180037291, 265097377176252, 1643712662515912, 303492549842824, 1638321783047271, 80970901... |
| wb:webmaster | 48970bbca45d28c2 |
| og:type | booking_com:hotel |
| twitter:card | summary |
| twitter:site | @bookingcom |
| twitter:creator | @bookingcom |
| og:title | ★★★★★ The Setai, Miami Beach, Miami Beach, USA |



**Firefox**  File  Edit  View  History  Bookmarks  Tools  Window  Help    55% ▪ U.S.    Sun 23 Jun  7:34 PM    Lee Kar Yin

Page Info - https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88...

General    Media    Permissions    Security

| | |
|---|---|
| Title: | Southwest Airlines: Resort The Setai, Miami Beach , Miami Beach, USA - 125 Guest reviews . Book your hotel now! |
| Address: | https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88759430_0_2_0;checkin=2019-0... |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:33:30 am SGT |

**Meta (40 tags)**

| Name | Content |
|---|---|
| og:title | ★★★★★ The Setai, Miami Beach, Miami Beach, USA |
| og:description | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| og:image | https://r-cf.bstatic.com/images/hotel/max300/122/122647438.jpg |
| og:image:width | 300 |
| og:image:heig... | 200 |
| booking_com:l... | |
| booking_com:l... | |
| og:locale | en_US |
| og:url | https://www.booking.com/hotel/us/the-setai-south-beach.html?aid=961823 |
| og:site_name | Southwest Airlines |
| position | 1 |
| name | Booking.com |
| position | 2 |
| name | USA |
| position | 3 |
| name | Florida |
| position | 4 |
| name | Miami Beach Hotels |
| position | 5 |
| name | The Setai, Miami Beach |



"Incroyable hotel aux notes asiatiques contemporaines. Bel emplacement . Excellent breakfast. L'acces direct a la plage . Service remarquable . Personnel attentif . Excellent cocktail et in dinning room service ."

Thomas
France

**View all reviews**

| Room Type | Sleeps | Today's Price | Your Choices | Select Rooms | |
|---|---|---|---|---|---|
| **One-Bedroom Suite with Ocean View**<br><br>1 king bed<br><br>This suite features the following:<br><br>78 m² · Balcony with view · Balcony, Ocean view · Terrace · Flat-screen TV · Air conditioning · Soundproof · Bathtub · Spa tub · Attached bathroom · Free WiFi More<br><br>Prices are per room<br>**Included: Breakfast** | 👤👤 | **S$ 2,171**<br>+S$ 303 taxes and charges<br><br>Southwest<br>Rapid Rewards<br>Earn 3200 points | 🍴 **Wonderful breakfast** included<br>• Non-refundable | 0 | **I'll reserve**<br><br>Confirmation is immediate |
| **Two-Bedroom Suite with City and Ocean View**<br><br>Prices are per suite | 👤👤👤👤 | **You missed it! Sold for S$ 2,667** | | | |

⏰ 4 properties in Miami Beach like The Setai, Miami Beach were booked for your dates in the last 12 hours

**You will pay the property in the property's local currency (US$). The displayed amount (in SGD) is indicative and based on the exchange rate at the time of booking.**

## An Inside Look at The Setai, Miami Beach

An oasis of tranquility amidst the vibrant energy of South Beach, The Setai, Miami Beach is a modern marvel among Miami luxury hotels. The hotel has 3 outdoor pools, a full-service spa, casual to fine dining.

## Area Info – Excellent location – show map

**See availability**

Guests loved walking around the neighborhood!

**Closest Landmarks \***                    **Closest Airports \***

Bass Museum of Art                 0.3 km    Miami International Airport              14.9 km



VA 1-432-331
setai127





Page Info - https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88...

General    Media    Permissions    Security

| | |
|---|---|
| Title: | Southwest Airlines: Resort The Setai, Miami Beach , Miami Beach, USA - 125 Guest reviews . Book your hotel now! |
| Address: | https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88759430_0_2_0;checkin=2019-0... |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:35:10 am SGT |

**Meta (40 tags)**

| Name | Content |
|---|---|
| referrer | origin |
| content-type | text/html; charset=utf-8 |
| description | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| keywords | The Setai, Miami Beach, Miami Beach, USA, R:Florida, hotel, Hotels |
| robots | noindex,nofollow |
| twitter:title | The Setai, Miami Beach, Miami Beach, USA |
| twitter:descri... | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| twitter:image | https://r-cf.bstatic.com/images/hotel/max300/122/122647438.jpg |
| p:domain_verify | ff7f0b90ebb93e5bf7c7cafe77640ec1 |
| content-langu... | en-us |
| content-script... | text/javascript |
| content-style... | text/css |
| window-target | _top |
| fb:pages | 131840030178250, 1425349334428496, 117615518393985, 1565844503706287, 517612321758712, 1668799180037291, 265097377176252, 1643712662515912, 303492549842824, 1638321783047271, 80970901... |
| wb:webmaster | 48970bbca45d28c2 |
| og:type | booking_com:hotel |







VA 1-432-329
leela021



































VA 1-432-329
leela025





VA 1-432-329
leela008







VA 1-432-329
leela157















| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/859/85966408.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:        https://q-cf.bstatic.com/images/hotel/max1280x900/859/85966408.jpg
Type:            JPEG Image
Size:            110.1 KB (112,738 bytes)
Dimensions:      1,280px × 851px (scaled to 950px × 631px)
Associated Text: Gallery image of this property

☐ Block Images from q-cf.bstatic.com

**Media Preview:**





Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609...

| | General | Media | Permissions | Security | |

| Address | | Type | |
|---|---|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | | Background | |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | | Background | |
| https://q-cf.bstatic.com/images/hotel/max1280x900/859/85966408.jpg | | Image | |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | | Image | |

Location:          https://q-cf.bstatic.com/images/hotel/max1280x900/859/85966408.jpg
Type:              JPEG Image
Size:              110.1 KB (112,738 bytes)
Dimensions:        1,280px × 851px (scaled to 950px × 631px)
Associated Text:   Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Media Preview:                                                                    Select All    Save As...





Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help

Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General   **Media**   Permissions   Security

| Address | | Type |
|---|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/859/85966407.jpg | | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | | Image |

Location:          https://r-cf.bstatic.com/images/hotel/max1280x900/859/85966407.jpg
Type:              JPEG Image
Size:              86.83 KB (88,915 bytes)
Dimensions:        1,280px × 851px (scaled to 950px × 631px)
Associated Text:   Gallery image of this property

☐ Block Images from r-cf.bstatic.com

**Media Preview:**                                                                    Select All    Save As...









Location:        https://r-cf.bstatic.com/images/hotel/max1280x900/859/85967533.jpg
Type:            JPEG Image
Size:            144.06 KB (147,516 bytes)
Dimensions:      1,280px × 851px (scaled to 950px × 631px)
Associated Text: Gallery image of this property

☐ Block Images from r-cf.bstatic.com

**Media Preview:**



Firefox  File  Edit  View  History  Bookmarks  Tools  Window  Help

Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General   **Media**   Permissions   Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261089.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:           https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261089.jpg
Type:               JPEG Image
Size:               238.8 KB (244,529 bytes)
Dimensions:         1,280px × 852px (scaled to 969px × 645px)
Associated Text:    Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Media Preview:                                                              Select All    Save As...





| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261089.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

| | |
|---|---|
| Location: | https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261089.jpg |
| Type: | JPEG Image |
| Size: | 238.8 KB (244,529 bytes) |
| Dimensions: | 1,280px × 852px (scaled to 969px × 645px) |
| Associated Text: | Gallery image of this property |

☐ Block Images from r-cf.bstatic.com

**Media Preview:**    Select All    Save As...





Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General | Media | Permissions | Security

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261087.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:           https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261087.jpg
Type:               JPEG Image
Size:               105.51 KB (108,038 bytes)
Dimensions:         1,280px × 851px (scaled to 950px × 631px)
Associated Text:    Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Media Preview:                                                                      Select All    Save As...



Page Info – https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

| | General | Media | Permissions | Security | |
|---|---|---|---|---|---|

| Address | | Type | |
|---|---|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | | Background | |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | | Background | |
| https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261087.jpg | | Image | |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | | Image | |

Location:           https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261087.jpg
Type:               JPEG Image
Size:               105.51 KB (108,038 bytes)
Dimensions:         1,280px × 851px (scaled to 950px × 631px)
Associated Text:    Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Media Preview:                                                    [ Select All ]  [ Save As... ]







| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261085.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:        https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261085.jpg
Type:            JPEG Image
Size:            85.43 KB (87,480 bytes)
Dimensions:      1,280px × 851px (scaled to 971px × 645px)
Associated Text: Gallery image of this property

☐ Block Images from r-cf.bstatic.com

**Media Preview:**     Select All     Save As...







Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General    **Media**    Permissions    Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261084.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:            https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261084.jpg
Type:                JPEG Image
Size:                85.26 KB (87,306 bytes)
Dimensions:          1,280px × 851px (scaled to 971px × 645px)
Associated Text:     Gallery image of this property

☐ Block Images from q-cf.bstatic.com

**Media Preview:**                                                            Select All    Save As...









General | **Media** | Permissions | Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261081.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:          https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261081.jpg
Type:              JPEG Image
Size:              140.3 KB (143,668 bytes)
Dimensions:        1,280px × 852px (scaled to 969px × 645px)
Associated Text:   Gallery image of this property

☐ Block Images from r-cf.bstatic.com

**Media Preview:**                                                    Select All     Save As...



Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help

Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General   **Media**   Permissions   Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261036.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:          https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261036.jpg
Type:              JPEG Image
Size:              122.62 KB (125,561 bytes)
Dimensions:        1,280px × 850px (scaled to 972px × 645px)
Associated Text:   Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Select All    Save As...

**Media Preview:**











Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help          60%   U.S.   Sun 23 Jun 7:24 PM   Lee Kar Yin

Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General    Media    Permissions    Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261024.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:           https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261024.jpg
Type:               JPEG Image
Size:               179.87 KB (184,185 bytes)
Dimensions:         1,280px × 851px (scaled to 971px × 645px)
Associated Text:    Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Media Preview:                                                                    Select All    Save As...











| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261020.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:          https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261020.jpg
Type:              JPEG Image
Size:              78.23 KB (80,112 bytes)
Dimensions:        1,280px × 850px (scaled to 972px × 645px)
Associated Text:   Gallery image of this property

☐ Block Images from r-cf.bstatic.com

**Media Preview:**                                                    Select All    Save As...





Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

| | General | Media | Permissions | Security | |
|---|---|---|---|---|---|

| Address | | Type |
|---|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261020.jpg | | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | | Image |

Location:        https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261020.jpg
Type:            JPEG Image
Size:            78.23 KB (80,112 bytes)
Dimensions:      1,280px × 850px (scaled to 972px × 645px)
Associated Text: Gallery image of this property

☐ Block Images from r-cf.bstatic.com

**Media Preview:**                                                    Select All    Save As...

