# EXHIBIT 3-B

Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help

Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General   **Media**   Permissions   Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261054.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:          https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261054.jpg
Type:              JPEG Image
Size:              122.34 KB (125,272 bytes)
Dimensions:        1,280px × 851px (scaled to 971px × 645px)
Associated Text:   Gallery image of this property

☐ Block Images from r-cf.bstatic.com

**Media Preview:**                                                                    Select All    Save As...





| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261054.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:        https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261054.jpg
Type:            JPEG Image
Size:            122.34 KB (125,272 bytes)
Dimensions:      1,280px × 851px (scaled to 971px × 645px)
Associated Text: Gallery image of this property

☐ Block Images from r-cf.bstatic.com

**Media Preview:**





Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help

Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General   **Media**   Permissions   Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261022.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:         https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261022.jpg
Type:             JPEG Image
Size:             89.07 KB (91,203 bytes)
Dimensions:       1,280px × 850px (scaled to 951px × 631px)
Associated Text:  Gallery image of this property

☐ Block Images from r-cf.bstatic.com

**Media Preview:**                                                                              Select All    Save As...





| Address | | Type |
|---|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261022.jpg | | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | | Image |

Location:            https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261022.jpg
Type:                JPEG Image
Size:                89.07 KB (91,203 bytes)
Dimensions:          1,280px × 850px (scaled to 951px × 631px)
Associated Text:     Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Media Preview:







 Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help          59%      U.S.   Sun 23 Jun 7:25 PM   Lee Kar Yin

Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General     Media     Permissions     Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261055.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:         https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261055.jpg
Type:             JPEG Image
Size:             146.39 KB (149,899 bytes)
Dimensions:       1,280px × 852px (scaled to 969px × 645px)
Associated Text:  Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Media Preview:                                                                                    Select All    Save As...



🍎 **Firefox**  File  Edit  View  History  Bookmarks  Tools  Window  Help          59% 🔋  U.S.  Sun 23 Jun  7:25 PM  Lee Kar Yin  🔍  ⚙ ☰

Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

**General**  Media  Permissions  Security

| | |
|---|---|
| Title: | Southwest Airlines: Resort The Leela Goa , Cavelossim, India - 826 Guest reviews . Book your hotel now! |
| Address: | https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_2_0_0;checkin=2019-07-07;chec |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:25:25 am SGT |

**Meta (40 tags)**

| Name | Content |
|---|---|
| referrer | origin |
| content-type | text/html; charset=utf-8 |
| description | Surrounded by gardens and blue lagoons, The Leela Goa Beach Resort offers luxurious rooms with a DVD player. |
| keywords | The Leela Goa, Cavelossim, India, R:Goa, hotel, Hotels |
| robots | noindex,nofollow |
| twitter:title | The Leela Goa, Cavelossim, India |
| twitter:descri... | Surrounded by gardens and blue lagoons, The Leela Goa Beach Resort offers luxurious rooms with a DVD player. |
| twitter:image | https://q-cf.bstatic.com/images/hotel/max300/342/34261038.jpg |
| p:domain_verify | ff7f0b90ebb93e5bf7c7cafe77640ec1 |
| content-langu... | en-us |
| content-script... | text/javascript |
| content-style... | text/css |
| window-target | _top |
| fb:pages | 131840030178250, 1425349334428496, 117615518393985, 1565844503706287, 517612321758712, 1668799180037291, 265097377176252, 1643712662515912, 303492549842824, 1638321783047271, 80970901... |
| wb:webmaster | 48970bbca45d28c2 |
| og:type | booking_com:hotel |
| twitter:card | summary |
| twitter:site | @bookingcom |
| twitter:creator | @bookingcom |
| og:title | ★★★★★ The Leela Goa, Cavelossim, India |



 Firefox    File    Edit    View    History    Bookmarks    Tools    Window    Help    58% ▣    U.S.    Sun 23 Jun 7:26 PM    Lee Kar Yin

Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General    Media    Permissions    Security

| | |
|---|---|
| Title: | Southwest Airlines: Resort The Leela Goa , Cavelossim, India - 826 Guest reviews . Book your hotel now! |
| Address: | https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_2_0_0;checkin=2019-07-07;chec |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:25:25 am SGT |

**Meta (40 tags)**

| Name | Content |
|---|---|
| og:description | Surrounded by gardens and blue lagoons, The Leela Goa Beach Resort offers luxurious rooms with a DVD player. |
| og:image | https://q-cf.bstatic.com/images/hotel/max300/342/34261038.jpg |
| og:image:width | 300 |
| og:image:heig... | 261 |
| booking_com:l... | |
| booking_com:l... | |
| og:locale | en_US |
| og:url | https://www.booking.com/hotel/in/the-leela-goa.html?aid=961823 |
| og:site_name | Southwest Airlines |
| position | 1 |
| name | Booking.com |
| position | 2 |
| name | India |
| position | 3 |
| name | Goa |
| position | 4 |
| name | Cavelossim Hotels |
| position | 5 |
| name | The Leela Goa |
| item | |



secret cove beneath the waterfall and it there's no room by the pool, there's plenty on the beach. We also had a massage at the spa, the Indian Magic massage was great and the perfect send-off before a 20 hour flight back home."

