# EXHIBIT 3-C













































































