# EXHIBIT 3-D



























































General | Media | Permissions | Security

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/859/85966408.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:          https://q-cf.bstatic.com/images/hotel/max1280x900/859/85966408.jpg
Type:              JPEG Image
Size:              110.1 KB (112,738 bytes)
Dimensions:        1,280px × 851px (scaled to 950px × 631px)
Associated Text:   Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Select All | Save As...

**Media Preview:**



General  Media  Permissions  Security

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/859/85966408.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location: https://q-cf.bstatic.com/images/hotel/max1280x900/859/85966408.jpg
Type: JPEG Image
Size: 110.1 KB (112,738 bytes)
Dimensions: 1,280px × 851px (scaled to 950px × 631px)
Associated Text: Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Select All    Save As...

**Media Preview:**



Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

| General | Media | Permissions | Security |

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/859/85966407.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:        https://r-cf.bstatic.com/images/hotel/max1280x900/859/85966407.jpg
Type:            JPEG Image
Size:            86.83 KB (88,915 bytes)
Dimensions:      1,280px × 851px (scaled to 950px × 631px)
Associated Text: Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Media Preview:                                                    Select All    Save As...



Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General | Media | Permissions | Security

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/859/85966407.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location: https://r-cf.bstatic.com/images/hotel/max1280x900/859/85966407.jpg
Type: JPEG Image
Size: 86.83 KB (88,915 bytes)
Dimensions: 1,280px × 851px (scaled to 950px × 631px)
Associated Text: Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Media Preview:        Select All | Save As...



| | General | Media | Permissions | Security | |

| Address | | Type |
| --- | --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/859/85967533.jpg | | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | | Image |

Location:           https://r-cf.bstatic.com/images/hotel/max1280x900/859/85967533.jpg
Type:               JPEG Image
Size:               144.06 KB (147,516 bytes)
Dimensions:         1,280px × 851px (scaled to 950px × 631px)
Associated Text:    Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Select All     Save As...

**Media Preview:**



General | Media | Permissions | Security

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/859/85967533.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:         https://r-cf.bstatic.com/images/hotel/max1280x900/859/85967533.jpg
Type:             JPEG Image
Size:             144.06 KB (147,516 bytes)
Dimensions:       1,280px × 851px (scaled to 950px × 631px)
Associated Text:  Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Select All    Save As...

**Media Preview:**



General    Media    Permissions    Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261089.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:          https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261089.jpg
Type:              JPEG Image
Size:              238.8 KB (244,529 bytes)
Dimensions:        1,280px × 852px (scaled to 969px × 645px)
Associated Text:   Gallery image of this property

☐ Block Images from r-cf.bstatic.com                                    Select All        Save As...

**Media Preview:**



General | Media | Permissions | Security

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261089.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:          https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261089.jpg
Type:              JPEG Image
Size:              238.8 KB (244,529 bytes)
Dimensions:        1,280px × 852px (scaled to 969px × 645px)
Associated Text:   Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Select All | Save As...

Media Preview:





Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General    Media    Permissions    Security

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261087.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:          https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261087.jpg
Type:              JPEG Image
Size:              105.51 KB (108,038 bytes)
Dimensions:        1,280px × 851px (scaled to 950px × 631px)
Associated Text:   Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Select All    Save As...

**Media Preview:**





