# EXHIBIT 3-E

Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General    Media    Permissions    Security

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261085.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:        https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261085.jpg
Type:            JPEG Image
Size:            85.43 KB (87,480 bytes)
Dimensions:      1,280px × 851px (scaled to 971px × 645px)
Associated Text: Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Select All    Save As…

**Media Preview:**





Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General　Media　Permissions　Security

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261084.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location: https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261084.jpg
Type: JPEG Image
Size: 85.26 KB (87,306 bytes)
Dimensions: 1,280px × 851px (scaled to 971px × 645px)
Associated Text: Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Select All　Save As...

**Media Preview:**



| General | Media | Permissions | Security |
| --- | --- | --- | --- |

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261084.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:        https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261084.jpg
Type:            JPEG Image
Size:            85.26 KB (87,306 bytes)
Dimensions:      1,280px × 851px (scaled to 971px × 645px)
Associated Text: Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Media Preview:                                                            Select All    Save As...





General | Media | Permissions | Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261081.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:            https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261081.jpg
Type:                JPEG Image
Size:                140.3 KB (143,668 bytes)
Dimensions:          1,280px × 852px (scaled to 969px × 645px)
Associated Text:     Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Select All          Save As...

**Media Preview:**



Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General  Media  Permissions  Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261036.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:        https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261036.jpg
Type:            JPEG Image
Size:            122.62 KB (125,561 bytes)
Dimensions:      1,280px × 850px (scaled to 972px × 645px)
Associated Text: Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Media Preview:                                                          Select All    Save As...



General | Media | Permissions | Security

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261036.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location: https://q-cf.bstatic.com/images/hotel/max1280x900/342/34261036.jpg
Type: JPEG Image
Size: 122.62 KB (125,561 bytes)
Dimensions: 1,280px × 850px (scaled to 972px × 645px)
Associated Text: Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Select All | Save As...

**Media Preview:**



General | Media | Permissions | Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261024.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:          https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261024.jpg
Type:              JPEG Image
Size:              179.87 KB (184,185 bytes)
Dimensions:        1,280px × 851px (scaled to 971px × 645px)
Associated Text:   Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Select All | Save As...

**Media Preview:**



| General | Media | Permissions | Security |

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261024.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:          https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261024.jpg
Type:              JPEG Image
Size:              179.87 KB (184,185 bytes)
Dimensions:        1,280px × 851px (scaled to 971px × 645px)
Associated Text:   Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Media Preview:                                                              Select All        Save As...



# Page Info — https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

| | General | Media | Permissions | Security |

| Address | | Type |
|---|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261021.jpg | | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | | Image |

| | |
|---|---|
| Location: | https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261021.jpg |
| Type: | JPEG Image |
| Size: | 103.71 KB (106,197 bytes) |
| Dimensions: | 1,280px × 850px (scaled to 951px × 631px) |
| Associated Text: | Gallery image of this property |

☐ Block Images from r-cf.bstatic.com

Select All    Save As…

**Media Preview:**





General  Media  Permissions  Security

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261020.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:        https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261020.jpg
Type:            JPEG Image
Size:            78.23 KB (80,112 bytes)
Dimensions:      1,280px × 850px (scaled to 972px × 645px)
Associated Text: Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Select All    Save As...

**Media Preview:**





Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

| General | Media | Permissions | Security |

| Address | Type |
|---------|------|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261054.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:          https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261054.jpg
Type:              JPEG Image
Size:              122.34 KB (125,272 bytes)
Dimensions:        1,280px × 851px (scaled to 971px × 645px)
Associated Text:   Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Select All    Save As...

**Media Preview:**



Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help

Sun 23 Jun 7:24 PM   Lee Kar Yin

Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

| General | **Media** | Permissions | Security |

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261054.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:          https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261054.jpg
Type:              JPEG Image
Size:              122.34 KB (125,272 bytes)
Dimensions:        1,280px × 851px (scaled to 971px × 645px)
Associated Text:   Gallery image of this property

☐ Block Images from r-cf.bstatic.com

**Media Preview:**                                                    Select All      Save As...



| General | Media | Permissions | Security |
| --- | --- | --- | --- |

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261022.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location: https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261022.jpg
Type: JPEG Image
Size: 89.07 KB (91,203 bytes)
Dimensions: 1,280px × 850px (scaled to 951px × 631px)
Associated Text: Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Select All     Save As...

**Media Preview:**



| General | Media | Permissions | Security |

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261022.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:         https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261022.jpg
Type:             JPEG Image
Size:             89.07 KB (91,203 bytes)
Dimensions:       1,280px × 850px (scaled to 951px × 631px)
Associated Text:  Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Select All        Save As...

**Media Preview:**





Page Info - https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General  **Media**  Permissions  Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261055.jpg | Image |
| https://r-cf.bstatic.com/images/hotel/max200/342/34261038.jpg | Image |

Location:          https://r-cf.bstatic.com/images/hotel/max1280x900/342/34261055.jpg
Type:              JPEG Image
Size:              146.39 KB (149,899 bytes)
Dimensions:        1,280px × 852px (scaled to 969px × 645px)
Associated Text:   Gallery image of this property

☐ Block Images from r-cf.bstatic.com

Select All    Save As…

**Media Preview:**



 Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help                          59%         U.S.   Sun 23 Jun  7:25 PM   Lee Kar Yin

Page Info – https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

General    Media    Permissions    Security

| | |
|---|---|
| Title: | Southwest Airlines: Resort The Leela Goa , Cavelossim, India - 826 Guest reviews . Book your hotel now! |
| Address: | https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_2_0_0;checkin=2019-07-07;chec |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:25:25 am SGT |

Meta (40 tags)

| Name | Content |
|---|---|
| referrer | origin |
| content-type | text/html; charset=utf-8 |
| description | Surrounded by gardens and blue lagoons, The Leela Goa Beach Resort offers luxurious rooms with a DVD player. |
| keywords | The Leela Goa, Cavelossim, India, R:Goa, hotel, Hotels |
| robots | noindex,nofollow |
| twitter:title | The Leela Goa, Cavelossim, India |
| twitter:descri... | Surrounded by gardens and blue lagoons, The Leela Goa Beach Resort offers luxurious rooms with a DVD player. |
| twitter:image | https://q-cf.bstatic.com/images/hotel/max300/342/34261038.jpg |
| p:domain_verify | ff7f0b90ebb93e5bf7c7cafe77640ec1 |
| content-langu... | en-us |
| content-script... | text/javascript |
| content-style... | text/css |
| window-target | _top |
| fb:pages | 131840030178250, 1425349334428496, 117651518393985, 1565844503706287, 517612321758712, 1668799180037291, 265097377176252, 1643712662515912, 303492549842824, 1638321783047271, 80970901... |
| wb:webmaster | 48970bbca45d28c2 |
| og:type | booking_com:hotel |
| twitter:card | summary |
| twitter:site | @bookingcom |
| twitter:creator | @bookingcom |
| og:title | ★★★★★ The Leela Goa, Cavelossim, India |