# EXHIBIT 3-F

Page Info — https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_...

| | General | Media | Permissions | Security |

| | |
|---|---|
| Title: | Southwest Airlines: Resort The Leela Goa , Cavelossim, India - 826 Guest reviews . Book your hotel now! |
| Address: | https://www.southwesthotels.com/hotel/in/the-leela-goa.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=25165401_124773609_2_0_0;checkin=2019-07-07;chec |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:25:25 am SGT |

### Meta (40 tags)

| Name | Content |
|---|---|
| og:description | Surrounded by gardens and blue lagoons, The Leela Goa Beach Resort offers luxurious rooms with a DVD player. |
| og:image | https://q-cf.bstatic.com/images/hotel/max300/342/34261038.jpg |
| og:image:width | 300 |
| og:image:heig... | 261 |
| booking_com:l... | |
| booking_com:l... | |
| og:locale | en_US |
| og:url | https://www.booking.com/hotel/in/the-leela-goa.html?aid=961823 |
| og:site_name | Southwest Airlines |
| position | 1 |
| name | Booking.com |
| position | 2 |
| name | India |
| position | 3 |
| name | Goa |
| position | 4 |
| name | Cavelossim Hotels |
| position | 5 |
| name | The Leela Goa |
| item | |







































General | Media | Permissions | Security

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg | Image |
| https://q-cf.bstatic.com/images/hotel/max200/122/122647438.jpg | Image |

Location:     https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg
Type:     JPEG Image
Size:     87.84 KB (89,946 bytes)
Dimensions:     1,280px × 852px (scaled to 969px × 645px)
Associated Text:     Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Select All    Save As...

**Media Preview:**



Page Info - https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88...

| General | Media | Permissions | Security |

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg | Image |
| https://q-cf.bstatic.com/images/hotel/max200/122/122647438.jpg | Image |

Location:            https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg
Type:                JPEG Image
Size:                87.84 KB (89,946 bytes)
Dimensions:          1,280px × 852px (scaled to 969px × 645px)
Associated Text:     Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Media Preview:                                              [Select All]   [Save As...]



Page Info – https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88...

| General | Media | Permissions | Security |

Title:            Southwest Airlines: Resort The Setai, Miami Beach , Miami Beach, USA - 125 Guest reviews . Book your hotel now!
Address:          https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88759430_0_2_0;checkin=2019-0...

Type:             text/html
Render Mode:      Standards compliance mode
Text Encoding:    UTF-8
Referring URL:    https://www.southwesthotels.com/
Modified:         23 June 2019 at 11:32:58 am SGT

**Meta (40 tags)**

| Name | Content |
| --- | --- |
| referrer | origin |
| content-type | text/html; charset=utf-8 |
| description |  Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| keywords | The Setai, Miami Beach, Miami Beach, USA, R:Florida, hotel, Hotels |
| robots | noindex,nofollow |
| twitter:title | The Setai, Miami Beach, Miami Beach, USA |
| twitter:descri... | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| twitter:image | https://r-cf.bstatic.com/images/hotel/max300/122/122647438.jpg |
| p:domain_verify | ff7f0b90ebb93e5bf7c7cafe77640ec1 |
| content-langu... | en-us |
| content-script... | text/javascript |
| content-style... | text/css |
| window-target | _top |
| fb:pages | 131840030178250, 1425349334428496, 117615518393985, 1565844503706287, 517612321758712, 1668799180037291, 265097377176252, 1643712662515912, 303492549842824, 1638321783047271, 80970901... |
| wb:webmaster | 48970bbca45d28c2 |
| og:type | booking_com:hotel |
| twitter:card | summary |
| twitter:site | @bookingcom |
| twitter:creator | @bookingcom |
| og:title | ★★★★★ The Setai, Miami Beach, Miami Beach, USA |

Page Info - https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88...

| | General | Media | Permissions | Security |

| | |
|---|---|
| Title: | Southwest Airlines: Resort The Setai, Miami Beach , Miami Beach, USA - 125 Guest reviews . Book your hotel now! |
| Address: | https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88759430_0_2_0;checkin=2019-0... |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:32:58 am SGT |

**Meta (40 tags)**

| Name | Content |
|---|---|
| og:description | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| og:image | https://r-cf.bstatic.com/images/hotel/max300/122/122647438.jpg |
| og:image:width | 300 |
| og:image:heig... | 200 |
| booking_com:l... | |
| booking_com:l... | |
| og:locale | en_US |
| og:url | https://www.booking.com/hotel/us/the-setai-south-beach.html?aid=961823 |
| og:site_name | Southwest Airlines |
| position | 1 |
| name | Booking.com |
| position | 2 |
| name | USA |
| position | 3 |
| name | Florida |
| position | 4 |
| name | Miami Beach Hotels |
| position | 5 |
| name | The Setai, Miami Beach |
| item | |

General    Media    Permissions    Security

| Address | Type |
| --- | --- |
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg | Image |
| https://q-cf.bstatic.com/images/hotel/max200/122/122647438.jpg | Image |

Location:         https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg
Type:             JPEG Image
Size:             87.84 KB (89,946 bytes)
Dimensions:       1,280px × 852px (scaled to 691px × 460px)
Associated Text:  Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Select All        Save As...

