# EXHIBIT 4-A

















