# EXHIBIT 4-B



















