# EXHIBIT 4-C



















ALL (60)   INTERIOR (2)   FITNESS/LEISURE (4)   BAR/DINING (19)   ROOMS (21)   EXTERIOR (10)   OTHER (4)

The Leela Goa















Royal Villa - Bathroom







