# EXHIBIT 4-D





The Leela Goa



































