# EXHIBIT 4-E



























