# EXHIBIT 4-F















Case 7:22-cv-05141-CS    Document 1-23    Filed 06/18/22    Page 9 of 16















