# EXHIBIT 4-G







Royal Villa - Balcony



Royal Villa - Guest Room





Royal Villa - Bathroom

















