# EXHIBIT 4-H









Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help

🍎 Air Canada – hotels in Caveloss × | 🍎 Air Canada – hotels in Caveloss × | 🍎 Air Canada – Deals & Discounts × | +

9/6/2020   3:52 PM

hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-

| Overview | Room choices | Map | Reviews | What's around | Hotel information | Small print |

**The Leela Goa**                                         Sat 12 - Sun 13 December 2020, **1 night**, 1 room, 2 adults

📶 Free Wi-Fi         ✅ Earn 845 Aeroplan      🏷 Save10%                    ~~$702~~        **Let's book**
                           Miles.                                         **$631**
🍽 Breakfast for 2
people                                                              Free cancellation
                                                                        Until 11/28/20

**Club Pool Suite**

**Sleeps 3 people** (including up to 1
child)

**Bed choices**
• 1 King Bed

**Extra beds available**
• Crib

More Info: 1-866-264-7758

**Show room information**

📶 Free Wi-Fi         ✅ Earn 1,435 Aeroplan    🏷 Save10%                   ~~$1,191~~       **Let's book**
                           Miles.                                        **$1,072**
🍽 Breakfast for 2
people                                                              Free cancellation
                                                                        Until 11/28/20

                                                                   We have 4 left at this price

hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adults=2&YGF=14&MGT=1&ZSX=0&SYE=3#





















