# EXHIBIT 4-I















Restaurant









Superior Suite, Bathtub, Lake View - Bathroom







Courtyard Pool Villa - Lake View





ALL (54)   INTERIOR (15)   FITNESS/LEISURE (3)   BAR/DINING (11)   ROOMS (12)   EXTERIOR (8)   OTHER (5)

The Lalu, Sun Moon Lake







Location:    https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/b0f1f5ae_b.jpg
Type:        WEBP Image
Size:        9.43 KB (9,658 bytes)
Dimensions:  350px × 175px

Select All    Save As...













Page Info - http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adult...

General  Media  Permissions  Security

| | |
|---|---|
| Title: | Air Canada - Deals & Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| Address: | http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adults=2&YGF=14&MGT=1&ZSX=0&S\ |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 72.55 KB (74,288 bytes) |
| Referring URL: | http://hotels.aircanada.com/search.do?resolved-location=CITY%3A670455%3AUNKNOWN%3AUNKNOWN&destination-id=670455&q-destination=Cavelossim,%20Goa,%20India&q-check-in=2020-12-12&q-check-out=202( |
| Modified: | 9 June 2020 at 3:54:28 pm SGT |

**Meta (19 tags)**

| Name | Content |
|---|---|
| X-UA-Compatible | IE=Edge |
| | |
| content-type | text/html;charset=UTF-8 |
| viewport | width=device-width, initial-scale=1, viewport-fit=cover |
| geo.position | 15.156707,73.949605 |
| geo.placename | Cavelossim |
| ICBM | 15.156707,73.949605 |
| geo.region | IN |
| title | Air Canada - Deals &amp; Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| keywords | business hotels, corporate hotels, room reservations, room bookings, worldwide, international, england, UK, ireland, wales,luxury, pet friendly, romantic hotels, budget, discount, hotel ... |
| description | View deals for The Leela Goa, including fully refundable rates with free cancellation. Guests praise the locale. Mobor Beach is minutes away. WiFi and parking are free, and this hotel als... |
| SKYPE_TOOLBAR | SKYPE_TOOLBAR_PARSER_COMPATIBLE |
| | 15.156707 |
| | 73.949605 |
| | from $191 |
| | 1 |
| | 2 |
| | 3 |
| | 4 |





