# EXHIBIT 4-J







Page Info - http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adult...

**General**    Media    Permissions    Security

| | |
|---|---|
| Title: | Air Canada - Deals & Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| Address: | http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adults=2&YGF=14&MGT=1&ZSX=0&S\ |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 72.55 KB (74,288 bytes) |
| Referring URL: | http://hotels.aircanada.com/search.do?resolved-location=CITY%3A670455%3AUNKNOWN%3AUNKNOWN&destination-id=670455&q-destination=Cavelossim,%20Goa,%20India&q-check-in=2020-12-12&q-check-out=202( |
| Modified: | 9 June 2020 at 3:58:36 pm SGT |

**Meta (19 tags)**

| Name | Content |
|---|---|
| X-UA-Compatible | IE=Edge |
| | |
| content-type | text/html;charset=UTF-8 |
| viewport | width=device-width, initial-scale=1, viewport-fit=cover |
| geo.position | 15.156707,73.949605 |
| geo.placename | Cavelossim |
| ICBM | 15.156707,73.949605 |
| geo.region | IN |
| title | Air Canada - Deals &amp; Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| keywords | business hotels, corporate hotels, room reservations, room bookings, worldwide, international, england, UK, ireland, wales,luxury, pet friendly, romantic hotels, budget, discount, hotel ... |
| description | View deals for The Leela Goa, including fully refundable rates with free cancellation. Guests praise the locale. Mobor Beach is minutes away. WiFi and parking are free, and this hotel als... |
| SKYPE_TOOLBAR | SKYPE_TOOLBAR_PARSER_COMPATIBLE |
| | 15.156707 |
| | 73.949605 |
| | from $191 |
| | 1 |
| | 2 |
| | 3 |
| | 4 |







🍎 **Firefox**  File  Edit  View  History  Bookmarks  Tools  Window  Help          🇺🇸 U.S.  Tue 9 Jun  4:03 PM  🔍 ⚙ ☰

🔴 Air Canada – hotels in Caveloss ✕ | 🔴 Air Canada – hotels in Caveloss ✕ | 🔴 Air Canada – Deals & Discounts ✕ | +     **9/6/2020   4:02 PM**

← → C ⌂   🛡  hotels.**aircanada**.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-    📄   ••• 🛡 ☆          ⊞ 🔳 ⊖ ✓ ≡

🔴🟡🟢 Page Info - http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adult...

General    **Media**    Permissions    Security

| Address | | Type | ⊞ |
|---|---|---|---|
| https://thumbnails.trvl-media.com/h72WWVlCfMwz94s4yGd9bHnh8oY=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/b0f1f5ae_z.jpg | | Image | |
| https://thumbnails.trvl-media.com/Cn9m1n3dLcFi2u5FacvfFaTSSIw=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/855022fc_z.jpg | | Background | |
| https://thumbnails.trvl-media.com/Cn9m1n3dLcFi2u5FacvfFaTSSIw=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/855022fc_z.jpg | | Image | |
| https://thumbnails.trvl-media.com/-OAbO7Jnub-IbaWuWUIEM4Ck3gc=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/b68b4ae1_z.jpg | | Background | |

Location:          https://thumbnails.trvl-media.com/Cn9m1n3dLcFi2u5FacvfFaTSSIw=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/855022fc_z.jpg
Type:              WEBP Image
Size:              14.61 KB (14,964 bytes)
Dimensions:        773px × 530px (scaled to 772px × 530px)
Associated Text:   The Leela Goa, Cavelossim, Club Suite, 1 King Bed, Guest Room

Select All    Save As...





Location:  https://thumbnails.trvl-media.com/Cn9m1n3dLcFi2u5FacvfFaTSSIw=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/855022fc_z.jpg
Type:  WEBP Image
Size:  14.61 KB (14,964 bytes)
Dimensions:  773px × 530px (scaled to 772px × 530px)
Associated Text:  The Leela Goa, Cavelossim, Club Suite, 1 King Bed, Guest Room

Select All    Save As...







Page Info - http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adult...

