# EXHIBIT 4-K

























