# EXHIBIT 4-L































https://thumbnails.trvl-media.com/VrbYo-NsGgBsrzXJDgQRkKuTjFI=/82x82/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/01293aee_z.jpg



























Air Canada - Deals & Discounts

https://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=

# Page Info - http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0

**General**    **Media**    **Permissions**    **Security**

| Address | Type |
|---|---|
| https://thumbnails.trvl-media.com/SNI2ZSHGK_-8438CpAArXxhaaw0=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/d175f0b0_z.jpg | Background |
| https://thumbnails.trvl-media.com/SNI2ZSHGK_-8438CpAArXxhaaw0=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/d175f0b0_z.jpg | Image |
| https://thumbnails.trvl-media.com/W5adza9eJzthKLU3lYCD5c-lTXA=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/37532641_z.jpg | Background |
| https://thumbnails.trvl-media.com/W5adza9eJzthKLU3lYCD5c-lTXA=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/37532641_z.jpg | Image |
| https://thumbnails.trvl-media.com/Uf8T5qQnqBLrH548fYOdPA9jd-M=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/c8d73ae2_z.jpg | Background |

Location:   https://thumbnails.trvl-media.com/SNI2ZSHGK_-8438CpAArXxhaaw0=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/d175f0b0_z.jpg

Type:   WEBP Image

Size:   32.28 KB (33,058 bytes)

Dimensions:   773px × 530px

Associated Text:   The Lalu, Sun Moon Lake, Yuchi, Superior Suite, Bathtub, Lake View, Guest Room

**Select All**    **Save As...**











Superior Suite, Bathtub, Lake View - Guest Room





Courtyard Pool Villa - Guest Room




Lobby


Interior Entrance



Lobby Sitting Area


Sports Facility




Hotel Interior



Hotel Interior



