# EXHIBIT 4-M



ALL (54)   INTERIOR (15)   FITNESS/LEISURE (3)   BAR/DINING (11)   ROOMS (12)   EXTERIOR (8)   OTHER (5)

Property Grounds



Restaurant





Restaurant





Courtyard Pool Villa - Lake View



ALL (54)   INTERIOR (15)   FITNESS/LEISURE (3)   BAR/DINING (11)   ROOMS (12)   EXTERIOR (8)   OTHER (5)

Restaurant


Hotel Interior



Restaurant



Hotel Interior


The Lalu, Sun Moon Lake











Page Info - http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0#:WO:wo1

**General**   Media   Permissions   Security

| | |
|---|---|
| Title: | Air Canada - Deals & Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| Address: | http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0#:WO:wo1 |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 61.72 KB (63,197 bytes) |
| Referring URL: | http://hotels.aircanada.com/search.do?resolved-location=CITY%3A1708976%3AUNKNOWN%3AUNKNOWN&f-name=The%20Lalu,%20Sun%20Moon%20Lake&as-redirect-page=undefined&f-hotel-id=205797&destination-id |
| Modified: | 9 June 2020 at 4:21:35 pm SGT |

**Meta (18 tags)**

| Name | Content |
|---|---|
| X-UA-Compatible | IE=Edge |
| content-type | text/html;charset=UTF-8 |
| viewport | width=device-width, initial-scale=1, viewport-fit=cover |
| geo.position | 23.863099,120.908124 |
| geo.placename | Yuchi |
| ICBM | 23.863099,120.908124 |
| geo.region | TW |
| title | Air Canada - Deals &amp; Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| keywords | business hotels, corporate hotels, room reservations, room bookings, worldwide, international, england, UK, ireland, wales,luxury, pet friendly, romantic hotels, budget, discount, hotel … |
| description | View deals for The Lalu, Sun Moon Lake, including fully refundable rates with free cancellation. Luxury-minded guests enjoy the free breakfast. Sun Moon Lake is minutes away. WiFi an… |
| SKYPE_TOOLBAR | SKYPE_TOOLBAR_PARSER_COMPATIBLE |
| | 23.863099 |
| | 120.908124 |
| | 1 |
| | 2 |
| | 3 |
| | 4 |



ALL (54)    **INTERIOR (15)**    FITNESS/LEISURE (3)    BAR/DINING (11)    ROOMS (12)    EXTERIOR (8)    OTHER (5)

Lobby



ALL (54)    INTERIOR (15)    FITNESS/LEISURE (3)    BAR/DINING (11)    ROOMS (12)    EXTERIOR (8)    OTHER (5)

Interior Entrance


Lobby Sitting Area



ALL (54)   INTERIOR (15)   FITNESS/LEISURE (3)   BAR/DINING (11)   ROOMS (12)   EXTERIOR (8)   OTHER (5)

Hotel Interior



Hotel Interior



ALL (54)    INTERIOR (15)    FITNESS/LEISURE (3)    BAR/DINING (11)    ROOMS (12)    EXTERIOR (8)    OTHER (5)

Hotel Interior







Hotel Interior



Sports Facility



ALL (54)  INTERIOR (15)  FITNESS/LEISURE (3)  BAR/DINING (11)  ROOMS (12)  EXTERIOR (8)  OTHER (5)

Restaurant





Restaurant



ALL (54)   INTERIOR (15)   FITNESS/LEISURE (3)   BAR/DINING (11)   ROOMS (12)   EXTERIOR (8)   OTHER (5)



Restaurant



Superior Suite, Bathtub, Lake View - Guest Room



ALL (54)    INTERIOR (15)    FITNESS/LEISURE (3)    BAR/DINING (11)    ROOMS (12)    EXTERIOR (8)    OTHER (5)

Superior Suite, Bathtub, Lake View - Guest Room



Courtyard Pool Villa - Guest Room



ALL (54)  INTERIOR (15)  FITNESS/LEISURE (3)  BAR/DINING (11)  ROOMS (12)  EXTERIOR (8)  OTHER (5)

Superior Suite, Bathtub, Lake View - Bathroom



ALL (54)    INTERIOR (15)    FITNESS/LEISURE (3)    BAR/DINING (11)    ROOMS (12)    EXTERIOR (8)    OTHER (5)

