# EXHIBIT 4-N

















































## The Leela Goa

Sat 12 - Sun 13 December 2020, **1 night**, 1 room, 2 adults

### Royal Villa



**Room** [2/8]

**1 King Bed and 1 Twin Bed**
2433-sq-foot room with pool views

**Layout** - Dining area and sitting area
**Relax** - Private plunge pool and indoor private spa tub
**Internet** - Free WiFi (3-device limit)
**Entertainment** - 40-inch LCD TV with premium channels
**Food & Drink** - Coffee/tea maker, minibar, 24-hour room service, and free bottled water
**Sleep** - Premium bedding, a pillow menu, and turndown service
**Bathroom** - Partially open bathroom, separate bathtub and shower, bathrobes, and slippers
**Practical** - Laptop-compatible safe, free newspaper, and desk; free cribs/infant beds available on request
**Comfort** - Climate-controlled air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

#### Room Details

- Bathrobes
- Bidet
- Cable TV service
- Ceiling fan
- Coffee/tea maker
- Connecting/adjoining rooms available
- Daily housekeeping
- Designer toiletries

- Free WiFi
- Free WiFi (limited) device count3
- Hair dryer
- In-room climate control (air conditioning)
- In-room safe (laptop compatible)

- Partially open bathroom
- Phone
- Pillow menu
- Premium bedding
- Premium TV channels
- Room service (24 hours)
- Separate bathtub

**Sleeps 4 people** (including up to 1 child)
**Bed choices**
- 1 King Bed and 1 Twin Bed
**Extra beds available**
- Crib

More Info: 1-866-264-7758

**Royal Villa**

**Sleeps 4 people** (including 1 child)

**Bed choices**
- 1 King Bed and 1 Twin Bed

**Extra beds available**
- Crib

More Info: 1-866-264-7758

Show room information



Case 7:22-kv-05141-CS    Document 1-31    Filed 06/18/22    Page 28 of 36

## The Leela Goa

Sat 12 - Sun 13 December 2020, **1 night**, 1 room, 2 adults

### Royal Villa



**Living Room** [4/8]

**1 King Bed and 1 Twin Bed**
2433-sq-foot room with pool views

**Layout** - Dining area and sitting area
**Relax** - Private plunge pool and indoor private spa tub
**Internet** - Free WiFi (3-device limit)
**Entertainment** - 40-inch LCD TV with premium channels
**Food & Drink** - Coffee/tea maker, minibar, 24-hour room service, and free bottled water
**Sleep** - Premium bedding, a pillow menu, and turndown service
**Bathroom** - Partially open bathroom, separate bathtub and shower, bathrobes, and slippers
**Practical** - Laptop-compatible safe, free newspaper, and desk; free cribs/infant beds available on request
**Comfort** - Climate-controlled air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

#### Room Details

- Bathrobes
- Bidet
- Cable TV service
- Ceiling fan
- Coffee/tea maker
- Connecting/adjoining rooms available
- Daily housekeeping
- Designer toiletries
- Free WiFi
- Free WiFi (limited) device count3
- Hair dryer
- In-room climate control (air conditioning)
- In-room safe (laptop compatible)
- Partially open bathroom
- Phone
- Pillow menu
- Premium bedding
- Premium TV channels
- Room service (24 hours)
- Separate bathtub

**Royal Villa**

**Sleeps 4 people** (including 1 child)

**Bed choices**
- 1 King Bed and 1 Twin Bed

**Extra beds available**
- Crib

More Info: 1-866-264-7758

Show room information

**Sleeps 4 people** (including up to 1 child)
**Bed choices**
- 1 King Bed and 1 Twin Bed

**Extra beds available**
- Crib

More Info: 1-866-264-7758

Let's book

## The Leela Goa

Sat 12 - Sun 13 December 2020, 1 night, 1 room, 2 adults

### Royal Villa



Royal Villa

**Sleeps 4 people** (including child)

**Bed choices**
- 1 King Bed and 1 Twin Be

**Extra beds available**
- Crib

More Info: 1-866-264-7758

Show room information

**Balcony** [5/8]

**Sleeps 4 people** (including up to 1 child)
**Bed choices**
- 1 King Bed and 1 Twin Bed

**Extra beds available**
- Crib

More Info: 1-866-264-7758

**1 King Bed and 1 Twin Bed**
2433-sq-foot room with pool views

**Layout** - Dining area and sitting area
**Relax** - Private plunge pool and indoor private spa tub
**Internet** - Free WiFi (3-device limit)
**Entertainment** - 40-inch LCD TV with premium channels
**Food & Drink** - Coffee/tea maker, minibar, 24-hour room service, and free bottled water
**Sleep** - Premium bedding, a pillow menu, and turndown service
**Bathroom** - Partially open bathroom, separate bathtub and shower, bathrobes, and slippers
**Practical** - Laptop-compatible safe, free newspaper, and desk; free cribs/infant beds available on request
**Comfort** - Climate-controlled air conditioning and daily housekeeping
Non-Smoking
Connecting/adjoining rooms can be requested, subject to availability

#### Room Details

- Bathrobes
- Bidet
- Cable TV service
- Ceiling fan
- Coffee/tea maker
- Connecting/adjoining rooms available
- Daily housekeeping
- Designer toiletries
- Free WiFi
- Free WiFi (limited) device count3
- Hair dryer
- In-room climate control (air conditioning)
- In-room safe (laptop compatible)
- Partially open bathroom
- Phone
- Pillow menu
- Premium bedding
- Premium TV channels
- Room service (24 hours)
- Separate bathtub

Let's book

### What's around

**Landmarks**

🚶 On a private beach

🚶 Mobor Beach - 6 min walk



Page Info - http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adult...

