# EXHIBIT 4-O



Club Pool Suite - Balcony



Royal Villa - Balcony





Royal Villa - Guest Room





ALL (60)   INTERIOR (2)   FITNESS/LEISURE (4)   BAR/DINING (19)   ROOMS (21)   EXTERIOR (10)   OTHER (4)

Royal Villa - Bathroom



Hotel Front





Club Suite, 1 King Bed - Guest Room


Club Suite, 1 King Bed - Guest Room


The Leela Goa



| Address | Type |
| --- | --- |
| https://thumbnails.trvl-media.com/awn8cvJu-_rC28SnmAmg_rdIe5U=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/bdbe16ac_z.jpg | Image |
| https://thumbnails.trvl-media.com/dWJaTC-4iUbnOsSdnYi3Mmly3Fg=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/f9841da0_y.jpg | Background |
| https://thumbnails.trvl-media.com/dWJaTC-4iUbnOsSdnYi3Mmly3Fg=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/f9841da0_y.jpg | Image |
| https://thumbnails.trvl-media.com/g7htBkIFFMRtVjglYmxNTfV4bLw=/82x82/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/e78e428a_z.jpg | Background |

Location:       https://thumbnails.trvl-media.com/dWJaTC-4iUbnOsSdnYi3Mmly3Fg=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/f9841da0_y.jpg
Type:           WEBP Image
Size:           19.39 KB (19,856 bytes)
Dimensions:     773px × 530px (scaled to 772px × 530px)
Associated Text: The Leela Goa, Cavelossim

Select All        Save As...





Page Info - http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adult...

| General | Media | Permissions | Security |

| Address | Type |
| --- | --- |
| https://thumbnails.trvl-media.com/dWJaTC-4iUbnOsSdnYi3Mmly3Fg=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/f9841da0_y.jpg | Background |
| https://thumbnails.trvl-media.com/dWJaTC-4iUbnOsSdnYi3Mmly3Fg=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/f9841da0_y.jpg | Image |
| https://thumbnails.trvl-media.com/g7htBklFFMRtVjglYmxNTfV4bLw=/82x82/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/e78e428a_z.jpg | Background |
| https://thumbnails.trvl-media.com/MxBf8pVXavqnD51fuKLl6acu1k8=/82x82/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/92365cfc_z.jpg | Background |

Location:      https://thumbnails.trvl-media.com/dWJaTC-4iUbnOsSdnYi3Mmly3Fg=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/f9841da0_y.jpg
Type:          WEBP Image
Size:          19.39 KB (19,856 bytes)
Dimensions:    773px × 530px

Select All      Save As...



🍎 Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help

Air Canada - hotels in Caveloss ✕   Air Canada - hotels in Caveloss ✕   Air Canada - Deals & Discounts ✕

hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-1

Page Info - http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adult...

General    **Media**    Permissions    Security

| Address | Type |
|---|---|
| https://thumbnails.trvl-media.com/dWJaTC-4iUbnOsSdnYi3Mmly3Fg=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/f9841da0_y.jpg | Background |
| https://thumbnails.trvl-media.com/dWJaTC-4iUbnOsSdnYi3Mmly3Fg=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/f9841da0_y.jpg | Image |
| https://thumbnails.trvl-media.com/g7htBklFFMRtVjglYmxNTfV4bLw=/82x82/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/e78e428a_z.jpg | Background |
| https://thumbnails.trvl-media.com/MxBf8pVXavqnD51fuKLl6acu1k8=/82x82/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/92365cfc_z.jpg | Background |

Location:    https://thumbnails.trvl-media.com/dWJaTC-4iUbnOsSdnYi3Mmly3Fg=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/f9841da0_y.jpg
Type:    WEBP Image
Size:    19.39 KB (19,856 bytes)
Dimensions:    773px × 530px

Select All    Save As...










Golf



Club Pool Suite - Balcony



Royal Villa - Balcony



Royal Villa - Guest Room


Club Pool Suite - Living Room



Royal Villa - Bathroom



**Firefox** File Edit View History Bookmarks Tools Window Help

Air Canada - hotels in Caveloss | Air Canada - hotels in Caveloss | Air Canada - Deals & Discounts

hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-1

Page Info - http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12&WOE=7&WOD=6&pa=1&tab=description&JHR=2&q-room-0-adult...

