# EXHIBIT 5-A

setai_2P1U
(VA 1-432-332, VA 1-758-524, VAu 1-055-459)






























































leela_9P
(VA 1-432-329)

































12:56

https://www.ratehawk....

**RateHawk**
Online bookings
for travel professionals
★★★★½ (67)

Show

**Rate Hawk**

★★★★★
**The Leela Goa**
Mobor Cavelossim, Cavelossim
3.1km from the city center

Show on the map

What else is nearby?

48 / 50

Super                                    9

**Guest remarks**

"Pleasant staff"          "Good place"
8 reviews                 8 reviews

"Very good beach"         "Good location"
7 reviews                 8 reviews

Read all reviews



















48 / 50



















leela-Royal Villa-Reservation_1P
(VA 1-432-329)







muscat_5P
(VA 1-432-328, VA 1-432-332)

































































namhai_1P
(VA 1-432-326)













lalu_25P
(VA 1-432-324/325)





























