# EXHIBIT 5-B



























31 / 50



32 / 50



33 / 50



34 / 50











































































setai_2P1U
(VA 1-432-332, VA 1-758-524,  VAu 1-055-459)













leela_11P
(VA 1-432-329)





































