# EXHIBIT 5-C

muscat_5P
(VA 1-432-328, VA 1-432-332)



# RateHawk is a multiproduct booking service for travel agencies

We have one of the largest numbers of accommodation facilities to offer: 1.7M+ hotels all over the world from more than 140+ suppliers, air tickets, transfers, car rental, and group bookings.

Sign up and get access to reduced B2B rates!

**Get access**

**Destination**
The Chedi Muscat, Oman

**Check-in**
May 21 2022

**Check-out**
May 22 2022

**1 room for**
2 guests

**Demo search**

















namhai_1P
(VA 1-432-326)





saujana_2P
(VA 1-432-327)







carcosa_4P
(VA 1-432-332)













lalu_25P
(VA 1-432-324, VA 1-432-325)























14 / 50



























