# EXHIBIT 5-D













setai_2P1U
(VA 1-432-332, VA 1-758-524, VAu 1-055-459)









































leela_9P
(VA 1-432-329)

















































































































leela-Royal Villa-Reservation_1P









muscat_5P
(VA 1-432-328, VA 1-432-332)

































































namhai_1P
(VA 1-432-326)

















1_lalu (Main Page)_25P
(VA 1-432-324, VA 1-432-325)













































































































2_lalu (Gallery-Vertical)_25P































































































