# EXHIBIT 5-E









3_lalu (Gallery-Horizontal-Full Screen)_25P









































































































setai_1P
(VA 1-432-332)













leela_4P
(VA 1-432-329)













leela-Suite_3P


























muscat_1P
(VA 1-432-328)













carcosa_4P
(VA 1-432-332)





























































lalu_2P
(VA 1-432-325)



























setai_2P1U
(VA 1-432-332, VA 1-758-524, VAu 1-055-459)











leela_10P
(VA 1-432-329)





