# EXHIBIT 5-F





















leela-Suite_3P



17/4/2022   3:39 PM

https://www.zenhotels.com/hotel/india/cavelossim/mid7379528/the_leela_goa/?q=6047749&

**1 night: 21 May 2022 — 22 May 2022, for 2 guests**   ✏ Change

## Suite

⌨190 m²   🛁 Private bathroom   📶 Free Wi-Fi   ⊞ Window   ☆ Lagoon view   🚭 Non-smoking   🔲 Safe   🍸 Minibar   ⌨ See all amenities

17 photos

🍽 Breakfast Included ⑦        💲 Free cancellation before May 3* ⑦        **$ 697**        Best price

🔷 Bay view ⑦                  📇 Pay now ⑦                              All taxes
                                                                        included        **Book now**
                                                                        for a night
                                                                        for 2
                                                                        guests

## Deluxe Suite

⌨120 m²   🛁 Private bathroom   📶 Free Wi-Fi   ⊞ Window   ☆ Lagoon view   🚭 Non-smoking   🔲 Safe   🍸 Minibar   ⌨ See all amenities

7 photos

🍽 Breakfast Included ⑦        💲 Free cancellation before May 3* ⑦        **$ 770**

🔷 Bay view ⑦                  📇 Pay now ⑦                              All taxes        **Book now**
                                                                        included
                                                                        for a night
                                                                        for 2
                                                                        guests

## Location

https://www.zenhotels.com/orders/reserve/h-5852bf55-4f27-5aa1-b752-48515583194e/?sid=1fa29ba2-71e9-4bb9-8304-3ef4e83f8aa4









muscat_5P
(VA 1-432-328, VA 1-432-332)_10May2022













25 / 50





namhai_1P
(VA 1-432-326)





saujana_2P
(VA 1-432-327)







carcosa_4P
(VA 1-432-332)















16 / 16

lalu_25P
(VA 1-432-324/325)

























































47 / 50







setai_2P1U
(VA 1-432-332, VA 1-758-524, VAu 1-055-459)





































leela_11P
(VA 1-432-329)





VA 1-432-329
leela021





VA 1-432-329
leela025





VA 1-432-329
leela025





VA 1-432-329
leela023





VA 1-432-329
leela143



VA 1-432-329
leela096





VA 1-432-329
leela098





VA 1-432-329
leela152





VA 1-432-329
leela129





VA 1-432-329
leela021





VA 1-432-329
leela025





VA 1-432-329
leela025





VA 1-432-329
leela023





VA 1-432-329
leela143





VA 1-432-329
leela096





VA 1-432-329
leela098





VA 1-432-329
leela152



VA 1-432-329
leela129

