# EXHIBIT 5-G



VA 1-432-329
leela021





VA 1-432-329
leela025





VA 1-432-329
leela025





VA 1-432-329
leela023





VA 1-432-329
leela143





VA 1-432-329
leela096





VA 1-432-329
leela098





VA 1-432-329
leela152





VA 1-432-329
leela129



leela-Suite









VA 1-432-329
leela148





VA 1-432-329
leela022





VA 1-432-329
leela017





VA 1-432-329
leela152

muscat_5P
(VA 1-432-328, VA 1-432-332)





























































saujana_2P
(VA 1-432-327)

























carcosa_4P
(VA 1-432-332)





























































lalu_25P
(VA 1-432-324, VA 1-432-325)























































































































































































































































