# EXHIBIT 5-H































































