# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 22-CV-05141(CS)

Date Filed: _____

Plaintiff:
**The Wave Studio, LLC**

vs.

Defendant:
**Citibank, N.A., et al.**

For:
Rimon, P.C.
100 Park Avenue
16th Floor
New York, NY 10017

Received by Tom Kroll on the **8th day of July, 2022 at 12:48 pm** to be served on **Southwest Airlines Co. c/o Corporation Service Company, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Tom Kroll, being duly sworn, depose and say that on the **8th day of July, 2022 at 3:20 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action and Complaint with Exhibits, Rule 7.1 Disclosure Statement, Copyright Report, Related Case Statement, Notice of Initial Pretrial Conference, Judge Seibel's Emergency Individual Rules and Practices in Light of Covid-19, and Individual Practices of Judge Cathy Seibel** with the date of delivery endorsed thereon by me, to **Kaneisha Gross, Corporation Service Company** as the designated agent to accept delivery of process at the address of **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Southwest Airlines Co.** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 11th day of July, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Tom Kroll
PSC-3012, Exp. 8/31/2023

Date: 7/11/22

Malone Process Service, LLC
P.O. Box 720040
Dallas, TX 75372
(877) 997-3783

Our Job Serial Number: ATX-2022007439