# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 22-CV-05141 (JMF)                                              Date Filed: _____

Plaintiff:
**The Wave Studio, LLC**
vs.
Defendants:
**Citibank, N.A., et al.**

For: Rimon Law

Received by Front Range Legal Process Service, Inc. to be served on **Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108**. I, _Curtis M Blay_, do hereby affirm that on the __11__ day of _July_, 20_22_ at _4:35_ p.m., executed service by delivering a true copy of the **Summons; Complaint; Individual Practices of Judge Cathy Seibel; Emergency Individual Rules and Practices in Light of COVID-19; Report on the Filing or Determination of An Action or Appeal Regarding a Copyright; Notice of Initial retrial Conference; Related Case Statement; Rule 7.1 Disclosure Statement** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE:

(X) SUBSTITUTE SERVICE: By Serving _Kevin Fitzgerald_ Relationship is: _Legal Operations Coordinator_
Who confirms the individual being served is a resident at the above address at the time of service.

( ) POSTING _____

(X) DESCRIPTION ) Age _46_ Sex _M_ Race _Cau_ Height _5-9_ Weight _160_ Hair _Bald_ Glasses _No_

( ) NON SERVICE: See Comments Below

**COMMENTS:** _____

_____

_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_[signature]_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**Front Range Legal Process Service, Inc.**
**145 W. Swallow Road**
**Fort Collins, CO 80525**
**(888) 387-3783**

Our Job Serial Number: 2022006313