



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3634
nmarschean@foley.com

August 1, 2022

**Via ECF**

Hon. Judge Cathy Seibel
U.S. District Court Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
Courtroom 621
300 Quarropas Street
White Plains, NY 10601-4150

*The Court confirms that the stay (ECF No. 40) and 60-day extension apply to Defendant Citibank.*

SO ORDERED.

8/2/22

*[signature]*
CATHY SEIBEL, U.S.D.J.

Re: *The Wave Studio, LLC v. Citibank N.A. et al*; Case No.: 7:22-cv-05141-CS

Dear Judge Seibel:

Our firm represents Defendant Citibank N.A. ("Citibank") in the above-referenced action. Pursuant to Your Honor's Individual Rules, Citibank respectfully submits this letter request to clarify that the action is stayed as to all defendants, including Citibank, or in the alternative, to seek an extension of time to answer or otherwise respond to Plaintiff's Complaint.

On July 29, 2022, this Court so ordered a stipulation that consolidated the above-referenced case with another pending case between Plaintiff and General Hospital Management Ltd. ("GHM") and stayed the consolidated actions pending the determination of a separate lawsuit between Plaintiff and GHM in Singapore. *See* ECF No. 40. Accordingly, Citibank requests that it be included in the extension to respond to Plaintiff's Complaint (ECF No. 1) within sixty (60) days of the stay in this action being lifted.

In the event that this stay does not apply to all defendants, including Citibank, due to pre-existing obligations of Citibank's counsel, who were recently retained, the size and complexity of this action, and the fact that there will be no prejudice to any party or unreasonable delay, Citibank requests an additional 30 days, up to and including August 31, 2022, to respond to Plaintiff's Complaint. Plaintiff's counsel consents to this extension. This is the first request to extend this deadline, and it will not impact any deadlines.



August 1, 2022
Page 2

                                                Respectfully submitted,

                                                */s/ Nicole M. Marschean*

                                                Nicole M. Marschean

cc: All Counsel of Record (via ECF)