

Ashley B. Summer
Registered Patent Attorney
T: 212.413.9036  F: 864.250.2330
ashley.summer@nelsonmullins.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

330 Madison Avenue, 27th Floor
New York, NY 10017
T: 212.413.9000  F: 646.428.2610
nelsonmullins.com

September 6, 2022

**Via ECF**
Hon. Judge Cathy Seibel
U.S. District Court Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
Courtroom 621
300 Quarropas Street
White Plains, NY 10601-4150

RE:   *The Wave Studio, LLC v. Citibank N.A. et al*; Case No.: 7:22-cv-05141-CS

Dear Judge Seibel:

We write on behalf of the named defendants Emerging Travel, Inc.; Emerging Travel, Inc. dba Rate Hawk; and Emerging Travel, Inc. dba Zen Hotels (collectively "Emerging Travel") in the above-referenced case. Pursuant to Your Honor's Individual Rules and without appearing in the case in any manner to waive any positions or defenses, including as to personal jurisdiction, Emerging Travel respectfully submits this letter seeking clarification that the action is stayed as to all defendants, including Emerging Travel, based on the prior Order discussed below.

On July 29, 2022, this Court so ordered a stipulation that consolidated the above-referenced case with another pending case between Plaintiff and General Hospital Management Ltd. ("GHM") and stayed the consolidated actions pending the determination of a separate lawsuit between Plaintiff and GHM in Singapore. (*See* Doc. 40.) In addition, when another defendant, namely Citibank, inquired if the stay and extension were applicable to it, the Court confirmed that the previously-ordered stay and 60-day extension was applicable to Defendant Citibank. (*See* Doc. 43.)

With this submission and out of an abundance of caution, Emerging Travel seeks that same confirmation that it is included within the stay of this case and the extension to respond to Plaintiff's First Amended Complaint within sixty (60) days of the stay in this action being lifted.

September 6, 2022
Page 2

    The undersigned has conferred with Plaintiff's counsel, and Plaintiff's counsel consents to this request.

                                      Respectfully submitted,

                                      */s/ Ashley B. Summer*

                                    Ashley B. Summer

cc:    All Counsel of Record (via ECF)