UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

        Plaintiff,

v.

CITIBANK, N.A.; SOUTHWEST AIRLINES. CO.; AIR CANADA; EMERGING TRAVEL, INC.; EMERGING TRAVEL, INC., DBA RATE HAWK; AND EMERGING TRAVEL, INC., DBA ZEN HOTELS,

        Defendants.

No. 22-cv-05141 (CS)

**AFFIDAVIT OF SERVICE**

SOTHEN NHEK, being duly sworn, deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I am a Judicial Bailiff at Etude Pietro Macera Inc., Huissiers de Justice, residing in Montreal, Québec, Canada

2. On September 1st, 2022 at approximately 9:05 A.M. I served true copies of the foregoing **FIRST AMENDED COMPLAINT WITH EXHIBITS, RULE 7.1 DISCLOSURE STATEMENT, RELATED CASE STATEMENT, NOTICE OF INITIAL PRETRIAL CONFERENCE, AO 121 FORM COPYRIGHT – CASE OPENING - SUBMITTED, ISSUED SUMMONS, STIPULATION TO CONSOLIDATE ACTION, STANDING ORDER - EMERGENCY RULES AND PRACTICES AND STANDING ORDER- INDIVIDUAL PRACTICES** on the following:

AIR CANADA

7373 Boulevard de la Côte Vertu West, Saint Laurent, Québec, H4S 1Z3

3. I made such service by personally delivering the aforementioned documents to Ms. Louise Hélène Sénéchal at AIR CANADA'S office located at 7373 Boulevard de la Côte Vertu West, Saint Laurent, Québec, H4S 1Z3

4. Louise Helene Sénéchal identified herself as the attorney for AIR CANADA and stated that she was authorized to accept service on behalf of AIR CANADA.

Sworn to before me this 1st day of September 2022

Daniela Luciani
Commissioner of Oaths

Sothen Nhek, Judicial Bailiff #896