

Fish & Richardson P.C.
7 Times Square
20th Floor
New York, NY 10036

212 765 5070 main
212 258 2291 fax

VIA ECF

*The Clerk of Court is respectfully directed to terminate Ms. McCallion and Ms. Cheng as counsel for Southwest, Priceline.com, Booking.com B.V., Booking.com (USA) Inc., Booking Holdings, Agoda, AGIP, Rocket Travel and Momondo in the below-captioned cases.*

December 16, 2022

SO ORDERED.

*Cathy Seibel*

CATHY SEIBEL, U.S.D.J.

12/16/22

Honorable Cathy Seibel
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Kristen McCallion**
Principal
McCallion@fr.com
212 641 2261 direct

**Re:**   *The Wave Studio, LLC v. Citibank N.A. et al*, **No. 7:22-cv-05141-CS**
*The Wave Studio, LLC v. Amadeus North America, Inc. et al.*, **No. 15-cv-06995**
*The Wave Studio, LLC v. Booking Holdings Inc. et al.*, **No. 21-cv-02691**

Dear Judge Seibel:

      We write pursuant to paragraph 1.A of Your Honor's Individual Practices and Local Civil Rule 1.4 to request an order permitting Fish & Richardson P.C. ("Fish") to withdraw its attorneys, Kristen McCallion and Vivian Cheng, as counsel for Defendant Southwest Airlines Co. ("Southwest"), Defendant Priceline.com LLC ("Priceline.com"), Defendant Booking.com B.V., Defendant Booking.com (USA) Inc., Defendant Booking Holdings Inc. ("Booking Holdings"), Defendant Agoda Company Pte. Ltd. ("Agoda"), Defendant AGIP LLC ("AGIP"), Defendant Rocket Travel, Inc. ("Rocket Travel"), and Defendant Momondo A/S ("Momondo") in the above-captioned actions. Fish no longer represents Southwest, Priceline.com, Booking.com B.V., Booking.com (USA) Inc., Booking Holdings, Agoda, AGIP, Rocket Travel, or Momondo in these actions and replacement counsel from the law firm of Morgan Lewis & Bockius LLP have appeared for Southwest, Priceline.com, Booking.com B.V., Booking.com (USA) Inc., Booking Holdings, Agoda, AGIP, Rocket Travel, and Momondo. We therefore respectfully request that the attorneys from Fish be permitted to withdraw as counsel for Southwest, Priceline.com, Booking.com B.V., Booking.com (USA) Inc., Booking Holdings, Agoda, AGIP, Rocket Travel, and Momondo and that Your Honor direct the Clerk of Court to remove Kristen McCallion and Vivian Cheng from the CM/ECF distribution list for the above-captioned actions as well as in the lead consolidated action, *The Wave Studio v. General Hotel Management*, No. 7:13-cv-09239-CS.

      These actions are stayed pending the determination of a separate lawsuit between The Wave Studio, LLC and General Hotel Management Ltd. in Singapore. No. 7:22-cv-05141-CS, Dkt. 40; No. 15-cv-06995, Dkt. 55; No. 21-cv-02691, Dkt. 38. As such, Fish's withdrawal will not affect the case schedule. Fish is not asserting a retaining or charging lien in these actions.

      We thank the Court for its attention to this matter.

fr.com



December 16, 2022
Honorable Cathy Seibel

Respectfully submitted,

 */s/ Kristen McCallion*
  Kristen McCallion


cc:     All counsel of record (via ECF)
        Southwest Airlines Co. (via e-mail)
        Priceline.com LLC (via e-mail)
        Booking.com B.V. (via e-mail)
        Booking.com (USA) Inc. (via e-mail)
        Booking Holdings Inc. (via e-mail)
        Agoda Company Pte. Ltd. (via e-mail)
        AGIP LLC (via e-mail)
        Rocket Travel, Inc. (via e-mail)
        Momondo A/S (via e-mail)