UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
THE WAVE STUDIO, LLC,                    :
                                         :
    Plaintiffs,                          :
                                         :
        v.                               :
                                         : Case No.  No. 22-cv-05141 (PMH)
CITIBANK, N.A., ET AL.,                  :
                                         :
    Defendants.                          :
                                         :
                                         : **NOTICE OF APPEARANCE**
                                         :
---------------------------------------- X

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in the above captioned case as counsel for Defendant Citibank, N.A.

Dated: November 21, 2023          Respectfully submitted,
New York, New York

                                  By:  */s/ Roma Patel*
                                       Roma Patel, Esq.
                                       FOLEY & LARDNER LLP
                                       90 Park Avenue
                                       New York, NY 10016-1314
                                       Telephone:    (212) 338-3455
                                       E-mail        <rlopes@foley.com> (Patel)

                                       *Attorney for Defendant Citibank*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 21, 2023, a true and correct copy of the foregoing document has been served on counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

By: */s/ Roma Patel*
Roma Patel