AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| THE WAVE STUDIO, LLC, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:22-cv-05141 (CS) |
| CITIBANK, N.A., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Emerging Travel, Inc.; Emerging Travel, Inc. d/b/a Rate Hawk; and Emerging Travel, Inc. d/b/a Zen Hotels.

Date: 11/22/2023

/s/ John A. Bauer
*Attorney's signature*

John A. Bauer (Bar No. 2394708)
*Printed name and bar number*
Nelson Mullins Riley & Scarborough LLP
330 Madison Avenue
27th Floor
New York, NY 10017
*Address*

john.bauer@nelsonmullins.com
*E-mail address*

(212) 413-9015
*Telephone number*

(646) 428-2610
*FAX number*