AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| THE WAVE STUDIO, LLC, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:22-cv-05141 (CS) |
| CITIBANK, N.A., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Emerging Travel, Inc.; Emerging Travel, Inc. d/b/a Rate Hawk; and Emerging Travel, Inc. d/b/a Zen Hotels   .

Date: 11/22/2023

/s/ Ashley B. Summer
*Attorney's signature*

Ashley B. Summer (Bar No. AS2018)
*Printed name and bar number*
Nelson Mullins Riley & Scarborough LLP
330 Madison Avenue
27th Floor
New York, NY 10017
*Address*

ashley.summer@nelsonmullins.com
*E-mail address*

(212) 413-9036
*Telephone number*

(646) 428-2610
*FAX number*