UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
: 
THE WAVE STUDIO, LLC,                                        :
:   Case No. 7:22-cv-05141-CS
       Plaintiff,                                    :
:
vs.                                                          :   **MOTION FOR ADMISSION *PRO HAC VICE***
:
CITIBANK N.A., et al.                                        :
:
       Defendants.                                   :
:
------------------------------------------------------------ X

     Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Kimberly K. Dodd hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Citibank N.A. in the above-captioned action.

     I am in good standing of the bars of the states of Wisconsin and California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 13, 2023               Respectfully submitted,

                                                       /s/ Kimberly K. Dodd
                                                       Kimberly K. Dodd
                                                     Foley & Lardner LLP
                                                     777 East Wisconsin Avenue
                                                     Milwaukee, WI 53202-5306
                                                     kdodd@foley.com
                                                     Phone: 414.319.7345
                                                     Fax: 414.297.4900

                                                     Counsel for Defendant Citibank N.A.