UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
The Wave Studio, LLC,

                       Plaintiff(s)

              -against-

General Hotel Management Ltd. etl,

                      Defendant(s).
----------------------------------------------------------------X

**NOTICE OF CANCELLATION OF
COURT CONFERENCE**

7:13-CV-09239 (CS)

The Status Conference scheduled in this case as well as all related cases for April 11, 2024 at 11:15 a.m. before Judge Seibel in Courtroom 621 is hereby **<u>cancelled</u>** pending proceedings scheduled before Magistrate Judge Victoria Reznik.

**The Clerk of Court is directed to docket this Notice also in all related cases to this case.**

                           /s/ Walter Clark, Courtroom Deputy

Dated:  April 5, 2024
        White Plains, New York