Arpan
🇺🇸 United States of America

"Great food, beautiful beach and lots of friendly staff on hand to help if needed"

John
🇬🇧 United Kingdom

"The breakfast at the Leela was varied and excellent - so many options! Even with a lot of guests, the breakfast area was never packed (although outdoor seating did tend to fill up quick). The beach was warm and pretty calm most days we were there. Lots of lounge chairs were available that we didn't need to rush early in the morning to secure chairs. The pool was nice and big and rarely full of people. The staff at Leela were outstanding and always wore a smile on their face. From check-in to check-out, our stay was amazing. We were taken care of the entire stay and even received a nice anniversary surprise one day (a bottle of champagne and dessert!). It was those thoughtful touches that made our stay amazing."

Sm
🇨🇦 Canada

"Well handled place
Professional staff
Attention to little details.
I got early check in room"

| Accommodation Type | Sleeps | Today's Price | Your Choices | Quantity |
|---|---|---|---|---|
| **Club Suite** <br> 1 king bed 🛏 <br> Features private balconies overlooking the golf course. It is fitted with upgraded amenities. <br> 📐 159 m² ❄️ Air conditioning <br> 🛁 Bathtub 🚿 Private bathroom <br> 🪟 Balcony 📶 Free WiFi More <br> Prices are per suite <br> Included: Breakfast | 👤 👤 | **S$ 624** <br> +S$ 174 taxes and charges <br> Southwest Rapid Rewards <br> Earn 920 points | 🍽 Wonderful breakfast ❓ included <br> • Non-refundable <br> There are only 3 like it! | 0 ⬆⬇ I'll reserve <br> No booking or credit card fees! <br> 1 other person looked for your dates in the last 10 minutes |
| **Club Pool Suite** <br> 1 king bed 🛏 <br> This suite has a balcony, tile/marble floor, and mini-bar. The suite has an extended living room, bedroom and has a private plunge pool. <br> 📐 189 m² <br> 🪟 Balcony with view <br> 📺 Flat-screen TV <br> ❄️ Air conditioning <br> 🔇 Soundproof <br> 🏊 Private pool 🛁 Bathtub <br> 🚿 Private bathroom <br> 📶 Free WiFi More <br> Prices are per suite <br> Included: Breakfast | 👤 👤 | **S$ 722** <br> +S$ 202 taxes and charges <br> Southwest Rapid Rewards <br> Earn 1064 points | 🍽 Wonderful breakfast ❓ included <br> • Non-refundable <br> There are only 4 like it! | 0 ⬆⬇ |
| **Royal Villa** <br> 1 queen bed 🛏 <br> This villa features a balcony, DVD player and seating area. The villa has a master bedroom, a guest bedroom, living and dining room. The attached bathroom has a private Jacuzzi. There is a plunge pool and terrace | 👤 👤👤👤 | **S$ 1,365** <br> +S$ 382 taxes and charges <br> Southwest Rapid Rewards <br> Earn 2012 points | 🍽 Wonderful breakfast ❓ included <br> • Non-refundable <br> There are only 4 like it! | 0 ⬆⬇ |











Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General  Media  Permissions  Security

| | |
|---|---|
| Title: | Southwest Airlines: Resort The Leela Goa , Cavelossim, India – 826 Guest reviews . Book your hotel now! |
| Address: | https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_2_0_0;checkin=2019-07-07;chec |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:28:15 am SGT |

**Meta (40 tags)**

| Name | Content |
|---|---|
| referrer | origin |
| content-type | text/html; charset=utf-8 |
| description | Surrounded by gardens and blue lagoons, The Leela Goa Beach Resort offers luxurious rooms with a DVD player. |
| keywords | The Leela Goa, Cavelossim, India, R:Goa, hotel, Hotels |
| robots | noindex,nofollow |
| twitter:title | The Leela Goa, Cavelossim, India |
| twitter:descri... | Surrounded by gardens and blue lagoons, The Leela Goa Beach Resort offers luxurious rooms with a DVD player. |
| twitter:image | https://q-cf.bstatic.com/images/hotel/max300/342/34261038.jpg |
| p:domain_verify | ff7f0b90ebb93e5bf7c7cafe77640ec1 |
| content-langu... | en-us |
| content-script... | text/javascript |
| content-style... | text/css |
| window-target | _top |
| fb:pages | 131840030178250, 1425349334428496, 117615518393985, 1565844503706287, 517612321758712, 1668799180037291, 265097377176256, 164371266251912, 303492549842824, 1638321783047271, 80970901... |
| wb:webmaster | 48970bbca45d28c2 |
| og:type | booking_com:hotel |