**Media Preview:**



Page Info - https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88...

General    Media    Permissions    Security

| Address | Type |
|---|---|
| https://r-cf.bstatic.com/static/img/flags/flags_12px_d3/437a96936c64591af902e1a9331fdb48381a1594.png | Background |
| https://r-cf.bstatic.com/static/img/map/cta_material/map_cta_pin_small_sprite/282fe351577daee951a83d531ff1a065e74a5d04.png | Background |
| https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg | Image |
| https://q-cf.bstatic.com/images/hotel/max200/122/122647438.jpg | Image |

Location:          https://q-cf.bstatic.com/images/hotel/max1280x900/770/77017125.jpg
Type:              JPEG Image
Size:              87.84 KB (89,946 bytes)
Dimensions:        1,280px × 852px (scaled to 691px × 460px)
Associated Text:   Gallery image of this property

☐ Block Images from q-cf.bstatic.com

Select All      Save As…

Media Preview:



Page Info — https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88...

|  | General | Media | Permissions | Security |
|--|---------|-------|-------------|----------|

| Title: | Southwest Airlines: Resort The Setai, Miami Beach , Miami Beach, USA - 125 Guest reviews . Book your hotel now! |
|--|--|
| Address: | https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88759430_0_2_0;checkin=2019-0: |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:33:30 am SGT |

**Meta (40 tags)**

| Name | Content |
|------|---------|
| referrer | origin |
| content-type | text/html; charset=utf-8 |
| description |  Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| keywords | The Setai, Miami Beach, Miami Beach, USA, R:Florida, hotel, Hotels |
| robots | noindex,nofollow |
| twitter:title | The Setai, Miami Beach, Miami Beach, USA |
| twitter:descri... | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| twitter:image | https://r-cf.bstatic.com/images/hotel/max300/122/122647438.jpg |
| p:domain_verify | ff7f0b90ebb93e5bf7c7cafe77640ec1 |
| content-langu... | en-us |
| content-script... | text/javascript |
| content-style... | text/css |
| window-target | _top |
| fb:pages | 131840030178250, 1425349334428496, 117651518393985, 1565844503706287, 517612321758712, 1668799180037291, 265097377176252, 1643712662515912, 303492549842824, 1638321783047271, 80970901... |
| wb:webmaster | 48970bbca45d28c2 |
| og:type | booking_com:hotel |
| twitter:card | summary |
| twitter:site | @bookingcom |
| twitter:creator | @bookingcom |
| og:title | ★★★★★ The Setai, Miami Beach, Miami Beach, USA |

General    Media    Permissions    Security

| | |
|---|---|
| Title: | Southwest Airlines: Resort The Setai, Miami Beach , Miami Beach, USA - 125 Guest reviews . Book your hotel now! |
| Address: | https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88759430_0_2_0;checkin=2019-0... |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:33:30 am SGT |

**Meta (40 tags)**

| Name | Content |
|---|---|
| og:title | ★★★★★ The Setai, Miami Beach, Miami Beach, USA |
| og:description | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| og:image | https://r-cf.bstatic.com/images/hotel/max300/122/122647438.jpg |
| og:image:width | 300 |
| og:image:heig... | 200 |
| booking_com:l... | |
| booking_com:l... | |
| og:locale | en_US |
| og:url | https://www.booking.com/hotel/us/the-setai-south-beach.html?aid=961823 |
| og:site_name | Southwest Airlines |
| position | 1 |
| name | Booking.com |
| position | 2 |
| name | USA |
| position | 3 |
| name | Florida |
| position | 4 |
| name | Miami Beach Hotels |
| position | 5 |
| name | The Setai, Miami Beach |

"Incroyable hotel aux notes asiatiques contemporaines. Bel emplacement . Excellent breakfast. L'acces direct a la plage . Service remarquable . Personnel attentif . Excellent cocktail et in dinning room service ."

**Thomas**
France

[ View all reviews ]

| Room Type | Sleeps | Today's Price | Your Choices | Select Rooms | |
|---|---|---|---|---|---|
| **One-Bedroom Suite with Ocean View**<br>1 king bed | 👤👤 | **S$ 2,171**<br>+S$ 303 taxes and charges<br><br>Southwest Rapid Rewards<br>Earn 3200 points | ☕ **Wonderful breakfast included** ❓<br>• Non-refundable | 0 | **I'll reserve**<br>Confirmation is immediate |

This suite features the following:

🛏 78 m²    🏞 Balcony with view
🌊 Balcony, Ocean view
🏛 Terrace    📺 Flat-screen TV
❄ Air conditioning    🔇 Soundproof
🛁 Bathtub    🛀 Spa tub
🚿 Attached bathroom
📶 Free WiFi    More

Prices are per room
Included: Breakfast

| Two-Bedroom Suite with City and Ocean View<br>Prices are per suite | 👤 👤👤👤 | You missed it! Sold for S$ 2,667 | | | |

⏰ 4 properties in Miami Beach like The Setai, Miami Beach were booked for your dates in the last 12 hours

You will pay the property in the property's local currency (US$). The displayed amount (in SGD) is indicative and based on the exchange rate at the time of booking.