General  Media  Permissions  Security

| | |
|---|---|
| Title: | Air Canada - Deals & Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| Address: | http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adults=2&YGF=14&MGT=1&ZSX=0&S\ |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 72.55 KB (74,288 bytes) |
| Referring URL: | http://hotels.aircanada.com/search.do?resolved-location=CITY%3A670455%3AUNKNOWN%3AUNKNOWN&destination-id=670455&q-destination=Cavelossim,%20Goa,%20India&q-check-in=2020-12-12&q-check-out=202( |
| Modified: | 9 June 2020 at 4:02:30 pm SGT |

**Meta (19 tags)**

| Name | Content |
|---|---|
| X-UA-Compatible | IE=Edge |
| | |
| content-type | text/html;charset=UTF-8 |
| viewport | width=device-width, initial-scale=1, viewport-fit=cover |
| geo.position | 15.156707,73.949605 |
| geo.placename | Cavelossim |
| ICBM | 15.156707,73.949605 |
| geo.region | IN |
| title | Air Canada - Deals &amp; Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| keywords | business hotels, corporate hotels, room reservations, room bookings, worldwide, international, england, UK, ireland, wales,luxury, pet friendly, romantic hotels, budget, discount, hotel ... |
| description | View deals for The Leela Goa, including fully refundable rates with free cancellation. Guests praise the locale. Mobor Beach is minutes away. WiFi and parking are free, and this hotel als... |
| SKYPE_TOOLBAR | SKYPE_TOOLBAR_PARSER_COMPATIBLE |
| | 15.156707 |
| | 73.949605 |
| | from $191 |
| | 1 |
| | 2 |
| | 3 |
| | 4 |













Page Info - http://hotels.aircanada.com/ho128765/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adult...

**General**  Media  Permissions  Security

| | |
|---|---|
| Title: | Air Canada - Deals & Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| Address: | http://hotels.aircanada.com/ho128765/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adults=2&YGF=14&MGT=1&ZSX=0&S\` |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 112.78 KB (115,489 bytes) |
| Referring URL: | http://hotels.aircanada.com/search.do?resolved-location=CITY%3A1634124%3AUNKNOWN%3AUNKNOWN&destination-id=1634124&q-destination=Langkawi,%20Kedah,%20Malaysia&q-check-in=2020-12-12&q-check-out |
| Modified: | 9 June 2020 at 3:39:06 pm SGT |

**Meta (19 tags)**

| Name | Content |
|---|---|
| X-UA-Compatible | IE=Edge |
| | |
| content-type | text/html;charset=UTF-8 |
| viewport | width=device-width, initial-scale=1, viewport-fit=cover |
| geo.position | 6.429175,99.67638 |
| geo.placename | Langkawi |
| ICBM | 6.429175,99.67638 |
| geo.region | MY |
| title | Air Canada - Deals &amp; Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| keywords | business hotels, corporate hotels, room reservations, room bookings, worldwide, international, england, UK, ireland, wales,luxury, pet friendly, romantic hotels, budget, discount, hotel ... |
| description | View deals for The Andaman, a Luxury Collection Resort, Langkawi, including fully refundable rates with free cancellation. Guests praise the locale. Datai Bay is minutes away. WiFi and ... |
| SKYPE_TOOLBAR | SKYPE_TOOLBAR_PARSER_COMPATIBLE |
| | 6.429175 |
| | 99.67638 |
| | from $153 |
| | 1 |
| | 2 |
| | 3 |
| | 4 |







Page Info - http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0

General    Media    Permissions    Security

| Address | | Type | |
| --- | --- | --- | --- |
| https://thumbnails.trvl-media.com/SNI2ZSHGK_-8438CpAArXxhaaw0=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/d175f0b0_z.jpg | | Background | |
| https://thumbnails.trvl-media.com/SNI2ZSHGK_-8438CpAArXxhaaw0=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/d175f0b0_z.jpg | | Image | |
| https://thumbnails.trvl-media.com/W5adza9eJzthKLU3lYCD5c-lTXA=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/37532641_z.jpg | | Background | |
| https://thumbnails.trvl-media.com/W5adza9eJzthKLU3lYCD5c-lTXA=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/37532641_z.jpg | | Image | |
| https://thumbnails.trvl-media.com/Uf8T5qQnqBLrH548fYOdPA9jd-M=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/c8d73ae2_z.jpg | | Background | |

Location:     https://thumbnails.trvl-media.com/SNI2ZSHGK_-8438CpAArXxhaaw0=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/d175f0b0_z.jpg
Type:         WEBP Image
Size:         32.28 KB (33,058 bytes)
Dimensions:   773px × 530px

Select All    Save As...