Superior Suite, Bathtub, Lake View - Guest Room

Case 7:22-cv-05141-CS  Document 1-30  Filed 06/18/22  Page 39 of 48



Property Grounds



Courtyard Pool Villa - Lake View



Property Amenity



The Lalu, Sun Moon Lake







Page Info - http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0#:WO:wo1

General | **Media** | Permissions | Security

| Address | Type |
|---|---|
| https://thumbnails.trvl-media.com/YzPU2rXYiNFZJYanSWc3hrLIXSE=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/532ec1df_z.jpg | Image |
| https://thumbnails.trvl-media.com/qL8jQRXxkoIeIpERcBvQVTfqyGl=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/5a0dcc35_z.jpg | Background |
| https://thumbnails.trvl-media.com/qL8jQRXxkoIeIpERcBvQVTfqyGl=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/5a0dcc35_z.jpg | Image |
| https://thumbnails.trvl-media.com/C9BPent_3UlBoKZHluQ8Q_nF_nQ=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/fc6eb0ff_z.jpg | Background |

Location:         https://thumbnails.trvl-media.com/qL8jQRXxkoIeIpERcBvQVTfqyGl=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/5a0dcc35_z.jpg
Type:             WEBP Image
Size:             21.3 KB (21,812 bytes)
Dimensions:       773px × 530px (scaled to 772px × 530px)
Associated Text:  The Lalu, Sun Moon Lake, Yuchi, Property Amenity

Select All    Save As...

Page Info - http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0#:WO:wo1

**General**  **Media**  **Permissions**  **Security**

| Address | Type |
| --- | --- |
| https://thumbnails.trvl-media.com/YzPU2rXYiNFZJYanSWc3hrLIXSE=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/532ec1df_z.jpg | Image |
| https://thumbnails.trvl-media.com/qL8jQRXxkoIeIpERcBvQVTfqyGI=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/5a0dcc35_z.jpg | Background |
| https://thumbnails.trvl-media.com/qL8jQRXxkoIeIpERcBvQVTfqyGI=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/5a0dcc35_z.jpg | Image |
| https://thumbnails.trvl-media.com/C9BPent_3UIBoKZHluQ8Q_nF_nQ=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/fc6eb0ff_z.jpg | Background |

Location:          https://thumbnails.trvl-media.com/qL8jQRXxkoIeIpERcBvQVTfqyGI=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/910000/901600/901590/5a0dcc35_z.jpg
Type:              WEBP Image
Size:              21.3 KB (21,812 bytes)
Dimensions:        773px × 530px (scaled to 772px × 530px)
Associated Text:   The Lalu, Sun Moon Lake, Yuchi, Property Amenity

Select All    Save As...







🍎 **Firefox**   File   Edit   View   History   Bookmarks   Tools   Window   Help

Case 7:22-cv-05141-CS   Document 1-30   Filed 06/18/22   Page 48 of 48

U.S.   Tue 9 Jun   4:27 PM

9/6/2020   4:27 PM

Page Info - http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0#:WO:wo1

**General**   Media   Permissions   Security

| | |
|---|---|
| Title: | Air Canada - Deals & Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| Address: | http://hotels.aircanada.com/ho205797/?pa=1&tab=description&q-room-0-adults=2&YGF=14&MGT=1&WOE=7&WOD=6&ZSX=0&SYE=3&q-room-0-children=0#:WO:wo1 |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 61.72 KB (63,197 bytes) |
| Referring URL: | http://hotels.aircanada.com/search.do?resolved-location=CITY%3A1708976%3AUNKNOWN%3AUNKNOWN&f-name=The%20Lalu,%20Sun%20Moon%20Lake&as-redirect-page=undefined&f-hotel-id=205797&destination-id |
| Modified: | 9 June 2020 at 4:25:50 pm SGT |

**Meta (18 tags)**

| Name | Content |
|---|---|
| X-UA-Compatible | IE=Edge |
| content-type | text/html;charset=UTF-8 |
| viewport | width=device-width, initial-scale=1, viewport-fit=cover |
| geo.position | 23.863099,120.908124 |
| geo.placename | Yuchi |
| ICBM | 23.863099,120.908124 |
| geo.region | TW |
| title | Air Canada - Deals &amp; Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| keywords | business hotels, corporate hotels, room reservations, room bookings, worldwide, international, england, UK, ireland, wales,luxury, pet friendly, romantic hotels, budget, discount, hotel … |
| description | View deals for The Lalu, Sun Moon Lake, including fully refundable rates with free cancellation. Luxury-minded guests enjoy the free breakfast. Sun Moon Lake is minutes away. WiFi an… |
| SKYPE_TOOLBAR | SKYPE_TOOLBAR_PARSER_COMPATIBLE |
| | 23.863099 |
| | 120.908124 |
| | 1 |
| | 2 |
| | 3 |
| | 4 |