| General | Media | Permissions | Security |

| Address | Type |
| --- | --- |
| https://exp.cdn-hotels.com/hotels/3000000/2810000/2804900/2804853/b82325b9_b.jpg | Background |
| https://maps-api-ssl.google.com/maps/api/staticmap?center=15.156707,73.949605&zoom=13&size=400x247&format=jpg&sensor=false&channel=hotels.com-web.desktop.property.desc... | Background |
| https://a.cdn-hotels.com/uswest2/da/assets/s/63.0.10210/images/common/pages/pda/trust-you-reviews-credit.png | Image |
| http://beam.koddi.com/travel?deviceType=Desktop&rooms=1&destRegionID=670455&hotelIds=&adults=2&userAgent=Mozilla/5.0%20%28Macintosh;%20Intel%20Mac%20OS%20X%20201... | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/1ef45b0a_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/855022fc_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/b0f1f5ae_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/60412b35_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/d6c31200_b.jpg | Image |

Location:    https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/855022fc_b.jpg
Type:        WEBP Image
Size:        13.98 KB (14,318 bytes)
Dimensions:  331px × 350px (scaled to 218px × 230px)

Select All    Save As...





Page Info - http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adult...

General | **Media** | Permissions | Security

| Address | Type |
|---|---|
| https://exp.cdn-hotels.com/hotels/3000000/2810000/2804900/2804853/b82325b9_b.jpg | Background |
| https://maps-api-ssl.google.com/maps/api/staticmap?center=15.156707,73.949605&zoom=13&size=400x247&format=jpg&sensor=false&channel=hotels.com-web.desktop.property.desc... | Background |
| https://a.cdn-hotels.com/uswest2/da/assets/s/63.0.10210/images/common/pages/pda/trust-you-reviews-credit.png | Image |
| http://beam.koddi.com/travel?deviceType=Desktop&rooms=1&destRegionID=670455&hotelIds=2&adults=2&userAgent=Mozilla/5.0%20%28Macintosh;%20Intel%20Mac%20OS%20X%20201... | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/1ef45b0a_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/855022fc_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/b0f1f5ae_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/60412b35_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/d6c31200_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/40f9736f_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/a81cc0c7_b.jpg | Image |

Location:    https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/b0f1f5ae_b.jpg
Type:        WEBP Image
Size:        9.43 KB (9,658 bytes)
Dimensions:  350px × 175px

Select All    Save As...







🍎 Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help

9/6/2020   3:55 PM

U.S.   Tue 9 Jun 3:56 PM

Air Canada - hotels in Caveloss...   |   Air Canada - hotels in Caveloss...   |   Air Canada - Deals & Discounts

hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-1

Page Info - http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adult...

General   **Media**   Permissions   Security

| Address | Type |
| --- | --- |
| https://exp.cdn-hotels.com/hotels/3000000/2810000/2804900/2804853/b82325b9_b.jpg | Background |
| https://maps-api-ssl.google.com/maps/api/staticmap?center=15.156707,73.949605&zoom=13&size=400x247&format=jpg&sensor=false&channel=hotels.com-web.desktop.property.desc... | Background |
| https://a.cdn-hotels.com/uswest2/da/assets/s/63.0.10210/images/common/pages/pda/trust-you-reviews-credit.png | Image |
| http://beam.koddi.com/travel?deviceType=Desktop&rooms=1&destRegionID=670455&hotelIds=&adults=2&userAgent=Mozilla/5.0%20%28Macintosh;%20Intel%20Mac%20OS%20X%20201... | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/1ef45b0a_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/855022fc_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/b0f1f5ae_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/60412b35_b.jpg | Image |
| https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/d6c31200_b.jpg | Image |

Location:   https://exp.cdn-hotels.com/hotels/1000000/440000/438400/438378/d6c31200_b.jpg
Type:   WEBP Image
Size:   10.92 KB (11,180 bytes)
Dimensions:   350px × 233px (scaled to 345px × 230px)

Select All   Save As...





Page Info – http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adult...

**General**   Media   Permissions   Security

| | |
|---|---|
| Title: | Air Canada - Deals & Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| Address: | http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adults=2&YGF=14&MGT=1&ZSX=0&SY |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 72.55 KB (74,288 bytes) |
| Referring URL: | http://hotels.aircanada.com/search.do?resolved-location=CITY%3A670455%3AUNKNOWN%3AUNKNOWN&destination-id=670455&q-destination=Cavelossim,%20Goa,%20India&q-check-in=2020-12-12&q-check-out=2020 |
| Modified: | 9 June 2020 at 3:54:28 pm SGT |

**Meta (19 tags)**

| Name | Content |
|---|---|
| X-UA-Compatible | IE=Edge |
| content-type | text/html;charset=UTF-8 |
| viewport | width=device-width, initial-scale=1, viewport-fit=cover |
| geo.position | 15.156707,73.949605 |
| geo.placename | Cavelossim |
| ICBM | 15.156707,73.949605 |
| geo.region | IN |
| title | Air Canada - Deals &amp; Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| keywords | business hotels, corporate hotels, room reservations, room bookings, worldwide, international, england, UK, ireland, wales,luxury, pet friendly, romantic hotels, budget, discount, hotel ... |
| description | View deals for The Leela Goa, including fully refundable rates with free cancellation. Guests praise the locale. Mobor Beach is minutes away. WiFi and parking are free, and this hotel als... |
| SKYPE_TOOLBAR | SKYPE_TOOLBAR_PARSER_COMPATIBLE |
| | 15.156707 |
| | 73.949605 |
| | from $191 |
| | 1 |
| | 2 |
| | 3 |
| | 4 |