**General** **Media** **Permissions** **Security**

| Address | Type |
|---|---|
| https://thumbnails.trvl-media.com/h72WWVlCfMwz94s4yGd9bHnh8oY=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/b0f1f5ae_z.jpg | Image |
| https://thumbnails.trvl-media.com/Cn9m1n3dLcFi2u5FacvfFaTSSlw=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/855022fc_z.jpg | Background |
| https://thumbnails.trvl-media.com/Cn9m1n3dLcFi2u5FacvfFaTSSlw=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/855022fc_z.jpg | Image |
| https://thumbnails.trvl-media.com/-OAbO7Jnub-lbaWuWUlEM4Ck3gc=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/b68b4ae1_z.jpg | Background |

Location:    https://thumbnails.trvl-media.com/Cn9m1n3dLcFi2u5FacvfFaTSSlw=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/855022fc_z.jpg
Type:        WEBP Image
Size:        14.61 KB (14,964 bytes)
Dimensions:  773px × 530px

Select All          Save As...





Firefox    File    Edit    View    History    Bookmarks    Tools    Window    Help

Air Canada - hotels in Caveloss    Air Canada - hotels in Caveloss    Air Canada - Deals & Discounts

hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-1

9/6/2020    4:02 PM

Page Info - http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adult...

| General | Media | Permissions | Security |

| Address | | Type |
|---|---|---|
| https://thumbnails.trvl-media.com/h72WWVlCfMwz94s4yGd9bHnh8oY=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/b0f1f5ae_z.jpg | | Image |
| https://thumbnails.trvl-media.com/Cn9m1n3dLcFi2u5FacvfFaTSSlw=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/855022fc_z.jpg | | Background |
| https://thumbnails.trvl-media.com/Cn9m1n3dLcFi2u5FacvfFaTSSlw=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/855022fc_z.jpg | | Image |
| https://thumbnails.trvl-media.com/-OAbO7Jnub-IbaWuWUIEM4Ck3gc=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/b68b4ae1_z.jpg | | Background |

Location:    https://thumbnails.trvl-media.com/Cn9m1n3dLcFi2u5FacvfFaTSSlw=/773x530/smart/filters:quality(60)/images.trvl-media.com/hotels/1000000/440000/438400/438378/855022fc_z.jpg
Type:    WEBP Image
Size:    14.61 KB (14,964 bytes)
Dimensions:    773px × 530px (scaled to 772px × 530px)
Associated Text:    The Leela Goa, Cavelossim, Club Suite, 1 King Bed, Guest Room

Select All    Save As...







Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help

9/6/2020   4:03 PM

Air Canada - hotels in Caveloss...   |   Air Canada - hotels in Caveloss...   |   Air Canada - Deals & Discounts

Page Info - http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-12&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adult...

**General**   Media   Permissions   Security

| | |
|---|---|
| Title: | Air Canada - Deals & Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| Address: | http://hotels.aircanada.com/ho127967/?q-check-out=2020-12-13&FPQ=3&q-check-in=2020-12-12&WOE=7&WOD=6&q-room-0-children=0&pa=1&tab=description&JHR=2&q-room-0-adults=2&YGF=14&MGT=1&ZSX=0&SY... |
| Type: | text/html |
| Render Mode: | Standards compliance mode |
| Text Encoding: | UTF-8 |
| Size: | 72.55 KB (74,288 bytes) |
| Referring URL: | http://hotels.aircanada.com/search.do?resolved-location=CITY%3A670455%3AUNKNOWN%3AUNKNOWN&destination-id=670455&q-destination=Cavelossim,%20Goa,%20India&q-check-in=2020-12-12&q-check-out=202... |
| Modified: | 9 June 2020 at 4:02:30 pm SGT |

**Meta (19 tags)**

| Name | Content |
|---|---|
| X-UA-Compatible | IE=Edge |
| content-type | text/html;charset=UTF-8 |
| viewport | width=device-width, initial-scale=1, viewport-fit=cover |
| geo.position | 15.156707,73.949605 |
| geo.placename | Cavelossim |
| ICBM | 15.156707,73.949605 |
| geo.region | IN |
| title | Air Canada - Deals &amp; Discounts for Hotel Reservations from Luxury Hotels to Budget Accommodations |
| keywords | business hotels, corporate hotels, room reservations, room bookings, worldwide, international, england, UK, ireland, wales,luxury, pet friendly, romantic hotels, budget, discount, hotel ... |
| description | View deals for The Leela Goa, including fully refundable rates with free cancellation. Guests praise the locale. Mobor Beach is minutes away. WiFi and parking are free, and this hotel als... |
| SKYPE_TOOLBAR | SKYPE_TOOLBAR_PARSER_COMPATIBLE |
| | 15.156707 |
| | 73.949605 |
| | from $191 |
| | 1 |
| | 2 |
| | 3 |
| | 4 |


Royal Villa - Living Area



Club Suite, 1 King Bed - Guest Room







ALL (60)   INTERIOR (2)   FITNESS/LEISURE (4)   BAR/DINING (19)   ROOMS (21)   EXTERIOR (10)   OTHER (4)

Hotel Front


The Leela Goa