**Club Pool Suite**

🛁 Private bathroom

🅿 Free parking

**Room Size** 189 m²

This suite has a balcony, tile/marble floor, and mini-bar. The suite has an extended living room, bedroom and has a private plunge pool.

**In your bathroom:**

- Shower
- Bathtub
- Hairdryer
- Free toiletries
- Private Bathroom
- Towels

**View:**

- View

**Room Facilities:**

- Balcony
- Telephone
- DVD Player
- Cable channels
- Flat-screen TV
- Safe
- Air conditioning
- Ironing facilities
- Sofa
- Soundproof
- Tile/Marble floor
- Private pool
- Wardrobe or closet
- Minibar
- Dining area
- Electric kettle
- Wake-up service
- Linens

Free WiFi!

**Smoking:** No smoking

**Parking:**

**Free!** Free private parking is available on site (reservation is not needed).

VA 1-432-329
leela148

I'll reserve

👤👤 Club Pool Suite          S$ 722 for 1 night
- **Non-refundable**
Continental breakfast included
1 king bed 🛏







**Club Pool Suite**

🛁 Private bathroom

🅿 Free parking

**Room Size** 189 m²

This suite has a balcony, tile/marble floor, and mini-bar. The suite has an extended living room, bedroom and has a private plunge pool.

**In your bathroom:**

- Shower
- Bathtub
- Hairdryer
- Free toiletries
- Private Bathroom
- Towels

**View:**

- View

**Room Facilities:**

- Balcony
- Telephone
- DVD Player
- Cable channels
- Flat-screen TV
- Safe
- Air conditioning
- Ironing facilities
- Sofa
- Soundproof
- Tile/Marble floor
- Private pool
- Wardrobe or closet
- Minibar
- Dining area
- Electric kettle
- Wake-up service
- Linens

Free WiFi!

**Smoking:** No smoking

**Parking:**

**Free!** Free private parking is available on site (reservation is not needed).

VA 1-432-329
leela152

👥 Club Pool Suite                              S$ 722 for 1 night

- **Non-refundable**

Continental breakfast included

1 king bed 🛏

I'll reserve



























VA 1-432-325
lalu140































































🍎 **Firefox** File Edit View History Bookmarks Tools Window Help  🔆 🌐 🕐 ✳ 📞 🛜 🔊  41% 🔋  🇺🇸 U.S.  Sat 22 Jun 3:46 AM  Lee Kar Yin  🔍 🔵 ☰

22/6/2019  3:46 AM

← → C ⌂        ⓘ 🔒 **Southwest Airlines Co. (US)** https://www.**southwesthotels.com**/h    📄  90%    ••• 🛡 ⭐    ⬇ \\\ ▯ 🔲 ⌐ ⊖ 👤 ☰

🔴 🟡 🟢  Page Info - https://www.southwesthotels.com/hotel/tw/the-lalu.en-us.html?aid=961823;label=SWA-GSUBNAV-HOTEL-BOOK;sid=596e91458349df8d5808efa5fafafba6;all_sr_blocks=38051904_130375...

General    **Media**    Permissions    Security

| Address | Type | ⊞ |
|---|---|---|
| https://q-cf.bstatic.com/images/hotel/max1280x900/596/59605151.jpg | Image | |
| https://q-cf.bstatic.com/images/hotel/max1280x900/596/59605253.jpg | Image | |
| https://r-cf.bstatic.com/static/img/experiments/gallery-prev-2/db2a171fef8474e4e2b6c38a73e4f070064af21f.png | Background | |
| https://q-cf.bstatic.com/static/img/experiments/gallery-next-2/52314eca28af6184cace9e2fec9bfbf61e8a9e0c.png | Background | |

Location:        https://q-cf.bstatic.com/images/hotel/max1280x900/596/59604963.jpg
Type:            JPEG Image
Size:            93.68 KB (95,927 bytes)
Dimensions:      1,115px × 900px (scaled to 570px × 460px)
Associated Text: A bathroom at The Lalu Sun Moon Lake

☐ Block Images from q-cf.bstatic.com                                                      Select All     Save As...

**Media Preview:**



?