## An Inside Look at The Setai, Miami Beach

An oasis of tranquility amidst the vibrant energy of South Beach, The Setai, Miami Beach is a modern marvel among Miami luxury hotels. The hotel has 3 outdoor pools, a full-service spa, casual to fine dining.

## Area Info – Excellent location - show map    [ See availability ]

Guests loved walking around the neighborhood!

**Closest Landmarks ***      **Closest Airports ***

Bass Museum of Art    0.3 km    Miami International Airport    14.9 km





🍎 Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help          Case 7:22-cv-05141-CS   Document 1-17   Filed 06/18/22   Page 33 of 34          🇺🇸 U.S.   Sun 23 Jun 7:35 PM   Lee Kar Yin

23/6/2019   7:35 PM

Southwest Airlines: Resort The ✕          +

🔒 Southwest Airlines Co. (US)   https://www.southwesthotels.com/hotel/          80%

| Room Type | Sleeps | Today's Price | Your Choices | Select Rooms |
|---|---|---|---|---|
| ▶ One-Bedroom Suite with | 👤👥 | S$ 2,171 | 🍃 Wonderful breakfast ❓ | 0 |

I'll reserve

"Incroyable hotel aux notes asiatiques
contemporaines. Bel emplacement .
Excellent breakfast. L'acces direct a la

**Page Info** - https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88...

General   Media   Permissions   Security

| | |
|---|---|
| Title: | Southwest Airlines: Resort The Setai, Miami Beach , Miami Beach, USA - 125 Guest reviews . Book your hotel now! |
| Address: | https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88759430_0_2_0;checkin=2019-0 |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:35:10 am SGT |

**Meta (40 tags)**

| Name | Content |
|---|---|
| referrer | origin |
| content-type | text/html; charset=utf-8 |
| description | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| keywords | The Setai, Miami Beach, Miami Beach, USA, R:Florida, hotel, Hotels |
| robots | noindex,nofollow |
| twitter:title | The Setai, Miami Beach, Miami Beach, USA |
| twitter:descri... | Located directly on the beach in Miami's famous Art Deco district, this resort offers yoga and tai-chi classes. Suites are furnished in Asian-style décor. |
| twitter:image | https://r-cf.bstatic.com/images/hotel/max300/122/122647438.jpg |
| p:domain_verify | ff7f0b90ebb93e5bf7c7cafe77640ec1 |
| content-langu... | en-us |
| content-script... | text/javascript |
| content-style... | text/css |
| window-target | _top |
| fb:pages | 131840030178250, 1425349334428496, 117615518393985, 1565844503706287, 517612321758712, 1668799180037291, 265097377176252, 1643712662515912, 303492549842824, 1638321783047271, 80970901... |
| wb:webmaster | 48970bbca45d28c2 |
| og:type | booking_com:hotel |





Firefox    File    Edit    View    History    Bookmarks    Tools    Window    Help    U.S.    Sun 23 Jun 7:35 PM    Lee Kar Yin

23/6/2019    7:35 PM

Southwest Airlines: Resort The

Southwest Airlines Co. (US)    https://www.southwesthotels.com/hotel/    80%

"Incroyable hôtel aux notes asiatiques
contemporaines. Bel emplacement.
Excellent breakfast. L'acces direct a la

| Room Type | Sleeps | Today's Price | Your Choices | Select Rooms |
|---|---|---|---|---|
| ▸ One-Bedroom Suite with | 👤 🛏 | S$ 2,171 | ✅ Wonderful breakfast ⓘ | 0 ▴▾ |

I'll reserve

**Page Info** - https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88...

General    Media    Permissions    Security

| | |
|---|---|
| Title: | Southwest Airlines: Resort The Setai, Miami Beach , Miami Beach, USA - 125 Guest reviews . Book your hotel now! |
| Address: | https://www.southwesthotels.com/hotel/us/the-setai-south-beach.en-us.html?aid=961823;label=SWA-SB-HP-CLICK;sid=b2923d8f62d27e9fb0e1ddb9d351e2d0;all_sr_blocks=18070704_88759430_0_2_0;checkin=2019-0... |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Referring URL: | https://www.southwesthotels.com/ |
| Modified: | 23 June 2019 at 11:35:10 am SGT |

**Meta (40 tags)**

| Name | Content |
|---|---|
| og:image:heig... | 200 |
| booking_com:l... | |
| booking_com:l... | |
| og:locale | en_US |
| og:url | https://www.booking.com/hotel/us/the-setai-south-beach.html?aid=961823 |
| og:site_name | Southwest Airlines |
| position | 1 |
| name | Booking.com |
| position | 2 |
| name | USA |
| position | 3 |
| name | Florida |
| position | 4 |
| name | Miami Beach Hotels |
| position | 5 |
| name | The Setai, Miami Beach |