| | |
|---|---|
| **Address** | **Type** |
| https://thumbnails.trvl-media.com/SNI2ZSHGK_-8438CpAArXxhaaw0=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/d175f0b0_z.jpg | Background |
| https://thumbnails.trvl-media.com/SNI2ZSHGK_-8438CpAArXxhaaw0=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/d175f0b0_z.jpg | Image |
| https://thumbnails.trvl-media.com/W5adza9eJzthKLU3lYCD5c-ITXA=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/37532641_z.jpg | Background |
| https://thumbnails.trvl-media.com/W5adza9eJzthKLU3lYCD5c-ITXA=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/37532641_z.jpg | Image |
| https://thumbnails.trvl-media.com/Uf8T5qQnqBLrH548fYOdPA9jd-M=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/c8d73ae2_z.jpg | Background |

Location:      https://thumbnails.trvl-media.com/SNI2ZSHGK_-8438CpAArXxhaaw0=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/d175f0b0_z.jpg
Type:          WEBP Image
Size:          32.28 KB (33,058 bytes)
Dimensions:    773px × 530px
Associated Text:  The Lalu, Sun Moon Lake, Yuchi, Superior Suite, Bathtub, Lake View, Guest Room

Select All      Save As...





Page Info - http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0

General    **Media**    Permissions    Security

| Address | | Type | |
|---|---|---|---|
| https://thumbnails.trvl-media.com/SNI2ZSHGK_-8438CpAArXxhaaw0=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/d175f0b0_z.jpg | | Background | |
| https://thumbnails.trvl-media.com/SNI2ZSHGK_-8438CpAArXxhaaw0=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/d175f0b0_z.jpg | | Image | |
| https://thumbnails.trvl-media.com/W5adza9eJzthKLU3IYCD5c-ITXA=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/37532641_z.jpg | | Background | |
| https://thumbnails.trvl-media.com/W5adza9eJzthKLU3IYCD5c-ITXA=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/37532641_z.jpg | | Image | |
| https://thumbnails.trvl-media.com/Uf8T5qQnqBLrH548fYOdPA9jd-M=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/c8d73ae2_z.jpg | | Background | |

Location:    https://thumbnails.trvl-media.com/SNI2ZSHGK_-8438CpAArXxhaaw0=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/d175f0b0_z.jpg
Type:    WEBP Image
Size:    32.28 KB (33,058 bytes)
Dimensions:    773px × 530px
Associated Text:    The Lalu, Sun Moon Lake, Yuchi, Superior Suite, Bathtub, Lake View, Guest Room

Select All    Save As...







Page Info - http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0

**General**   Media   Permissions   Security

| | |
|---|---|
| Title: | Air Canada - Deals & Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| Address: | http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0 |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 61.72 KB (63,197 bytes) |
| Referring URL: | http://hotels.aircanada.com/search.do?resolved-location=CITY%3A1708976%3AUNKNOWN%3AUNKNOWN&f-name=The%20Lalu,%20Sun%20Moon%20Lake&as-redirect-page=undefined&f-hotel-id=205797&destination-id |
| Modified: | 9 June 2020 at 4:13:28 pm SGT |

**Meta (18 tags)**

| Name | Content |
|---|---|
| X-UA-Compatible | IE=Edge |
| | |
| content-type | text/html;charset=UTF-8 |
| viewport | width=device-width, initial-scale=1, viewport-fit=cover |
| geo.position | 23.863099,120.908124 |
| geo.placename | Yuchi |
| ICBM | 23.863099,120.908124 |
| geo.region | TW |
| title | Air Canada - Deals &amp; Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| keywords | business hotels, corporate hotels, room reservations, room bookings, worldwide, international, england, UK, ireland, wales,luxury, pet friendly, romantic hotels, budget, discount, hotel ... |
| description | View deals for The Lalu, Sun Moon Lake, including fully refundable rates with free cancellation. Luxury-minded guests enjoy the free breakfast. Sun Moon Lake is minutes away. WiFi an... |
| SKYPE_TOOLBAR | SKYPE_TOOLBAR_PARSER_COMPATIBLE |
| | 23.863099 |
| | 120.908124 |
| | 1 |
| | 2 |
| | 3 |
| | 4 |













Page Info - http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0#:WO:wo1

General    Media    Permissions    Security

| | |
|---|---|
| Title: | Air Canada - Deals & Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| Address: | http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0#:WO:wo1 |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 61.72 KB (63,197 bytes) |
| Referring URL: | http://hotels.aircanada.com/search.do?resolved-location=CITY%3A1708976%3AUNKNOWN%3AUNKNOWN&f-name=The%20Lalu,%20Sun%20Moon%20Lake&as-redirect-page=undefined&f-hotel-id=205797&destination-id |
| Modified: | 9 June 2020 at 4:21:35 pm SGT |

**Meta (18 tags)**

| Name | Content |
|---|---|
| X-UA-Compatible | IE=Edge |
| | |
| content-type | text/html;charset=UTF-8 |
| viewport | width=device-width, initial-scale=1, viewport-fit=cover |
| geo.position | 23.863099,120.908124 |
| geo.placename | Yuchi |
| ICBM | 23.863099,120.908124 |
| geo.region | TW |
| title | Air Canada - Deals &amp; Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| keywords | business hotels, corporate hotels, room reservations, room bookings, worldwide, international, england, UK, ireland, wales,luxury, pet friendly, romantic hotels, budget, discount, hotel ... |
| description | View deals for The Lalu, Sun Moon Lake, including fully refundable rates with free cancellation. Luxury-minded guests enjoy the free breakfast. Sun Moon Lake is minutes away. WiFi an... |
| SKYPE_TOOLBAR | SKYPE_TOOLBAR_PARSER_COMPATIBLE |
| | 23.863099 |
| | 120.908124 |
| | 1 |
| | 2 |
| | 3 |
| | 4 |







Page Info - http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0#:WO:wo1

General    Media    Permissions    Security

| Address | | Type |
|---|---|---|
| https://thumbnails.trvl-media.com/YzPU2rXYiNFZJYanSWc3hrLIXSE=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/532ec1df_z.jpg | | Image |
| https://thumbnails.trvl-media.com/qL8jQRXxkoleIpERcBvQVTfqyGI=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/5a0dcc35_z.jpg | | Background |
| https://thumbnails.trvl-media.com/qL8jQRXxkoleIpERcBvQVTfqyGI=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/5a0dcc35_z.jpg | | Image |
| https://thumbnails.trvl-media.com/C9BPent_3UlBoKZHluQ8Q_nF_nQ=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/fc6eb0ff_z.jpg | | Background |

Location:        https://thumbnails.trvl-media.com/qL8jQRXxkoleIpERcBvQVTfqyGI=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/5a0dcc35_z.jpg
Type:            WEBP Image
Size:            21.3 KB (21,812 bytes)
Dimensions:      773px × 530px (scaled to 772px × 530px)
Associated Text: The Lalu, Sun Moon Lake, Yuchi, Property Amenity

Select All      Save As...







Firefox  File  Edit  View  History  Bookmarks  Tools  Window  Help    U.S.  Tue 9 Jun 4:27 PM

Air Canada - Deals & Discounts    ✕    +    9/6/2020    4:27 PM

Page Info - http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0#:WO:wo1

General  Media  Permissions  Security

| | |
|---|---|
| Title: | Air Canada - Deals & Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| Address: | http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0#:WO:wo1 |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 61.72 KB (63,197 bytes) |
| Referring URL: | http://hotels.aircanada.com/search.do?resolved-location=CITY%3A1708976%3AUNKNOWN%3AUNKNOWN&f-name=The%20Lalu,%20Sun%20Moon%20Lake&as-redirect-page=undefined&f-hotel-id=205797&destination-id |
| Modified: | 9 June 2020 at 4:25:50 pm SGT |

**Meta (18 tags)**

| Name | Content |
|---|---|
| X-UA-Compatible | IE=Edge |
| | |
| content-type | text/html;charset=UTF-8 |
| viewport | width=device-width, initial-scale=1, viewport-fit=cover |
| geo.position | 23.863099,120.908124 |
| geo.placename | Yuchi |
| ICBM | 23.863099,120.908124 |
| geo.region | TW |
| title | Air Canada - Deals &amp; Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| keywords | business hotels, corporate hotels, room reservations, room bookings, worldwide, international, england, UK, ireland, wales,luxury, pet friendly, romantic hotels, budget, discount, hotel ... |
| description | View deals for The Lalu, Sun Moon Lake, including fully refundable rates with free cancellation. Luxury-minded guests enjoy the free breakfast. Sun Moon Lake is minutes away. WiFi an... |
| SKYPE_TOOLBAR | SKYPE_TOOLBAR_PARSER_COMPATIBLE |
| | 23.863099 |
| | 120.908124 |
| | 1 |
| | 2 |
| | 3 |
| | 4 |